**\*E-FILED 8/10/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SCOTT PROPERTIES, INC., et al., | NO. C 07-04108 |
| Plaintiffs, | **ORDER** |
| v. | |
| WASHINGTON MUTUAL et al., | |
| Defendants. | |

Plaintiff Michael Blomquist has filed an application to proceed *in Forma Pauperis,* but has provided no information regarding his income and has provided inadequate information regarding other matters on the application form. Blomquist appears to request that he be telephoned for additional information. Blomquist is advised that:

1. Failure to submit sufficient information on an *in Forma Pauperis* application is grounds for its denial; in this instance, however, Blomquist will be permitted to submit an amended application before the Court rules.

2. *All* communications to the Court *must* be made through publicly filed documents, or through appearances in open court when a matter has been set on the Court's calendar for hearing. Letters, emails, and any other form of communication not part of the public file are strictly forbidden and will not be considered or acted upon.

1

3.  Corporations cannot appear in Court except through licensed attorneys. Accordingly, the corporate plaintiff must obtain counsel or be dismissed from this action.

IT IS SO ORDERED.

Dated: August 10, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-04108

2

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN GIVEN TO:**

Michael Scott Blomquist
18234 Davies Avenue
Los Gatos, CA 95030

**Dated: 8/10/07**                                   **Chambers of Judge Richard Seeborg**

                                                     **By:**      **/s/ BAK**