**United States District Court**
For the Northern District of California

*E-FILED*
**August 13, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT PROPERTIES, et al., | No. C 07-04108 RS |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| WASHINGTON MUTUAL, et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: August 13, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

Michael Scott Blomquist
18234 Davies Avenue
Los Gatos, CA 95030

Dated: August 13, 2007

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg