**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

———————

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**August 13, 2007**

CASE NUMBER:  CV 07-04108 RS
CASE TITLE:  MICHAEL BLOMQUIST-v-WASHINGTON MUTUAL, ET AL

<u>REASSIGNMENT ORDER</u>

    GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable Howard R. Lloyd** for all further proceedings.

    Counsel are instructed that all future filings shall bear the initials **HRL** immediately after the case number.

    ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/13/07

                                               FOR THE EXECUTIVE COMMITTEE:

                                             _____
                                                                   Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 8/13/07 |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |