1

2

3                                          *E-FILED:  8.27.2007*

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    MICHAEL BLOMQUIST & MICHAEL              No. C07-04108 HRL
11  SCOTT PROPERTIES, INC.,

12           Plaintiffs,                     **CLERK'S NOTICE RE DEADLINE FOR
                                             FILING CONSENT TO OR
13      v.                                   DECLINATION OF MAGISTRATE
                                             JUDGE JURISDICTION**
14  WASHINGTON MUTUAL, et al.,

15           Defendants.

16  _____/

17          PLEASE TAKE NOTICE THAT this case has been assigned to a Magistrate Judge.  **No

18  later than September 10, 2007**, each party shall file either a (1) Consent to Proceed Before a

19  United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and

20  Request for Reassignment to a United States District Judge.  The forms are available from the

21  Clerk of the Court or from the court's website at www.cand.uscourts.gov.

22

23  Dated:  August 27, 2007

24                                           _____
                                                          /s/
25                                           Chambers of Magistrate Judge Howard R. Lloyd

26

27

28

**United States District Court**
For the Northern District of California

**5:07-cv-4108 Notice mailed to:**

Michael Scott Blomquist
18234 Davies Avenue
Los Gatos, CA 95030

Dated:    8/27/07

_____
/s/
Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California