UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BLOMQUIST,                              )  No. C 07-04108 HRL
                                                )
            Plaintiff,                          )  **TEMPORARY RESTRAINING ORDER**
                                                )
      vs.                                       )
                                                )
WASHINGTON MUTUAL,et al., ,                     )
                                                )
            Defendants                          )
                                                )

TEMPORARY RESTRAINING ORDER AGAINST THE ADVERTISING AND

ORIGINATION OF OPTION ADJUSTABLE RATE MORTGAGES („ARMs‰)

      1.  Option ARMs are extremely deceptive to borrowers, regulatory agencies, financial

investors and our nationÊs banking system.  Option ARMs are one of the most widely advertised

loan products on the internet today.  Recent studies with Loan PerformanceÊs data

(http://www.loanperformance.com) have shown that in 2006, 60% of Option ARMs are

originated in California.  The study also states that 88% of Option ARMs are originated with low

documentation guidelines/no income verification („NIV‰) available at:

http://www.michaelblomquist.com/complaint/complaint%20exhibitshtm#loanperformance (last

visited September 10, 2007).  Option ARMs on average carry twice the loan size balances of

traditional 30 year fixed loans.  It has also been found that 60% of borrowers obtaining loans

with NIV guidelines inflate their incomes by 50%.  Plaintiff alleges that Option ARM

originations for Santa Clara County, the plaintiffÊs primary county of business are some of the

highest in the nation.

      2.  Origination of Option ARMs have increased 10 fold over the last few years.  Option

ARMs allow borrowers to make minimum payments which are often only 40% of accruing

interest.  The minimum payments are based on an extremely low interest rate of approximately

1.5%.  Current fully indexed rates /accruing interest for Option ARMs range from 7%-8.5%.

Plaintiff states that Option ARMs are the most deceptive, dangerous and fraudulent loan ever

sold.  This loan is targeted to prime borrowers as well as sub-prime borrowers.  The deferred

interest is added to the loan balance and the minimum payments only adjust annually 7.5%

($4,000 payment goes to $4,300 and so on).The loans are set to recast info fully-amortizing loans

under the following triggers:  Original loans balance exceeds 110%, 115% or 125%.  The other

trigger is based on time: Once the loan is 5 or 10 years old.  These triggers depend upon the

borrowerÊs credit, original loan to value and individual lenders.  It is not uncommon for

borrowersÊpayments to triple once the loans are recast.  Option ARMs are often associated with

expensive 3 year prepayment penalties, which preclude many borrowers from refinancing into

more traditional products.

3.  In 2001 approximately $32 billion of Option ARMs were originated.  In 2005 $341

billion of Option ARMs were originated.  This data is suspect in that many lenders report interest

only loans together with Option ARM loans; the statistics could be much more alarming.

4.  Rates of appreciation since 2001 and relaxed guidelines allowed many Option ARM

borrowers to refinance into new Option ARMs thus delaying loan amortization/recast.  Now that

the real estate market is experiencing its first ever National declines, Option ARM refinance

borrowers and buyers will most likely not have the option to refinance in the future.  Lenders

state that loans to value for Option ARMs are low, but value is a very subjective term under the

relaxed guidelines and lending products of recent years.  A petition with over 10,000 real estate

appraisers is, available at http://appraiserspetition.com/index.htm#signatures

5.  In 2006 deferred interest, interest that was never received, but booked as income

(accounts receivable) made up more than 100% of World SavingÊs net income, available at

http://www.michaelblomquist.com/complaint/ complaint%20exhibits.htm#world  Plaintiff

1    alleges that Option ARMs are being sold below market costs, create illegal tying arrangements,

2    deceptive to borrowers, investors and extremely dangerous to our financial system.

3          6.  The deceptive structure of these loans have falsely comforted many buyers to

4    purchase beyond their means.  After 15 years as a licensed broker, Plaintiff has originated

5    hundreds of loans.  Plaintiff states that approximately 10% of borrowers adequately review loan

6    disclosures, thus relying on agent to explain loan terms and fees.  Besides borrowers being

7    misled by Option ARM terms many borrowers are unaware of possible tax consequences.  The

8    lenders nor the IRS provides adequate disclosure that in the event of a lenderŝ loan loss the

9    borrowers could be liable for the amount of a deficiency, available at

10   http://www.michaelblomquist.com/complaint/PDFs/IRSp544%201099c.pdf

11   Option ARMs have yet to recast in significant numbers, nor has historical data been available for

12   prolonged periods of declining real estate values.

13          7.  Review of exhibits A-M in amended complaint will provide additional information.

14   Plaintiff is updating a web site with related documents, links and a video documentary of this

15   case and the legal process, available at http://www.disountrealty.com.  It should be noted that at

16   the request of former whistleblowers and witnesses their information has not yet been posted.

17

18   Dated September 10, 2007                              s/Michael Blomquist
                                                           Michael Blomquist
19                                                         pro se

20

21

22

23

24

25