UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOMQUIST, | ) No. C 07-04108 HRL |
| Plaintiff, | ) **REQUEST FOR ACCESS TO ECF** |
| vs. | ) |
| WASHINGTON MUTUAL, et al., , | ) |
| Defendants | ) |

REQUEST FOR ACCESS TO ECF

1. Pro se plaintiff hereby requests court to provide access to the electronic case filing system.

Dated September 10, 2007

_____
Michael Blomquist
pro se

REQUEST FOR ACCESS TO ECF C07-04108 HRL - 1