*E-FILED 9.13.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>    Plaintiff,<br>  v.<br>WASHINGTON MUTUAL, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-04108 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |

On August 9, 2007, Michael Blomquist filed a complaint with an application to proceed in forma pauperis. This case originally was assigned to Magistrate Judge Seeborg, who subsequently recused himself. The matter was then reassigned to the undersigned magistrate judge.

On August 27, 2007, this court issued a notice setting a September 10, 2007 deadline for Blomquist to file either a consent to, or declination of, magistrate judge jurisdiction. On that date, he filed several documents, including an amended complaint, proposed "Temporary Restraining Order" and an amended application to proceed in forma pauperis. He did not file his consent or declination as directed, but his papers state his understanding "that Magistrate Judges are not eligible to rule on TROs." Indeed, absent consent from all parties, a magistrate judge is not authorized to issue a dispositive order on a motion for injunctive relief. 28 U.S.C. § 636(b)(1)(A). Accordingly, IT IS ORDERED that this case be REASSIGNED to a

1 | District Judge.

2 | Dated:   September 13, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | Notice mailed on ___9/13/07_____ to:

2 | Michael Scott Blomquist
3 | 18234 Davies Avenue
    Los Gatos, CA 95030

*United States District Court*
*For the Northern District of California*