**E-Filed 10/26/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL, et.al.,<br><br>                Defendant. | Case Number C 07-04108 JF<br><br>ORDER[1] DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*.<br><br>[re: docket no. 17] |

     An application to proceed *in forma pauperis* may be granted if the district court is satisfied that the plaintiff is unable to pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The Court denied Plaintiff's initial application on October 12, 2007. Plaintiff's second amended application states that Plaintiff has a gross income of $4,583.33 per month. Plaintiff also states that he earns income from a home-based business[2] and has assets

---

[1] This disposition is not designated for publication and may not be cited.

[2] Plaintiff did not provide the Court with any information concerning the income generated by his home business.

Case No. C 07-04108
ORDER DENYING PLAINTIFF'S REQUEST TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

valued at $10,000.00.  It would appear that Plaintiff is able to pay the relatively modest filing fee necessary to pursue this action.  Accordingly, the application to proceed *in forma pauperis* will be denied.

**ORDER**

Good cause therefor appearing, IT IS HEREBY ORDERED that Plaintiff's amended application to proceed *in forma pauperis* is DENIED.

DATED: October 26, 2007.

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Micahel Blomquist     michaelblomquist@yahoo.com