UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Filed
2007 NOV 13 PM 3: 01
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

MICHAEL BLOMQUIST,           )  No. C 07-04108 JF
                             )
            Plaintiff,       )  MOTION TO RECONSIDER
                             )  PLAINTIFF'S APPLICATION TO
       vs.                   )  PROCEED IN FORMA PAUPERIS
                             )
WASHINGTON MUTUAL, et al.,,  )
                             )
            Defendants       )
                             )

## MOTION TO RECONSIDER

1. Pro se plaintiff hereby requests court to reconsider his application to proceed In Forma Pauperis. Plaintiff has attached an online/PDF copy of his recent credit report. Plaintiff apologizes for not including this document in the original application. Clearly, the credit report reflects the dire need for the plaintiff to proceed in forma pauperis.

2. Plaintiff is still contacting attorneys for contingency representation, but many of the prior issues still exist. Small firms don't have the resources, large firms have; conflicts of interest, pending settlements or only interested in class actions.

3. Plaintiff was a commissioned real estate broker and has not worked in over 6 months. Plaintiff can not morally, ethically or legally be a party to selling dramatically over-priced real estate, regardless of representing sellers or buyers. Plaintiff's over-priced theory is supported by a Goldman Sach's study that concludes the California real estate market is headed for a 40% price correction.

http://www.michaelblomquist.com/complaint/PDFs/GSCAValuations.pdf

MOTION TO RECONSIDER PLAINTIFF'S APPLICATION TO PROCEED IN FORMA
PAUPERIS  C07-04108 JF - 1

1  4. After 20 years in the same profession plaintiff is actively looking
2  for work in other fields, but has been unsuccessful. Plaintiff has been told
3  by numerous "head hunters" that other industries do not want to receive
4  resumes from real estate and loan brokers. It is unclear when plaintiff will
5  find employment.
6  5. Plaintiff is talking with attorneys about filing for bankruptcy.
7  Plaintiff prefers not to file for bankruptcy and wants to pay his credit
8  debts.

10  Dated November 13, 2007                     Michael Blomquist
                                                Pro se

MOTION TO RECONSIDER PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS  C07-04108 JF - 2

| AnnualCreditReport.com | > Return to AnnualCreditReport.com | > Frequently Asked Questions | > Contact AnnualCreditReport.com |

Welcome Michael Blomquist, Logout Contact Us | Site Map Quick Search   SEARCH >

**EQUIFAX**



## Equifax Credit File

Confirmation Number: **7817422164** Equifax Credit Report for: **Michael S. Blomquist** as of **11/13/2007**.

## Accounts Currently Past Due  + Show All Details

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA  + Show Details | 426428284729XXXX | 10/2004 | $16,758 | 11/2007 | $1,523 | 120+ DAYS PAST DUE | $16,500 |
| BANK OF AMERICA  + Show Details | 426429515109XXXX | 05/1995 | $45,835 | 10/2007 | $8,110 | 120+ DAYS PAST DUE | $41,500 |
| CHASE BANK USA, NA  + Show Details | 441712859602XXXX | 09/1996 | $12,388 | 10/2007 | $12,388 | CHARGE-OFF | $12,800 |
| DISCOVER FINANCIALS  + Show Details | 601129894592XXXX | 09/1999 | $9,045 | 10/2007 | $1,269 | 120+ DAYS PAST DUE | $8,500 |
| FIA CSNA  + Show Details | 547497560076XXXX | 03/2001 | $3,787 | 10/2007 | $833 | 120+ DAYS PAST DUE | $10,000 |
| WELLS FARGO CARD SER  + Show Details | 446542134032XXXX | 10/1994 | $9,058 | 10/2007 | $2,096 | 120+ DAYS PAST DUE | $8,000 |



Equifax offers you personal credit products that enlighten, enable and empower you. Whether you are understanding your credit, protecting your identity or preparing for a major purchase, Equifax offers the tools you need to make the smartest choices possible. For more information visit www.Equifax.com.

Copyright Equifax 2007 | Privacy Policy | Terms of Use | FCRA | Become An Affiliate | Business Solutions |

About Us