## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 30, 2007
**Case Number:** CV-07-4108-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    MICHAEL BLOMQUIST  V. WASHINGTON MUTUAL, ET AL

PLAINTIFF                         DEFENDANT

**Attorneys Present:**                **Attorneys Present:**

---

PROCEEDINGS:
Case management conference held.  There are no appearances.
Case is set for Order to Show Cause re Dismissal hearing on 1/18/08 at 10:30 a.m.