*efiled 12/6/07

1
2
3                        UNITED STATES DISTRICT COURT
4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6   MICHAEL BLOMQUIST,                    Case No.  CV-07-4108-JF
            Plaintiff,
7                                         ORDER TO SHOW CAUSE RE:
        V.                                 DISMISSAL
8   WASHINGTON MUTUAL,
            Defendants.
9
10
11        The above named matter came regularly for a case management conference hearing
12   before the Honorable Jeremy Fogel in Courtroom 3, on November 30, 2007 at 10:30 a.m.
13   No appearance was made by Plaintiff.  The Court hereby issues this ORDER TO SHOW CAUSE,
14   to be heard on January 18, 2008 at 10:30  a.m., as to why this action should not be dismissed
15   for failure to prosecute.  If Plaintiff does not file a response to the ORDER TO SHOW CAUSE
16   by January 8, 2008, demonstrating why the case should not be dismissed, the Court  will dismiss
17   the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to
18   prosecute.
19
20
21
22   Date: December 6, 2007
23                                        JEREMY FOGEL
                                          United States District Judge
24
25
26
27
28