UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Show Cause Hearing, January 18, 2008
**Case Number:** CV-07-4108-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**    MICHAEL BLOMQUIST  V. WASHINGTON MUTUAL, ET AL

                 PLAINTIFF                              DEFENDANT

**Attorneys Present:** Michael Blomquist, Pro se     **Attorneys Present:**

PROCEEDINGS:
   Show cause hearing held.  Plaintiff is present.  The Court discharges the order to show cause.  Continued to 2/29/08 at 10:30 a.m. for further case management conference.