UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, February 29, 2008
**Case Number:** CV-07-4108-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:          MICHAEL BLOMQUIST  V. WASHINGTON MUTUAL, ET AL

PLAINTIFF                                           DEFENDANT

**Attorneys Present:** Michael Blomquist, Pro se      **Attorneys Present:** Charles Miller for Moodys, Christopher Carr for Wachovia, Daniel Bergeson for McGraw Hill

PROCEEDINGS:
Further case management conference held. Parties are present. Continued to 5/30/08 at 10:30 a.m. for further case management conference.