

Clerk's Use Only
Initial for fee pd.

James J. Coster
Satterlee Stephens Burke & Burke
230 Park Avenue, New York, NY 10169-0079
Telephone: (212) 818-9200

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Blomquist

Plaintiff(s),

v.

Washington Mutual, a Washington corporation, et al.

Defendant(s).

CASE NO. C 07-04108 HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James J. Coster, an active member in good standing of the bar of The State Bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Moodys Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Charles G. Miller, Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, CA 94111. Telephone: (415) 956-1900.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2008

James J. Coster

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002706
Cashier ID: harwellt
Transaction Date: 03/04/2008
Payer Name: Bartko Zankel Tarrant and
----------------------------------------
PRO HAC VICE
  For: James J. Coster
  Case/Party: D-CAN-5-08-AT-PROHAC-001
  Amount:         $210.00
----------------------------------------
CHECK
  Check/Money Order Num: 038334
  Amt Tendered: $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 07-4108-HRL

For Attorney: James J. Coster


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```