| | |
|---|---|
| 1 | PETER R. BOUTIN, CASB No. 65261 |
|   | peter.boutin@kyl.com |
| 2 | CHRISTOPHER A. STECHER, CASB No. 215329 |
|   | christopher.stecher@kyl.com |
| 3 | KEESAL, YOUNG & LOGAN |
|   | A Professional Corporation |
| 4 | Four Embarcadero Center, Suite 1500 |
|   | San Francisco, California 94111 |
| 5 | Telephone: (415) 398-6000 |
|   | Facsimile: (415) 981-0136 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | CITIGROUP INC. (sued and served herein as Citigroup), SANFORD WEILL and CHARLES PRINCE |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL BLOMQUIST, | ) | Case No. C07-04108 JF/HRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION RE** |
| vs. | ) | **ENLARGEMENT OF TIME TO** |
| | ) | **RESPOND TO COMPLAINT** |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC, a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Local Rule 6-1(a)** |
| Defendants. | ) ) | |

1  WHEREAS, Plaintiffs MICHAEL BLOMQUIST ("Plaintiff") filed a Complaint against Defendants WASHINGTON MUTUAL; KERRY K. KILLINGER; WACHOVIA CORPORATION; G. KENNEDY THOMPSON (sued herein as Ken Thompson); CITIGROUP INC.; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC.; THE BEAR STEARNS COMPANIES, INC.; WELLS FARGO & COMPANY; PATRICIA R. CALLAHAN; MOODYS CORPORATION; THE MCGRAW-HILL COMPANIES, INC.; and HAROLD MCGRAW III (collectively "Defendants") and other defendants on or about August 9, 2007 in this Court; and

WHEREAS, Plaintiff filed an Amended Complaint (the "Complaint") in this Court on or about September 10, 2007; and

WHEREAS, Defendants were served with the Complaint in or about late February 2008, causing their respective responses to the Complaint to be due in March 2008; and

WHEREAS, Local Rule 6-1(a) of the United States District Court Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint without leave of Court;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants, on the other, through their respective counsel of record herein, that Defendants may have an extension of time to answer, move or otherwise respond to the Complaint to and including May 12, 2008.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: March ___, 2008

/s/ Michael Blomquist
_____
Plaintiff MICHAEL BLOMQUIST
michaelsblomquist@yahoo.com
18234 Daves Avenue
Los Gatos, CA 95030
(408) 399-0590
*Pro Se*

- 2 -

STIPULATION- Case No. C07-04108 JF/HRL

KYL_SF460477

| | | |
|---|---|---|
| 1 | | /s/ Martin L. Fineman |
| 2 | DATED: March ____, 2008 | _____ |
| 3 | | STEPHEN M. RUMMAGE<br>steverummage@dwt.com |
| 4 | | MARTIN L. FINEMAN<br>martinfineman@dwt.com |
| 5 | | DAVIS WRIGHT TREMAINE LLP<br>SUITE 800 |
| 6 | | 505 Montgomery Street<br>San Francisco, CA 94111-6533<br>(415) 276-6500 |
| 7 | | |
| 8 | | Attorneys for Defendants<br>WASHINGTON MUTUAL and KERRY K. KILLINGER |
| 9 | | |
| 10 | | /s/ Christopher A. Carr |
| 11 | DATED: March ____, 2008 | _____ |
| | | CHRISTOPHER A. CARR<br>ccarr@afrct.com |
| 12 | | ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN, LLP |
| 13 | | 199 So. Los Robles Ave., #600<br>Pasadena, CA 91101 |
| 14 | | (626) 535-1900 |
| 15 | | Attorneys for Defendants |
| 16 | | WACHOVIA CORPORATION and G. KENNEDY THOMPSON (sued herein as |
| 17 | | Ken Thompson) |
| 18 | | |
| | | /s/ Peter R. Boutin[1] |
| 19 | DATED: March ____, 2008 | _____ |
| 20 | | PETER R. BOUTIN<br>peter.boutin@kyl.com |
| 21 | | CHRISTOPHER A. STECHER<br>christopher.stecher@kyl.com |
| 22 | | KEESAL, YOUNG & LOGAN<br>Four Embarcadero Center, Suite 1500 |
| 23 | | San Francisco, CA 94111<br>(415) 398-6000 |
| 24 | | Attorneys for Defendants |
| 25 | | CITIGROUP INC.; SANFORD WEILL; and CHARLES PRINCE |

---

[1] I hereby attest that all parties to this Stipulation have signed this Stipulation as indicated by a "conformed" signature (/S/) and that Keesal, Young & Logan has all holograph signatures in its files.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  March ____, 2008 | /s/ Michael J. Lawson |
| 3 | | MICHAEL J. LAWSON<br>michael.lawson@morganlewis.com |
| 4 | | JAMI WINTZ McKEON<br>jmckeon@morganlewis.com |
| 5 | | MORGAN LEWIS & BOCKIUS<br>One Market |
| 6 | | Spear Street Tower<br>San Francisco, CA 94105 |
| 7 | | (415) 442-1000 |
| 8 | | Attorneys for Defendant<br>GOLDMAN SACHS GROUP, INC. |
| 9 | | |
| 10 | | /s/ Regina J. McClendon |
| 11 | DATED:  March ____, 2008 | REGINA J. MCCLENDON |
| 12 | | rjm@severson.com<br>JOHN B. SULLIVAN |
| 13 | | jbs@severson.com<br>ERIK KEMP |
| 14 | | ek@severson.com<br>SEVERSON & WERSON |
| 15 | | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| 16 | | (415) 398-3344 |
| 17 | | Attorneys for Defendant<br>THE BEAR STEARNS COMPANIES, INC. |
| 18 | | |
| 19 | DATED:  March ____, 2008 | /s/ Michael J. Steiner |
| 20 | | MICHAEL J. STEINER<br>mjs@severson.com |
| 21 | | SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600 |
| 22 | | San Francisco, CA 94111<br>(415) 398-3344 |
| 23 | | |
| 24 | | Attorneys for Defendants<br>WELLS FARGO & COMPANY and |
| 25 | | PATRICIA R. CALLAHAN |
| 26 | | |
| 27 | | |
| 28 | | |

- 5 -

| | | |
|---|---|---|
| 1 | DATED: March _____, 2008 | /s/ Charles G. Miller |
| 2 | | CHARLES G. MILLER |
| | | cmiller@bztm.com |
| 3 | | BARTKO, ZANKEL, TARRANT & MILLER |
| 4 | | 900 Front Street |
| | | Suite 300 |
| 5 | | San Francisco, CA 94111 |
| | | (415) 956-1900 |
| 6 | | |
| | | JOSHUA M. RUBINS |
| 7 | | jrubins@ssbb.com |
| | | SATTERLEE STEPHENS BURKE & |
| 8 | | BURKE LLP |
| 9 | | Attorneys for Defendant |
| | | MOODY'S CORPORATION |
| 10 | | |
| 11 | | /s/ Daniel J. Bergeson |
| 12 | DATED: March _____, 2008 | DANIEL J. BERGEON |
| | | dbergeson@be-law.com |
| 13 | | BERGESON, LLP |
| | | 303 Almaden Blvd. |
| 14 | | Suite 500 |
| | | San Jose, CA 95110 |
| 15 | | (408) 291-6200 |
| 16 | | SUSAN BUCKLEY |
| | | sbuckley@cahill.com |
| 17 | | CAHILL GORDON & REINDEL LLP |
| 18 | | Attorneys for Defendants |
| | | THE MCGRAW-HILL COMPANIES, INC. |
| 19 | | and HAROLD MCGRAW III |