1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  ERIK KEMP (State Bar No. 246196)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   THE BEAR STEARNS COMPANIES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL BLOMQUIST &                    Case No.: C07-04108-JF
   MICHAEL SCOTT PROPERTIES, INC.,
12
            Plaintiffs,
13                                        **NOTICE OF APPEARANCE**
        vs.
14
   WASHINGTON MUTUAL, a Washington
15 corporation; KERRY K. KILLINGER;
   JOSEPH W. SAUNDERS; COUNTRYWIDE
16 HOME LOANS, INC., a Delaware corporation;
   ANGELO MOZILLO; WACHOVIA
17 CORPORATION, a North Carolina corporation;
   KEN THOMPSON CITIGROUP, a Delaware
18 corporation; SANFORD WEILL; CHARLES
   PRINCE; GOLDMAN SACHS GROUP, INC., a
19 Delaware corporation; HENRY PAULSON;
   BEAR STERNS COMPANIES, INC., a
20 Delaware corporation; JAMES CAYNE; THE
   MCGRAW HILL COMPANY, INC., a Delaware
21 corporation; HAROLD MCGRAW III; WELLS
   FARGO & COMPANY, a Delaware corporation;
22 PATRICIA R. CALLAHAN; HERBERT M.
   SANDLER; ROCK HOLDINGS, INC., a
23 Delaware corporation; EXPERIAN
   CORPORATION, a Delaware corporation;
24 JAMES E. GILLERAN; JOHN M. REICH;
   JOHN D. HAWKE JR.; JOHN C. DUGAN;
25 SUSAN SCHMIDT BIES; DONALD E.
   POWELL; SHEILA C. BAIR,
26
            Defendants.
27

28

11474/0075/662290.1                                NOTICE OF APPEARANCE
                                                   Case No.: C07-04108- JF

Defendant The Bear Stearns Companies, Inc. (sued herein as Bear Stearns Companies, Inc.) hereby appears in this matter through its counsel, John B. Sullivan, Regina J. McClendon, and Erik Kemp of Severson & Werson, A Professional Corporation.

DATED: March 12, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/
Regina J. McClendon

Attorneys for Defendant
THE BEAR STEARNS COMPANIES, INC.

-2-

11474/0075/662290.1

NOTICE OF APPEARANCE
Case No.: C07-04108- JF