1  Rhonda Trotter, Bar Number 169241
   rtrotter@kayescholer.com
2  J. Raymond Warner, Bar Number 207892
   rwarner@kayescholer.com
3  KAYE SCHOLER LLP
   1999 Avenue of the Stars, Suite 1700
4  Los Angeles, California  90067
   Telephone:  (310) 788-1000
5  Facsimile:  (310) 788-1200

6  Attorneys for Defendant
   EXPERIAN HOLDINGS, INC.
7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST, | CASE NO. C07-04108 JF/HRL |
| Plaintiff, | STIPULATION RE ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | Civil Local Rule 6-1(a) |
| Defendants. | |

WHEREAS, Plaintiff MICHAEL BLOMQUIST ("Plaintiff") filed a Complaint against Defendant EXPERIAN HOLDINGS, INC. (sued herein as "EXPERIAN CORPORATION") ("Defendant") and other defendants on or about August 9, 2007, in this Court; and

WHEREAS, Plaintiff filed an Amended Complaint (the "Complaint") in this Court on or about September 10, 2007; and

WHEREAS Defendant was served with the Complaint in or about late February 2008, with Summons requiring a response within 30 days; and

WHEREAS, Local Rule 6-1(a) of the United States District Court Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint without leave of Court;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendant, on the other, through its counsel of record herein, that Defendant may have an extension of time to answer, move or otherwise respond to the Complaint to and including May 12, 2008.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED:   March 13, 2008

/s/ Michael Blomquist
---
Plaintiff MICHAEL BLOMQUIST
michaelsblomquist@yahoo.com
18234 Daves Avenue
Los Gatos, CA  95030
(408) 399-0590
*Pro Se*

| | | |
|---|---|---|
| 1 | DATED: March 13, 2008 | KAYE SCHOLER LLP |

/s/ J. Raymond Warner[1]
By:_____
J. RAYMOND WARNER
rwarner@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars Suite 1700
Los Angeles, CA 90067
(310) 788-1000

Attorneys for Defendant EXPERIAN

---

[1] I hereby attest that all parties to this Stipulation have signed this Stipulation as indicated by a "conformed" signature ("/s/") and that Kaye Scholer LLP has all holograph signatures in its files.