MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-Mail: martinfineman@dwt.com

STEPHEN M. RUMMAGE, Pro Hac Vice Application Pending
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone (206) 622-3150
Facsimile (206) 757-7700
E-Mail: steverummage@dwt.com

Attorneys for Defendants
Washington Mutual and Kerry K. Killinger

FILED
08 MAR 13 P 2: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR<br><br>Defendants. | Case No. 07-04108 JF/HRL<br><br>**PRO HAC VICE APPLICATION FOR STEPHEN M. RUMMAGE** |

1

Pursuant to Civil L.R. 11-3, Stephen M. Rummage, an active member in good standing of the State Bar of Washington, Bar No. 11168, and the U.S. District Court for the Western District of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Washington Mutual and Kerry K. Killinger.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court and of the highest court of another State as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of the attorney is:

Martin L. Fineman, California State Bar No. 104413, Davis Wright Tremaine LLP, 505 Montgomery St., Suite 800, San Francisco, CA 94111, Telephone: (415) 276-6500.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Seattle, Washington this 11th day of March, 2008.

Stephen M. Rummage

# Proof of Service

I, Edith Shertz, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

**PRO HAC VICE APPLICATION and**
**[PROPOSED] ORDER FOR STEPHEN M. RUMMAGE**

I caused the above document to be served on each person on the attached list by the following means:

☑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on March 13, 2008 following the ordinary business practice. *(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on ____, for guaranteed delivery on ____, following the ordinary business practice. *(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on ___, 2007. *(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on____. *(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **March 13, 2008** at San Francisco, California.

_____
Edith Shertz

Case No. RCV 100001

# Service List

| Key: | [M] **Delivery by Mail** | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
|  | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail |  |

[M]   Ira Spiro
      Spiro Moss Barness LLP
      11377 W. Olympic Blvd, 5th Fl.
      Los Angeles, CA 90064-1683

[M]   Janet Lindner Spielberg
      Law Offices
      12400 Wilshire Blvd., Ste 400
      Los Angeles, CA 90025

[M]   Joseph N. Kravec, Jr.
      Specter Specter Evans & Manogue P.C.
      Koppers Bldg., 26th Floor
      436 Seventh Avenue
      Pittsburgh, PA 15219

[M]   Michael David Braun
      Braun Law Group PC
      12304 Santa Monica Blvd #109
      Los Angeles, CA 90025

[M]   Robert J. Pfister
      Simpson Thatcher & Bartlett LLP
      1999 Ave. of the Stars, 295h Fl
      Los Angeles, CA 90067

Case No. RCV 100001

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002777
Cashier ID: harwellt
Transaction Date: 03/13/2008
Payer Name: Davis Wright Tremaine LLP

PRO HAC VICE
 For: Stephen M. Rummage
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00

CHECK
 Check/Money Order Num: 4715
 Amt Tendered: $210.00

Total Due:       $210.00
Total Tendered: $210.00
Change Amt:      $0.00

Case # 07-4108-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```