1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:   (415) 276-6500
   Facsimile:   (415) 276-6599
4  E-Mail:      martinfineman@dwt.com

5  STEPHEN M. RUMMAGE, Pro Hac Vice Application Pending
   DAVIS WRIGHT TREMAINE LLP
6  1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
7  Telephone    (206) 622-3150
   Facsimile    (206) 757-7700
8  E-Mail:      steverummage@dwt.com

   Attorneys for Defendants
9  Washington Mutual and Kerry K. Killinger

## IN THE UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST, | Case No. 07-04108 JF/HRL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEPHEN M. RUMMAGE** |
| v. | |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR | |
| Defendants. | |

Stephen M. Rummage, an active member in good standing of the bar of the State of Washington, Bar No. 11168, whose business address and telephone number are Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle Washington 98101-3045, Telephone (206) 622-3150, Facsimile: (206) 757-7700, E-Mail: steverummage@dwt.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Washington Mutual and Kerry K. Killinger,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: March ___, 2008.

_____
The Honorable Jeremy Fogel
United States District Judge

DAVIS WRIGHT TREMAINE LLP