1  STEPHEN E. TAYLOR (SBN 58452)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jpatchen@tcolaw.com

6  Attorneys for FIMALAC, INC.

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 MICHAEL BLOMQUIST,                    Case No.: C07-04108 JF/HRL

11         Plaintiff,                    **STIPULATION FOR EXTENSION OF
                                         TIME TO RESPOND TO COMPLAINT**
12    v.

13 WASHINGTON MUTUAL, a Washington
   corporation; KERRY K. KELLINGER;
14 JOSEPH W. SAUNDERS; COUNTRYWIDE
   HOME LOANS, INC., a Delaware
15 corporation; ANGELO MOZILLO;
   WACHOVIA CORPORATION, a North
16 Carolina corporation; KEN THOMPSON;
   CITIGROUP, a Delaware corporation;
17 SANFORD WEILL; CHARLES PRINCE;
   GOLDMAN SACHS GROUP, INC., a
18 Delaware corporation; HENRY PAULSON;
   BEAR STERNS COMPANIES, INC., a
19 Delaware corporation; JAMES CAYNE; THE
   MCGRAW HILL COMPANY, INC., a
20 Delaware corporation; HAROLD MCGRAW
   III; WELLS FARGO & COMPANY, a
21 Delaware corporation; PATRICIA R.
   CALLAHAN; HERBERT M. SANDLER;
22 ROCK HOLDINGS, INC., a Delaware
   corporation; EXPERIAN CORPORATION, a
23 Delaware corporation; FIMALAC, INC., a
   Delaware corporation; MOODYS
24 CORPORATION, a Delaware corporation;
   JAMES E. GILLERAN; JOHN M. REICH;
25 JOHN D. HAWKE JR.; JOHN C. DUGAN;
   SUSAN SCHMIDT BIES; DONALD E.
26 POWELL; SHEILA C. BAIR,

27         Defendants.

28

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION -- Case No. C07-04108 JF/HRL

1  WHEREAS Plaintiff Michael Blomquist filed a Complaint against, *inter alia*, Defendant Fimalac, Inc. on or about August 9, 2007 in this Court; and

2  WHEREAS Plaintiff filed an Amended Complaint ("Complaint") on or about September 10, 2007 in this Court; and

3  WHEREAS Defendant Fimalac was served with the Complaint in or about late February 2008; and

4  WHEREAS Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint without leave of Court;

5  IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Fimalac, Inc. that Defendant Fimilac, Inc.'s time to answer, move, or otherwise respond to the Complaint is extended to and including May 12, 2008.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: March 17, 2008                    TAYLOR & COMPANY LAW OFFICES, LLP


By: _____/S/_____
     Jonathan A. Patchen
Attorneys for FIMALAC, INC.


Dated: March ___, 2008


By: _____
     Plaintiff MICHAEL BLOMQUIST
Attorneys for 18234 Daves Avenue
Los Gatos, CA 95030
(408) 399-0590
*Pro Se*

1    WHEREAS Plaintiff Michael Blomquist filed a Complaint against, *inter alia*, Defendant
2    Fimalac, Inc. on or about August 9, 2007 in this Court; and

3    WHEREAS Plaintiff filed an Amended Complaint ("Complaint") on or about September
4    10, 2007 in this Court; and

5    WHEREAS Defendant Fimalac was served with the Complaint in or about late February
6    2008; and

7    WHEREAS Civil Local Rule 6-1(a) of the United States District Court for the Northern
8    District of California provides that the parties may stipulate to extend the time for responding to
9    the Complaint without leave of Court;

10    IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Fimalac, Inc. that
11    Defendant Fimalac, Inc.'s time to answer, move, or otherwise respond to the Complaint is
12    extended to and including May 12, 2008.

13    This extension of time will not alter the date of any event or deadline already fixed by
14    Court order.

15    IT IS SO STIPULATED.

16    Dated: March ___, 2008           TAYLOR & COMPANY LAW OFFICES, LLP

18                                     By: _____
19                                         Jonathan A. Patchen
                                       Attorneys for FIMALAC, INC.

21    Dated: March [17], 2008

23                                     By: _____
24                                         Plaintiff MICHAEL BLOMQUIST
                                       Attorneys for 18234 Daves Avenue
25                                     Los Gatos, CA 95030
26                                     (408) 399-0590
                                       *Pro Se*

TAYLOR & CO.
LAW OFFICES, LLP

2.

STIPULATION -- Case No. C07-04108 JF/HRL