1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:   (415) 276-6500
   Facsimile:   (415) 276-6599
4  E-Mail:      martinfineman@dwt.com

5  STEPHEN M. RUMMAGE, Pro Hac Vice Application Pending
   DAVIS WRIGHT TREMAINE LLP
6  1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
7  Telephone   (206) 622-3150
   Facsimile   (206) 757-7700
8  E-Mail:     steverummage@dwt.com

   Attorneys for Defendants
9  Washington Mutual and Kerry K. Killinger

   **Filed**
   MAR 1 7 2008
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE

                   IN THE UNITED STATES DISTRICT COURT
10
                   THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION

12 MICHAEL BLOMQUIST,                        ) Case No. 07-04108 JF/HRL
                                             )
13           Plaintiff,                      ) [PROPOSED] ORDER GRANTING
                                             ) APPLICATION FOR ADMISSION *PRO*
14     v.                                    ) *HAC VICE* OF STEPHEN M. RUMMAGE
                                             )
15 WASHINGTON MUTUAL, a Washington           )
   corporation; KERRY K. KILLINGER; JOSEPH   )
16 W. SAUNDERS; COUNTRYWIDE HOME             )
   LOANS, INC., a Delaware corporation;      )
17 ANGELO MOZILLO; WACHOVIA                  )
   CORPORATION, a North Carolina corporation;)
18 KEN THOMPSON; CITIGROUP, a Delaware       )
   corporation; SANFORD WEILL; CHARLES       )
19 PRINCE; GOLDMAN SACHS GROUP INC., a       )
   Delaware corporation; HENRY PAULSON;      )
20 BEAR STEARNS COMPANIES, INC., a           )
   Delaware corporation; JAMES CAYNE; THE    )
21 MCGRAW HILL COMPANY, INC., a              )
   Delaware corporation; HAROLD MCGRAW III;  )
22 WELLS FARGO & COMPANY, a Delaware         )
   corporation; PATRICIA R. CALLAHAN;        )
23 HERBERT M. SANDLER; ROCK HOLDINGS,        )
   INC., a Delaware corporation; EXPERIAN    )
24 CORPORATION, a Delaware corporation;      )
   MOODYS CORPORATION, a Delaware            )
25 corporation; JAMES E. GILLERAN; JOHN M.   )
   REICH; JOHN D. HAWKE, JR.; JOHN C.        )
26 DUGAN; SUSAN SCHMIDT BIES; DONALD         )
   E. POWELL; SHEILA C. BAIR                 )
27                                           )
                                             )
28           Defendants.                     )

                                             1

1  Stephen M. Rummage, an active member in good standing of the bar of the State of
2  Washington, Bar No. 11168, whose business address and telephone number are Davis Wright
3  Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle Washington 98101-3045, Telephone
4  (206) 622-3150, Facsimile: (206) 757-7700, E-Mail: steverummage@dwt.com, having applied
5  in the above-entitled action for admission to practice in the Northern District of California on a
6  *pro hac vice* basis representing Defendants Washington Mutual and Kerry K. Killinger,
7  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: March 14 2008.

The Honorable Jeremy Fogel
United States District Judge

DAVIS WRIGHT TREMAINE LLP