UNITED STATES DISTRICT COURT

Northern District of California

Filed MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Michael Blomquist

Plaintiff(s),

v.

Washington Mutual, a Washington corporation, et al.

Defendant(s).

CASE NO. C 07-04108 HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joshua M. Rubins, an active member in good standing of the bar of The State Bar of New York whose business address and telephone number (particular court to which applicant is admitted) is

Satterlee Stephen Burke & Burke LLP, 230 Park Avenue, New York, NY 10169. Telephone: (212) 818-9200.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Moodys Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~February 29, 2008~~ 3/14/08

United States ~~Magistrate~~ District Judge
~~Howard R. Lloyd~~ Jeremy Fogel