AO 458 (Rev. 5/85) Appearance

# United States District Court

___NORTHERN___ DISTRICT OF ___CALIFORNIA___

### APPEARANCE

CASE NUMBER: C07-04108 JF/HRL

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for  DEFENDANTS CITIGROUP INC. (sued and served herein as Citigroup), SANFORD WEILL and CHARLES PRINCE

I certify that I am admitted to practice in this court.

March 24, 2008
Date

*Signature* (Christopher A. Stecher)

Christopher A. Stecher
christopher.stecher@kyl.com
Print Name          Bar Number 215329

Four Embarcadero Center, Suite 1500
Address

San Francisco, CA 94111
City        State        Zip Code

(415) 398-6000    415-981-0136
Phone Number         Fax Number

AO-458