JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
THE BEAR STEARNS COMPANIES, INC.
and JAMES CAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOMQUIST & MICHAEL SCOTT PROPERTIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, <br><br> Defendants. | Case No.: C07-04108-JF <br><br><br> **STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** <br><br> **Civil Local Rule 6-1(a)** |

1  WHEREAS, Plaintiffs MICHAEL BLOMQUIST ("Plaintiff") filed a Complaint against Defendant JAMES CAYNE ("Cayne") and other defendants on or about August 9, 2007, in this Court; and

WHEREAS, Plaintiff filed an Amended Complaint (the "Complaint") in this Court on or about September 10, 2007; and

WHEREAS, plaintiff purports to have served Cayne with the Complaint in early March 2008, which would cause Cayne's response to be due in late March 2008; and

WHEREAS, Cayne will not challenge plaintiff's purported service, but does dispute that this Court has personal jurisdiction over him, and does not consent to the Court's jurisdiction by entering into this stipulation for enlargement of time for him to respond to the Complaint; and

WHEREAS, Local Rule 6-1(a) of the United States District Court Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint without leave of Court;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Cayne, on the other, through his respective counsel of record herein, that Cayne may have an extension of time to answer, move, or otherwise respond to the Complaint to and including May 12, 2008.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.


DATED: April 1, 2008                    SEVERSON & WERSON
                                        A Professional Corporation


                                        By:      /s/ *Erik Kemp*
                                                    Erik Kemp

                                        Attorneys for Defendants
                                        THE BEAR STEARNS COMPANIES, INC. and
                                        JAMES CAYNE

DATED: April 1, 2008

                              By:    /s/ *Michael Blomquist*
                                        Michael Blomquist

Plaintiff MICHAEL BLOMQUIST
*Pro Se*

I, Erik Kemp, am the ECF User whose identification and password are being used to file this STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT. I hereby attest that Michael Blomquist has concurred in this filing and that I have on file his holographic signature.

Dated: April 1, 2007

    /s/ *Erik Kemp*
        Erik Kemp