AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN   DISTRICT OF   CALIFORNIA

**APPEARANCE**

BLOMQUIST v. WASHINGTON MUTUAL        Case Number: CV-07-4108-JF/HRL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants WACHOVIA CORPORATION, G. KENNEDY THOMPSON (sued as Ken Thompson), and HERBERT M. SANDLER (sued as Herb Sandler)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/31/2008 | *[signature]* |
| Date | Signature |
| | Christopher A. Carr     ccarr@afrct.com     44444 |
| | Print Name                                    Bar Number |
| | AFRCT   199 South Los Robles Avenue, Suite 600 |
| | Address |
| | Pasadena        CA          91101-2459 |
| | City            State       Zip Code |
| | (626) 535-1900              (626) 577-7764 |
| | Phone Number                Fax Number |