NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Mark T. Flewelling (Bar No. 96465) mflewelling@afrct.com
Christopher A. Carr (Bar No. 44444) ccar@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
Tel: (626) 535-1900  Fax: (626) 577-7764

ATTORNEYS FOR: Defendants Wachovia Corporation, G. Kennedy Thompson, Herbert M. Sandler

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BLOMQUIST,

Plaintiff(s),

v.

WASHINGTON MUTUAL, et al.,

Defendant(s)

CASE NUMBER: CV-07-4108-JF/HRL

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants Wachovia Corporation, G. Kennedy Thompson, Herbert M. Sandler (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| WACHOVIA CORPORATION | Defendant |
| WACHOVIA MORTGAGE, FSB | New name of World Savings Bank, FSB |
| WORLD SAVINGS BANK, FSB | Wholly owned subsidiary of Wachovia Corporation |
| G. KENNEDY THOMPSON | CEO of Wachovia Corporation |
| HERBERT M. SANDLER | Former CEO of World Savings Bank, FSB |

4/2/08
Date

Sign: [signature]

Christopher A. Carr, Esq.
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)