Mark T. Flewelling (#096465)
mflewelling@afrct.com
Christopher A. Carr (#44444)
ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP
199 South Los Robles Ave., Suite 600
Pasadena, California 91101
Tel: 626.535.1900
Fax: 626.577.7764

Attorneys for Defendants WACHOVIA
CORPORATION; G. KENNEDY
THOMPSON; and HERBERT M. SANDLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>           Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL, etc., et al.,<br><br>           Defendants. | C-07-04108-JF/HRL<br><br>STIPULATION RE ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT<br><br>Local Rule 6-1(a) |

    Pursuant to Local Rule 6-1(a), plaintiff Michael Blomquist and defendant Herbert M. Sandler, sued herein as Herb Sandler, hereby stipulate that said

/////
/////
/////
/////
/////
/////
/////

1  defendant may have to and including May 12, 2008, to file a pleading or motion
2  responding to the Amended Complaint herein.
3
4  IT IS SO STIPULATED.
5
6  Dated: March 29, 2008                By: _____
                                              Michael Blomquist
7                                            michaelblomquist@yahoo.com
                                              18234 Daves Avenue
8                                             Los Gatos, CA 95030
                                              (408) 399-0590
9                                             *Pro Se* Plaintiff
10
11
12 Dated: March 27, 2008                ANGLIN, FLEWELLING, RASMUSSEN,
                                              CAMPBELL & TRYTTEN LLP
13
14                                       By: _____
                                              Christopher A. Carr
15                                            ccarr@afrct.com
                                              199 South Los Robles Avenue, #600
16                                            Pasadena, CA 91101-2459
                                              (626) 535-1900
17                                            Attorneys for Defendants WACHOVIA
                                              CORPORATION; G. KENNEDY
18                                            THOMPSON; and HERBERT M.
                                              SANDLER
19
20
21
22
23
24
25
26
27
28