1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile:  (408) 297-6000

6  Attorneys for Defendants
   The McGraw-Hill Companies, Inc.
7  and Harold W. McGraw III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>            Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, KERRY K. KILLINGER, JOSEPH W. SAUNDERS, COUNTRYWIDE HOME LOANS, INC., ANGELO MOZILLO, WACHOVIA CORPORATION, KEN THOMPSON, CITIGROUP, SANFORD WEILL, CHARLES PRINCE, GOLDMAN SACHS GROUP, INC., HENRY PAULSON, BEAR STERNS COMPANIES, INC., JAMES CAYNE, THE MCGRAW HILL COMPANY, INC., HAROLD MCGRAW III, WELLS FARGO & COMPANY, PATRICIA R. CALLAHAN, HERBERT M. SANDLER, ROCK HOLDINGS, INC., EXPERIAN CORPORATION, FIMALAC, INC., MOODY'S CORPORATION, JAMES E. GILLERAN, JOHN M. REICH, JOHN D. HAWKE JR., JOHN C. DUGAN, SUSAN SCHMIDT BIES, DONALD E. POWELL, and SHEILA C. BAIR,<br><br>            Defendants | Case No. C-07-04108-JF(HRL)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 12, 2008

BERGESON, LLP

By: _____/s/_____
Melinda M. Morton
Attorneys for Defendants The McGraw-Hill Companies, Inc and Harold W. McGraw III

*Of Counsel:*
Floyd Abrams
Susan Buckley
Tammy L. Roy
Justin Giovannelli
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York  10005
(212) 701-3000