DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendants
The McGraw-Hill Companies, Inc.
and Harold W. McGraw III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>      Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, KERRY K. KILLINGER, JOSEPH W. SAUNDERS, COUNTRYWIDE HOME LOANS, INC., ANGELO MOZILLO, WACHOVIA CORPORATION, KEN THOMPSON, CITIGROUP, SANFORD WEILL, CHARLES PRINCE, GOLDMAN SACHS GROUP, INC., HENRY PAULSON, BEAR STERNS COMPANIES, INC., JAMES CAYNE, THE MCGRAW HILL COMPANY, INC., HAROLD MCGRAW III, WELLS FARGO & COMPANY, PATRICIA R. CALLAHAN, HERBERT M. SANDLER, ROCK HOLDINGS, INC., EXPERIAN CORPORATION, FIMALAC, INC., MOODY'S CORPORATION, JAMES E. GILLERAN, JOHN M. REICH, JOHN D. HAWKE JR., JOHN C. DUGAN, SUSAN SCHMIDT BIES, DONALD E. POWELL, and SHEILA C. BAIR,<br><br>      Defendants | Case No.  C-07-04108-JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS THE MCGRAW-HILL COMPANIES, INC. AND HAROLD W. MCGRAW III'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date: July 11, 2008<br>Time: 9:00 a.m.<br>Before: Hon. Jeremy Fogel |

This matter having come before the Court on the motion of defendants The McGraw-Hill Companies, Inc. and Harold W. McGraw III (collectively, the "McGraw-Hill Defendants") for an Order Dismissing the Amended Complaint;

AND, the Court having read the Notice of Motion and Motion, the memorandum of points and authorities submitted in support of the motion, the complete files and records in this action, and the arguments of Counsel;

AND, good cause appearing;

**IT IS HEREBY ORDERED THAT:**

The McGraw-Hill Defendants' motion to dismiss the Amended Complaint is granted.

**IT IS SO ORDERED.**

Dated: _____, 2008          By: _____
                                                                                                 The Honorable Jeremy Fogel
                                                                                                 UNITED STATES DISTRICT COURT JUDGE