Charles G. Miller, State Bar No. 39272
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
cmiller@bztm.com

Joshua M. Rubins, *Admitted Pro Hac Vice*
James J. Coster, *Admitted Pro Hac Vice*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
jrubins@ssbb.com; jcoster@ssbb.com

Attorneys for Defendant
MOODY'S CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR;<br><br>　　　　Defendants. | No. C-07-04108 JF/HRL<br><br>**NOTICE OF MOTION OF MOODY'S CORPORATION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date:　　　July 11, 2008<br>Time:　　　9:00 a.m.<br>Location:　Hon. Jeremy Fogel<br>　　　　　　Courtroom Three |

　　　　PLEASE TAKE NOTICE that Defendant Moody's Corporation ("Moody's"), by and through its undersigned attorneys, will move this Court, at the Courthouse located at 280 South First Street, San Jose, CA on July 11, 2008 at 9:00 a.m., for an order, pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), dismissing the Amended Complaint of Plaintiff Michael Blomquist ("Plaintiff" or "Blomquist"), in its entirety, as to Moody's, on the grounds that any and all claims purportedly asserted against Moody's fail as a matter of law because: (i) Plaintiff lacks standing to assert the causes of action asserted; (ii) the statutes invoked by Plaintiff create no private right of action; and/or (iii) Plaintiff wholly fails to plead the necessary elements

-2-

1  of any cause of action against Moody's under any standard, including but not limited to the
2  standards of Rule 8 and, as applicable, Rule 9(b), the federal antitrust laws, and the Private
3  Securities Litigation Reform Act ("PSLRA"), and for such other and further relief as this Court
4  deems proper.

5      The legal arguments in support of Moody's motion are set forth in detail in the
6  Memorandum of Points and Authorities in Support of the McGraw-Hill Defendants' Motion to
7  Dismiss the Amended Complaint, each material point of which is fully applicable to Moody's as
8  well as to the corporate McGraw-Hill defendant. Moody's respectfully hereby joins in, adopts,
9  and incorporates in its motion the legal arguments therein.

10      Moody's respectfully requests oral argument on its motion.

DATED: May 12, 2008

Respectfully submitted:

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

SATTERLEE STEPHENS BURKE & BURKE LLP

By _____
    Charles G. Miller
    Attorneys for Defendant
    MOODY'S CORPORATION