1  Rhonda Trotter, Bar Number 169241
   Julian Brew, Bar Number 150615
2  J. Raymond Warner, Bar Number 207892
   KAYE SCHOLER LLP
3  1999 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 788-1000
   Facsimile: (310) 788-1200
5  Email address: rtrotter@kayescholer.com
                  jbrew@kayescholer.com
6                 rwarner@kayescholer.com

7  Attorneys for Defendant EXPERIAN HOLDINGS, INC.

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 | MICHAEL BLOMQUIST,                              | ) | CASE NO. C07-04108 JF
11 |     Plaintiff,                                  | ) |
   |                                                 | ) | DECLARATION OF J.
12 |     v.                                          | ) | RAYMOND WARNER IN
   | WASHINGTON MUTUAL, a Washington                 | ) | SUPPORT OF DEFENDANT
13 | corporation; KERRY K. KILLINGER;                | ) | EXPERIAN HOLDINGS, INC.'S,
   | JOSEPH W. SAUNDERS;                             | ) | MOTION TO DISMISS
14 | COUNTRYWIDE HOME LOANS, INC. a                  | ) | PURSUANT TO FED. R. CIV. P.
   | Delaware corporation; ANGELO                    | ) | 12(b)(1) & (6) AND 9(b)
15 | MOZILLO; WACHOVIA
   | CORPORATION, a North Carolina                   | ) | Date:  July 11, 2008
16 | corporation; KEN THOMPSON;                      | ) | Time:  9:00 a.m.
   | CITIGROUP, a Delaware corporation;              | ) | Place: Ctrm. 3
17 | SANFORD WEILL; CHARLES PRINCE;
   | GOLDMAN SACHS GROUP, INC., a                    | ) | Hon. Jeremy Fogel
18 | Delaware corporation; HENRY
   | PAULSON; BEAR STERNS
19 | COMPANIES, INC., a Delaware
   | corporation; JAMES CAYNE; THE
20 | MCGRAW HILL COMPANY, INC., a
   | Delaware corporation; HAROLD
21 | MCGRAW III; WELLS FARGO &
   | COMPANY, a Delaware corporation;
22 | PATRICIA R. CALLAHAN; HERBERT
   | M. SANDLER; ROCK HOLDINGS, INC.,
23 | a Delaware corporation; EXPERIAN
   | CORPORATION, a Delaware corporation;
24 | FIMALAC, INC., a Delaware corporation;
   | MOODYS CORPORATION, a Delaware
25 | corporation; JAMES E. GILLERAN;
   | JOHN M. REICH; JOHN D. HAWKE JR.;
26 | JOHN C. DUGAN; SUSAN SCHMIDT
   | BIES; DONALD E. POWELL; SHEILA
27 | C. BAIR,
   |
28 |     Defendants.

# DECLARATION OF J. RAYMOND WARNER

I, J. Raymond Warner, declare:

1. I am an attorney associated with the law firm Kaye Scholer LLP, counsel to Defendant Experian Holding, Inc. ("Experian"), erroneously sued as "Experian Corporation" in this matter. I am admitted to the bar of the State of California. I make this declaration in support of Experian's Motion to Dismiss in the above-captioned action. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a listing for "Michael Scott Properties, Inc." obtained from the California Secretary of State website.

3. I have examined an investigative report containing certain information about Plaintiff Michael Blomquist, showing that he was issued a Social Security card in California in 1983 and that he has been licensed as a realtor by the State of California..

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed this 12th day of May, 2008, at Los Angeles, California.

*/s/ J. Raymond Warner*
J. Raymond Warner

**EXHIBIT A**

## California Business Portal
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAY 09, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| MICHAEL SCOTT PROPERTIES, INC. |
| **Number:** C2483403    **Date Filed:** 11/4/2002    **Status:** suspended |
| **Jurisdiction:** California |
| **Address** |
| 1440 S DE ANZA BLVD #A |
| SAN JOSE, CA 95129 |
| **Agent for Service of Process** |
| MICHAEL BLOMQUIST |
| 1440 S DE ANZA BLVD #A |
| SAN JOSE, CA 95129 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.