Rhonda Trotter, Bar Number 169241
Julian Brew, Bar Number 150615
J. Raymond Warner, Bar Number 207892
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200
Email address: rtrotter@kayescholer.com
               jbrew@kayescholer.com
               rwarner@kayescholer.com

Attorneys for Defendant EXPERIAN HOLDINGS, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>Defendants. | CASE NO. C07-04108 JF<br><br>DECLARATION OF ROBIN NORRIS IN SUPPORT OF DEFENDANT EXPERIAN HOLDINGS, INC.'S, MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) & (6) AND 9(b)<br><br>Date:  July 11, 2008<br>Time:  9:00 a.m.<br>Place: Ctrm. 3<br><br>Hon. Jeremy Fogel |

# DECLARATION OF ROBIN NORRIS

I, Robin Norris, declare:

1. I am the Senior Vice President, Controller for Defendant Experian Holdings, Inc. ("Experian"), erroneously sued as "Experian Corporation" in the above-captioned matter. I make this declaration in support of Experian's Motion to Dismiss. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Experian's headquarters is in Costa Mesa, California, where it maintains its principal place of business and its primary office. Experian's executives have their offices at Experian's Costa Mesa offices. Experian's corporate administrative and financial offices are located in Costa Mesa, and its books and records are maintained in Costa Mesa. Experian supervises its business in Costa Mesa and employs persons and conducts its business from Costa Mesa. Its public "contact" address is in Costa Mesa.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed this 12th day of May, 2008, at Costa Mesa, California.

_____
Robin Norris