Rhonda Trotter, Bar Number 169241
Julian Brew, Bar Number 150615
J. Raymond Warner, Bar Number 207892
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200
Email address:  rtrotter@kayescholer.com
　　　　　　　　jbrew@kayescholer.com
　　　　　　　　rwarner@kayescholer.com

Attorneys for Defendant EXPERIAN HOLDINGS, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL BLOMQUIST, | **CASE NO. C07-04108 JF** |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | Date:      July 11, 2008<br>Time:      9:00 a.m.<br>Place:     Ctrm. 3<br><br>Hon. Jeremy Fogel |
| Defendants. | |

**[PROPOSED] ORDER**

The Court having read and considered all papers and heard any argument submitted in support of and in opposition to Defendant Experian Holdings, Inc.'s ("Experian"), erroneously sued as "Experian Corporation," Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1), (6) and 9(b),

IT IS HEREBY ORDERED:

That this action is DISMISSED WITH PREJUDICE.

Dated: _____, 2008          _____
                                          Hon. Jeremy Fogel
                                          United States District Judge

SUBMITTED BY:

KAYE SCHOLER, LLP

By: _____//S//_____
   J. Raymond Warner
   Attorneys for Defendant
   EXPERIAN HOLDINGS, INC.