Stephen M. Rummage, *pro hac vice*
Martin L. Fineman (Cal. Bar No. 104413)
Sam N. Dawood (Cal. Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
Email: martinfineman@dwt.com
        samdawood@dwt.com

Attorneys for Defendants
Washington Mutual, Kerry K. Killinger,
and Joseph W. Saunders

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>        Plaintiff,<br><br>        v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY,  a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR<br><br>        Defendants. | Case No. 07-04108 JF/HRL<br><br>**NOTICE OF APPEARANCE** |

DAVIS WRIGHT TREMAINE LLP

1

1    **PLEASE TAKE NOTICE THAT** Sam N. Dawood of Davis Wright Tremaine LLP,

2    located at 505 Montgomery Street, Suite 800, San Francisco, California, 94111 will appear as

3    counsel of record for Defendants Washington Mutual, Kerry K. Killinger, and Joseph W. Saunders

4    in the above-captioned matter, in addition to the other attorneys from Davis Wright Tremaine LLP

5    who have appeared to date.

6    Respectfully submitted this 12th day of May, 2008.

7                                                       DAVIS WRIGHT TREMAINE LLP

8                                                       By /s/ *Sam N. Dawood*
                                                           Stephen M. Rummage, *pro hac vice*
9                                                          Martin Fineman (Cal. Bar No. 104413)
                                                           Sam N. Dawood (Cal. Bar No. 178862)
10
                                                        Attorneys for Defendants Washington Mutual,
11                                                      Kerry K. Killinger, and Joseph W. Saunders

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

2