UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST, et al.<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; et al.,<br><br>　　　　Defendants. | Case No.: C07-04108 JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING WELLS FARGO & COMPANY AND PATRICIA R. CALLAHAN'S MOTION TO DISMISS**<br>**[Fed R. Civ. P., Rule 12(b)(6)]** |

The motion of defendants Wells Fargo & Company and Patricia R. Callahan to dismiss for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure came on for hearing on July 11, 2008. After consideration of the papers and evidence filed by the parties and the arguments of counsel and/or the parties at the hearing,

IT IS HEREBY ORDERED THAT

1.　Wells Fargo & Company and Patricia R. Callahan's motion to dismiss for failure to state a claim upon which relief can be granted is GRANTED; and

2.　Plaintiff's first amended complaint is dismissed as to Wells Fargo & Company and Patricia R. Callahan with prejudice.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge