1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  ERIK KEMP (State Bar No. 246196)
   ek@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  THE BEAR STEARNS COMPANIES,
   INC. and JAMES CAYNE
8

9                      UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

12 | MICHAEL BLOMQUIST & MICHAEL SCOTT PROPERTIES, INC., | Case No.: C07-04108-JF |
|---|---|
| Plaintiffs, | **DECLARATION OF JAMES E. CAYNE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [Fed. R. Civ. P., Rule 12(b)(2)]** |
| vs. | |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | Hearing Date: July 11, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3<br>Judge: Hon. Jeremy Fogel<br>Complaint Date: September 10, 2007<br>Trial Date: Not Set |
| Defendants. | |

11474/0075/669347.1                              Declaration of James E. Cayne
                                                 Case No.: C07-04108-JF

I, JAMES E. CAYNE, declare:

1. I am a defendant in this action, and I submit this declaration in support of my motion to dismiss for lack of personal jurisdiction. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, I could and would testify as follows.

2. I am the Chairman of the Board of Directors of The Bear Stearns Companies, Inc. (hereafter "Bear Stearns"). Bear Stearns is incorporated under the laws of Delaware. Bear Stearns is headquartered at 383 Madison Avenue, New York, New York.

3. As Chairman of the Board of Directors of Bear Stearns, I maintain my office at Bear Stearns's New York headquarters. I work primarily from this office. I do not maintain an office in California.

4. I am domiciled in New York, New York. I currently reside in New York, New York in a residence I own. I have lived in New York for more than forty years and intend to stay here indefinitely. I also own real property in New Jersey. I do not own any real property in California.

5. I file my tax returns as a New York resident. I am registered to vote in New York. I pay property taxes in New York.

6. I have received the summons and complaint in this action, which plaintiff Michael Blomquist purported to serve on an employee of Bear Stearns at 320 Park Avenue, New York, New York.

7. I have had very limited contacts with the State of California. I have been to California several times for personal matters, but I do not conduct business in California on a regular basis. I rarely travel to California for business reasons. During the few times I have been to California, I did not intend to receive any benefits from the State.

8. I have had no contact with the plaintiff or his business, Michael Scott Properties, Inc., in California or elsewhere. I have never conducted any business with plaintiff or with his business, or entered into any contracts with either of them. I have never communicated with plaintiff or his business, or directed any of my conduct toward either in any manner.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on May 12, 2008, at New York, New York.

                                                /s/  *James E. Cayne*
                                                        James E. Cayne

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

    /s/  *Erik Kemp*
        Erik Kemp

11474/0075/669347.1

Declaration of James E. Cayne
Case No.: C07-04108-JF