UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA–SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST and MICHAEL SCOTT PROPERTIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; et al.,<br><br>Defendants. | Case No.: C07-04108-JF<br><br>**[PROPOSED] ORDER GRANTING JAMES CAYNE'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [Fed R. Civ. P., Rule 12(b)(2)]** |

The motion of defendant James Cayne to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure came on for hearing on July 11, 2008. After consideration of the papers and evidence filed by the parties and the arguments of counsel and/or the parties at the hearing, IT IS HEREBY ORDERED THAT

    1.    James Cayne's motion to dismiss for lack of personal jurisdiction is GRANTED; and

    2.    Plaintiff's first amended complaint is dismissed as to James Cayne with prejudice.

IT IS SO ORDERED.

DATED: _____

                                                                     Hon. Jeremy Fogel<br>
                                         United States District Court Judge