1  Mark T. Flewelling (#096465)
   mflewelling@afrct.com
2  Christopher A. Carr (#44444)
   ccarr@afrct.com
3  Robin C. Campbell (#070374)
   rcampbell@afrct.com
4  ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP
5  199 South Los Robles Ave., Suite 600
   Pasadena, California 91101
6  Tel: 626.535.1900
   Fax: 626.577.7764

   Attorneys for Defendants
   Wachovia Corporation; Ken Thompson;
   and Herbert M. Sandler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a | C-07-04108-JF/HRL<br><br>[PROPOSED]ORDER GRANTING MOTION BY DEFENDANTS WACHOVIA CORPORATION, KEN THOMPSON AND HERBERT M. SANDLER TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date:　July 11, 2008<br>Time:　9:00 a.m.<br>Crtrm:　3 |

1  Delaware corporation; MOODYS CORPORATION, a Delaware
2  corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE,
3  JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E.
4  POWELL; SHEILA C. BAIR;

5
              Defendants.
6

7

8       The motion by defendants Wachovia Corporation, Ken Thompson and
9  Herbert M. Sandler (the "Wachovia Defendants") to dismiss the First Amended
10 Complaint having come before the Court, and the Court having duly considered the
11 moving and opposing papers submitted by the parties and the arguments therein,
12
13      IT IS HEREBY ORDERED that the motion to dismiss is granted and that the
14 Wachovia Defendants be dismissed.
15
16 Dated: July _____, 2008            _____
17                                    UNITED STATES DISTRICT JUDGE