1  STEPHEN E. TAYLOR (SBN 58452)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jpatchen@tcolaw.com

6  Attorneys for Defendant FITCH GROUP INC.
   (sued and served herein as Fimalac, Inc.)
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | MICHAEL BLOMQUIST,                          | Case No.: C-07-04108 JF (HRL)
12 |     Plaintiff,                              |
                                                 | **DEFENDANT FITCH GROUP,**
13 | v.                                          | **INC.'S CERTIFICATION OF**
                                                 | **INTERESTED ENTITIES OR**
14 | WASHINGTON MUTUAL, a Washington             | **PERSONS**
   | corporation; KERRY K. KELLINGER; JOSEPH     |
15 | W. SAUNDERS; COUNTRYWIDE HOME               | **[CIVIL LOCAL RULE 3-16]**
   | LOANS, INC., a Delaware corporation; ANGELO |
16 | MOZILLO; WACHOVIA CORPORATION, a            |
   | North Carolina corporation; KEN THOMPSON;   |
17 | CITIGROUP, a Delaware corporation;          |
   | SANFORD WEILL; CHARLES PRINCE;              |
18 | GOLDMAN SACHS GROUP, INC., a Delaware       |
   | corporation; HENRY PAULSON; BEAR            |
19 | STERNS COMPANIES, INC., a Delaware          |
   | corporation; JAMES CAYNE; THE MCGRAW        |
20 | HILL COMPANY, INC., a Delaware corporation; |
   | HAROLD MCGRAW III; WELLS FARGO &            |
21 | COMPANY, a Delaware corporation; PATRICIA   |
   | R. CALLAHAN; HERBERT M. SANDLER;            |
22 | ROCK HOLDINGS, INC., a Delaware             |
   | corporation; EXPERIAN CORPORATION, a        |
23 | Delaware corporation; FIMALAC, INC., a      |
   | Delaware corporation; MOODYS                |
24 | CORPORATION, a Delaware corporation;        |
   | JAMES E. GILLERAN; JOHN M. REICH; JOHN      |
25 | D. HAWKE JR.; JOHN C. DUGAN; SUSAN          |
   | SCHMIDT BIES; DONALD E. POWELL;             |
26 | SHEILA C. BAIR,                             |

27       Defendants.

28

TAYLOR & CO.
LAW OFFICES, LLP

DEFENDANT FITCH GROUP, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS:
CASE NO. C-07-04108 JF (HRL)

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.

4 Dated: May 12, 2008                     TAYLOR & COMPANY LAW OFFICES, LLP

By:     /s/ Jonathan A. Patchen
        Jonathan A. Patchen
Attorneys for Defendant FITCH GROUP INC.