STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant FITCH GROUP INC.
(sued and served herein as Fimalac, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KELLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>    Defendants. | Case No.: C-07-04108 JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING FITCH GROUP, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**[FED. RULE CIV. PROC. 12(b)(6) & 9(b)]**<br><br>Date:   July 11, 2008<br>Time:   9:00 A.M.<br>Place:  Courtroom 3, 5th Floor<br><br>Hon. Jeremy Fogel |

[PROPOSED] ORDER GRANTING FITCH GROUP, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT: CASE NO. C-07-04108 JF (HRL)

1      The Motion to Dismiss of Fitch Group, Inc. ("Fitch Group") came on regularly for hearing before the Honorable Jeremy Fogel in Courtroom 3 of the above-captioned Court at 9:00 a.m., on July 11, 2008. Moving party Fitch Group was represented by Stephen E. Taylor of Taylor & Company Law Offices, LLP.

    Having considered all papers filed by the parties in favor of and in opposition to Fitch Group's Motion to Dismiss, the oral arguments of counsel appearing at the hearing on this motion, and all other matters deemed appropriate by this Court, and good cause appearing therefor, IT IS HEREBY ORDERED that:

    1.    The Fitch Group's Motion to Dismiss the Amended Complaint is GRANTED; and

    2.    The Amended Complaint is DISMISSED in its entirety WITH PREJUDICE.

    IT IS SO ORDERED.

DATED: _____     _____
                                                          HONORABLE JEREMY FOGEL
                                                          UNITED STATES DISTRICT COURT JUDGE