1  STEPHEN E. TAYLOR (SBN 58452)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile:  (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jpatchen@tcolaw.com

6  Attorneys for Defendant FITCH GROUP INC.
   (sued and served herein as Fimalac, Inc.)
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 MICHAEL BLOMQUIST,                    | Case No.: C-07-04108 JF (HRL)

12         Plaintiff,                    | **DEFENDANT FITCH GROUP, INC.'S DISCLOSURE STATEMENT**

13 v.

14 WASHINGTON MUTUAL, a Washington       | [FRCP RULE 7.1]
   corporation; KERRY K. KELLINGER; JOSEPH
15 W. SAUNDERS; COUNTRYWIDE HOME
   LOANS, INC., a Delaware corporation; ANGELO
16 MOZILLO; WACHOVIA CORPORATION, a
   North Carolina corporation; KEN THOMPSON;
17 CITIGROUP, a Delaware corporation;
   SANFORD WEILL; CHARLES PRINCE;
18 GOLDMAN SACHS GROUP, INC., a Delaware
   corporation; HENRY PAULSON; BEAR
19 STERNS COMPANIES, INC., a Delaware
   corporation; JAMES CAYNE; THE MCGRAW
20 HILL COMPANY, INC., a Delaware corporation;
   HAROLD MCGRAW III; WELLS FARGO &
21 COMPANY, a Delaware corporation; PATRICIA
   R. CALLAHAN; HERBERT M. SANDLER;
22 ROCK HOLDINGS, INC., a Delaware
   corporation; EXPERIAN CORPORATION, a
23 Delaware corporation; FIMALAC, INC., a
   Delaware corporation; MOODYS
24 CORPORATION, a Delaware corporation;
   JAMES E. GILLERAN; JOHN M. REICH; JOHN
25 D. HAWKE JR.; JOHN C. DUGAN; SUSAN
   SCHMIDT BIES; DONALD E. POWELL;
26 SHEILA C. BAIR,

27         Defendants.

28

TAYLOR & CO.
LAW OFFICES, LLP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fitch Group, Inc., formerly known as Fimalac, Inc., states that it has no parent corporation. Fimalac, S.A., owns ten percent or more of Fitch Group, Inc.'s stock. Additionally, Fitch, Inc., which is not named as a defendant in the Amended Complaint, is one of three major credit rating agencies in the United States, is a Nationally Recognized Statistical Ratings Organization and is a wholly owned subsidiary of Fitch Group, Inc.

Dated: May 12, 2008                TAYLOR & COMPANY LAW OFFICES, LLP


By:  /s/ Jonathan A. Patchen
         Jonathan A. Patchen
Attorneys for Defendant FITCH GROUP INC.

TAYLOR & CO.
LAW OFFICES, LLP

DEFENDANT FITCH GROUP, INC.'S DISCLOSURE STATEMENT: CASE NO. C-07-04108 JF (HRL)