1  PETER R. BOUTIN, CASB No. 65261
   peter.boutin@kyl.com
2  CHRISTOPHER A. STECHER, CASB No. 215329
   christopher.stecher@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
6
   Attorneys for Defendant
7  CITIGROUP INC. (sued and served herein as Citigroup), SANFORD WEILL and CHARLES
   PRINCE
8
   *Pursuant to Civil Local Rule 3-4(a)(1), please refer to the signature pages on Motion to Dismiss for*
9  *the complete list of parties represented on this Motion*

10                         UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
11                              SAN JOSE DIVISION

12 MICHAEL BLOMQUIST,                          )  Case No. C07-04108 JF/HRL
                                               )
13                     Plaintiff,              )
                                               )
14         vs.                                 )  [PROPOSED] ORDER GRANTING
                                               )  DEFENDANTS CITIGROUP INC.,
15 WASHINGTON MUTUAL, a Washington             )  SANFORD WEILL, CHARLES
   corporation; KERRY K. KILLINGER; JOSEPH W.  )  PRINCE, GOLDMAN SACHS GROUP,
16 SAUNDERS; COUNTRYWIDE HOME LOANS,           )  INC., THE BEAR STEARNS
   INC., a Delaware corporation; ANGELO MOZILLO;) COMPANIES, INC., AND JAMES
17 WACHOVIA CORPORATION, a North Carolina      )  CAYNE'S ("BANKER" DEFENDANTS)
   corporation; KEN THOMPSON; CITIGROUP, a     )  MOTION TO DISMISS FIRST
18 Delaware corporation; SANFORD WEILL;        )  AMENDED COMPLAINT
   CHARLES PRINCE; GOLDMAN SACHS GROUP         )
19 INC., a Delaware corporation; HENRY PAULSON;)  Date:    July 11, 2008
   BEAR STEARNS COMPANIES, INC., a Delaware    )  Time:    9:00 a.m.
20 corporation; JAMES CAYNE; THE MCGRAW        )  Place:   Courtroom 3 (Hon. Jeremy
   HILL COMPANY, INC, a Delaware corporation;  )           Fogel)
21 HAROLD MCGRAW III; WELLS FARGO &            )
   COMPANY, a Delaware corporation; PATRICIA R.)
22 CALLAHAN; HERBERT M. SANDLER; ROCK          )
   HOLDINGS, INC., a Delaware corporation;     )
23 EXPERIAN CORPORATION, a Delaware            )
   corporation; FIMALAC, INC., a Delaware      )
24 corporation; MOODYS CORPORATION, a          )
   Delaware corporation; JAMES E. GILLERAN;    )
25 JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C.  )
   DUGAN; SUSAN SCHMIDT BIES; DONALD E.        )
26 POWELL; SHEILA C. BAIR,                     )
                                               )
27                     Defendants.             )
                                               )
28 _____)

KYL_SF462358

[PROPOSED] ORDER GRANTING "BANKER" DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT — CASE
NO. C07-04108 JF/HRL

1     Defendants CITIGROUP INC. ("Citigroup"), SANFORD WEILL, CHARLES PRINCE, GOLDMAN SACHS GROUP, INC. ("Goldman"), THE BEAR STEARNS COMPANIES, INC. ("Bear Stearns"), and JAMES CAYNE's (collectively referred to as the "Banker Defendants") Motion to Dismiss Plaintiff MICHAEL BLOMQUIST's ("Plaintiff") First Amended Complaint came for hearing on July 11, 2008 in the above-entitled Court, the Honorable Jeremy Fogel presiding.

    This matter having been fully briefed, argued and considered by the Court, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The Banker Defendants' Motion to Dismiss the First Amended Complaint is granted.

**IT IS SO ORDERED.**

DATED: _____, 2008     _____
                                                 THE HONORABLE JEREMY FOGEL
                                                 UNITED STATES DISTRICT JUDGE