1  PETER R. BOUTIN, CASB No. 65261
   peter.boutin@kyl.com
2  CHRISTOPHER A. STECHER, CASB No. 215329
   christopher.stecher@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California  94111
5  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
6
   Attorneys for Defendant
7  CITIGROUP INC. (sued and served herein as Citigroup), SANFORD WEILL and CHARLES
   PRINCE
8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

11 | MICHAEL BLOMQUIST,                          | Case No. C07-04108 JF/HRL
12 |                                             |
   |                         Plaintiff,          |
13 |                                             | **DEFENDANTS CITIGROUP INC.,**
   |           vs.                               | **SANFORD WEILL AND CHARLES**
14 |                                             | **PRINCE'S CERTIFICATION OF**
   | WASHINGTON MUTUAL, a Washington             | **INTERESTED ENTITIES OR**
15 | corporation; KERRY K. KILLINGER; JOSEPH W.  | **PERSONS PURSUANT TO CIV.L.R. 3-**
   | SAUNDERS; COUNTRYWIDE HOME LOANS,           | **16**
16 | INC., a Delaware corporation; ANGELO MOZILLO;
   | WACHOVIA CORPORATION, a North Carolina
17 | corporation; KEN THOMPSON; CITIGROUP, a
   | Delaware corporation; SANFORD WEILL;
18 | CHARLES PRINCE; GOLDMAN SACHS GROUP
   | INC., a Delaware corporation; HENRY PAULSON;
19 | BEAR STEARNS COMPANIES, INC., a Delaware
   | corporation; JAMES CAYNE; THE MCGRAW
20 | HILL COMPANY, INC, a Delaware corporation;
   | HAROLD MCGRAW III; WELLS FARGO &
21 | COMPANY, a Delaware corporation; PATRICIA R.
   | CALLAHAN; HERBERT M. SANDLER; ROCK
22 | HOLDINGS, INC., a Delaware corporation;
   | EXPERIAN CORPORATION, a Delaware
23 | corporation; FIMALAC, INC., a Delaware
   | corporation; MOODYS CORPORATION, a
24 | Delaware corporation; JAMES E. GILLERAN;
   | JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C.
25 | DUGAN; SUSAN SCHMIDT BIES; DONALD E.
   | POWELL; SHEILA C. BAIR,
26 |
   |                         Defendants.
27 |

28

1     Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,
2 other than the named parties, there is no such interest to report.

3

4

5 DATED: May ____, 2008                /s/ Peter R. Boutin

6                                      PETER R. BOUTIN
                                     peter.boutin@kyl.com
7                                    CHRISTOPHER A. STECHER
                                    christopher.stecher@kyl.com
8                                    KEESAL, YOUNG & LOGAN
                                   Four Embarcadero Center, Suite 1500
9                                    San Francisco, CA 94111
                                   (415) 398-6000
10

11                                    Attorneys for Defendants
                                   CITIGROUP INC.; SANFORD WEILL; and
12                                    CHARLES PRINCE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28