| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JOHN B. SULLIVAN (State Bar No. 96742)<br>REGINA J. McCLENDON (State Bar No. 184669)<br>rjm@severson.com<br>ERIK KEMP (State Bar No. 246196)<br>ek@severson.com<br>SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  (415) 398-3344<br>Facsimile:  (415) 956-0439 |
| 7<br>8 | Attorneys for Defendants<br>THE BEAR STEARNS COMPANIES, INC.,<br>and JAMES CAYNE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA–SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST AND MICHAEL SCOTT PROPERTIES, INC.,<br><br>          Plaintiffs,<br><br>    vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE McGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD McGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>          Defendants. | Case No.:  C07-04108-JF<br><br>**THE BEAR STEARNS COMPANIES, INC. AND JAMES CAYNE'S CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  May 12, 2008

SEVERSON & WERSON
A Professional Corporation


By:  ___/s/   Erik Kemp___
          Erik Kemp

Attorneys for Defendants
THE BEAR STEARNS COMPANIES, INC.,
and JAMES CAYNE