1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  ERIK KEMP (State Bar No. 246196)
   ek@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO & COMPANY and
   PATRICIA R. CALLAHAN
8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                     SAN JOSE DIVISION

| | |
|---|---|
| 11  MICHAEL BLOMQUIST, | Case No.: C07-04108 JF/HRL |
| 12          Plaintiff, | **WELLS FARGO & COMPANY AND PATRICIA R. CALLAHAN'S CERTIFICATION OF INTERESTED PARTIES** |
| 13          vs. | |
| 14  WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEIL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR., JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | |
| 27          Defendants. | |

28

07725/0086/670744.1                                     Certification of Interested Parties
                                                        Case No.:  C07-04108 JF/HRL

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4  DATED:  May 12, 2008                SEVERSON & WERSON
                                        A Professional Corporation
5

6
                                        By:      /s/     Erik Kemp
7                                                        Erik Kemp

8                                       Attorneys for Defendants
                                        WELLS FARGO & COMPANY and PATRICIA R.
9                                       CALLAHAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

07725/0086/670744.1                                        Certification of Interested Parties
                                                           Case No.:  C07-04108 JF/HRL