Rhonda Trotter, Bar Number 169241
Julian Brew, Bar Number 150615
J. Raymond Warner, Bar Number 207892
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200
Email address: rtrotter@kayescholer.com
               jbrew@kayescholer.com
               rwarner@kayescholer.com

Attorneys for Defendant EXPERIAN HOLDINGS, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST, | CASE NO. C07-04108 JF |
| Plaintiff, | DEFENDANT EXPERIAN HOLDINGS, INC.'S, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | [CIVIL LOCAL RULE 3-16]<br><br>Hon. Jeremy Fogel |
| Defendants. | |

23245126.DOC    CERTIFICATION OF INTERESTED ENTITIES C07-04108 JF

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

EXPERIAN HOLDINGS, INC., sued erroneously as Experian Corporation;

LOWERMYBILLS.COM, INC., subsidiary of Experian Holdings, Inc.

DATED: May 13, 2008                KAYE SCHOLER LLP

By: *J. Raymond Warner*
J. Raymond Warner
Attorneys for Defendant EXPERIAN HOLDINGS, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1600, Los Angeles, California 90067

On May 13, 2008, I served the foregoing documents described as follows on the interested party in this action:

**DEFENDANT EXPERIAN HOLDINGS, INC.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS.**

__X__ by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached list.

____ by placing____ the original ____ a true copy in a sealed envelope addressed as follows:

__X__ I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY PERSONAL SERVICE
  ____ by personally delivering such envelope to the addressee.
  ____ by causing such envelope to be delivered by messenger to the office of the addressee.

____ BY FAX:

____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 13, 2008, at Los Angeles, California.

__Shahnaz Virani__
NAME

SIGNATURE

Service List

Bloomquist v. Washington Mutual, et al.

United States District Court
North District of California
San Jose
Case No. C07-04108 JF

| | |
|---|---|
| Michael Scott-Alan Blomquist<br>18234 Daves Avenue<br>Los Gatos, CA 95030<br>Tel: 408-399-0590<br>michaelsblomquist@gmail.com | Michael Scott Blomquist<br>*(Plaintiff)* |
| Peter R. Boutin<br>Keesal Young & Logan<br>Four Embarcadero Center<br>Suite 1500<br>San Francisco, CA 94111<br>Tel: 415-398-6000<br>Fax: 415-981-0136<br>peter.boutin@kyl.com | Citigroup, Inc.<br>*(Defendant)* |
| Christopher Alan Carr<br>Anglin, Flewelling<br>199 S. Los Robles #600<br>Pasadena, California 91101-2459<br>Tel: 626-535-1900<br>Fax: 626-577-7764<br>ocarr@afrct.com | Wachovia Cororation<br>*(Defendant)* |
| James J. Coster<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, New York 10169<br>Tel: 212-818-9200 | Moodys Corporation<br>*(Defendant)* |
| Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, New York 10169-0079<br>Tel: 212-818-9200 | Moodys Corporation<br>*(Defendant)* |
| Erik Wayne Kemp<br>Severson & Werson<br>One Embarcadro Center<br>Suite 2600<br>San Francisco, California 94111<br>Tel: 415-398-3344 x556<br>ek@severson.com | Bear Sterns Companies, Inc.<br>*(Defendant)* |

| | |
|---|---|
| Regina Jill McClendon, Esq.<br>Severson & Werson<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, California 94111<br>Tel: 415-398-3344<br>rjm@severson.com | Bear Sterns Companies, Inc.<br>*(Defendant)* |
| John B. Sullivan<br>Severson & Werson<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, California 94111<br>Tel: 415-398-3344<br>jbs@severson.com | Bear Sterns Companies, Inc.<br>*(Defendant)* |
| Jonathan Alan Patchen<br>Taylor & Company Law Offices, LLP<br>One Ferry Building<br>Suite 355<br>San Francisco, California 94111<br>Tel: 415-788-8200<br>Fax: 415-788-8208<br>jpatchen@tcolaw.com | Fimalac<br>*(Defendant)* |
| Stephen Michael Rummage<br>Davis Wright Tremaine LLP<br>1201 Third Avenue<br>Suite 2200<br>Seattle, Washington 98101-3045<br>Tel: 206-622-3150<br>Fax: 206-757-7700<br>stevenrummage@dwt.com | Washington Mutual<br>*(Defendant)* |
| Christopher A. Stecher<br>Keesal Young & Logan<br>Four Embarcadero Center<br>Suite 1500<br>San Francisco, California 94111<br>Tel: 415-383-6000<br>Fax: 415-981-0136<br>christoopher.stecher@kyl.com | Sanford Weill<br>*(Defendant)* |
| Ryan Jude Thompson<br>Goodwin Proctor LLP<br>181 Lytton Avenue<br>Palo Alto, California 94301<br>Tel: 650-752-3100<br>Fax: 650-853-1038 | Countrywide Home Loans, Inc.<br>*(Defendant)* |