1  Stephen M. Rummage, *pro hac vice*
2  Martin L. Fineman (Cal. Bar No. 104413)
   Sam N. Dawood (Cal. Bar No. 178862)
3  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
4  San Francisco, California 94111-6533
   Telephone: (415) 276-6500
5  Facsimile:  (415) 276-6599
   Email: martinfineman@dwt.com
6         samdawood@dwt.com

7  Attorneys for Defendants
   Washington Mutual, Kerry K. Killinger,
8  and Joseph W. Saunders

DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR<br><br>    Defendants. | Case No. 07-04108 JF/HRL<br><br>**DEFENDANTS WASHINGTON MUTUAL, KERRY K. KILLINGER AND JOSEPH W. SAUNDERS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Hon. Jeremy Fogel<br>Department: SJ, Courtroom 3, 5th Floor |

The Washington Mutual Defendants' Certificate of Interested Non-Parties
Blomquist v. Washington Mutual - Case No. C07-4108 JF/HRL

SFO 407669v1 0013149-000095

Pursuant to Civil L.R. 3-16, Defendants Washington Mutual,[1] Kerry K. Killinger, and Joseph W. Saunders submit this Certificate of Interested Entities or Persons. The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Washington Mutual Bank is a wholly-owned subsidiary of Washington Mutual, Inc.

2. Washington Mutual, Inc., is a publicly-owned corporation. The undersigned is not presently aware that any publicly traded entity owns 10% or more of Washington Mutual, Inc.'s publicly traded stock.

Respectfully submitted this 13th day of May, 2008.

DAVIS WRIGHT TREMAINE LLP

By /s/ *Sam N. Dawood*
    Stephen M. Rummage, *pro hac vice*
    Martin Fineman (Cal. Bar No. 104413)
    Sam N. Dawood (Cal. Bar No. 178862)

Attorneys for Defendants Washington Mutual, Kerry K. Killinger, and Joseph W. Saunders

---

[1] The Complaint here does not specify whether "Washington Mutual" refers to Washington Mutual Bank or Washington Mutual, Inc.