```
 1  PETER R. BOUTIN, CASB No. 65261
    peter.boutin@kyl.com
 2  CHRISTOPHER A. STECHER, CASB No. 215329
    christopher.stecher@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California  94111
 5  Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
 6
    Attorneys for Defendant
 7  CITIGROUP INC. (sued and served herein as Citigroup), SANFORD WEILL and CHARLES
    PRINCE
 8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC, a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>　　　　　Defendants. | Case No. C07-04108 JF/HRL<br><br>**PROOF OF SERVICE OF DEFENDANTS CITIGROUP INC., SANFORD WEILL, CHARLES PRINCE, GOLDMAN SACHS GROUP, INC., THE BEAR STEARNS COMPANIES, INC., AND JAMES CAYNE'S ("BANKER" DEFENDANTS) NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:　　July 11, 2008<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 3 (Hon. Jeremy Fogel) |

---

Proof of Service of Notice of Motion and Motion and [Proposed] Order — CASE NO. C07-04108 JF/HRL

KYL_SF462406

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF

    I am employed in the County of, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Four Embarcadero Center, Suite 1500, San Francisco, California 94111.

    On the date indicated below, I served the foregoing documents described as:

1. **DEFENDANTS CITIGROUP INC., SANFORD WEILL, CHARLES PRINCE, GOLDMAN SACHS GROUP, INC., THE BEAR STEARNS COMPANIES, INC., AND JAMES CAYNE'S ("BANKER" DEFENDANTS) NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF; AND**

2. **[PROPOSED] ORDER RE DEFENDANTS CITIGROUP INC., SANFORD WEILL, CHARLES PRINCE, GOLDMAN SACHS GROUP, INC., THE BEAR STEARNS COMPANIES, INC., AND JAMES CAYNE'S ("BANKER" DEFENDANTS) NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Joshua M. Rubins
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

    ☒  BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

    ☐  I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    ☒  I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY FACSIMILE: Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the above-named persons at the fax numbers exhibited therewith. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ BY PERSONAL SERVICE: I personally delivered the documents to the above-named persons at the addresses exhibited therewith. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the above-named persons at the e-mail addresses exhibited therewith. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on May 13, 2008 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
MENCHIE GARCIA