Charles G. Miller, State Bar No. 39272
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
*cmiller@bztm.com*

Joshua M. Rubins, *Admitted Pro Hac Vice*
James J. Coster, *Admitted Pro Hac Vice*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
*jrubins@ssbb.com; jcoster@ssbb.com*

Attorneys for Defendant
MOODY'S CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 1 | MICHAEL BLOMQUIST, | No. C-07-04108 JF/HRL |
| 2 | Plaintiff, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| 3 | v. | **(Civil L.R. 3-16)** |
| 4 | WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR; Defendants. | |

Pursuant to Civil L.R. 3-16, defendant Moody's Corporation submits this Certificate of Interested Entities or Persons. The undersigned certifies that the following listed corporations (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.     Defendant Moody's Corporation is a publicly traded company, whose stock is traded on the New York Stock Exchange.

2.     More than 10% of the stock is owned by Berkshire Hathaway, Inc.

DATED: May 13, 2008

    BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

SATTERLEE STEPHENS BURKE & BURKE LLP

By _____
    Charles G. Miller
    Attorneys for Defendant
    MOODY'S CORPORATION