Ryan J. Thompson (SBN 238098)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-mail: rthompson@goodwinprocter.com

Sabrina M. Rose-Smith (Pro Hac Vice Application Pending)
GOODWIN PROCTER LLP
901 New York Avenue
Washington, DC 20001
Telephone: 202-346-4000
Facsimile: 202-346-4444
E-mail: srosesmith@goodwinprocter.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
AND ANGELO MOZILO

FILED

MAY 15 P 3:02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>Defendants. | Case No. C07-04108 HRL<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Sabrina Rose-Smith, an active member in good standing of the bar of the District of Columbia, Bar No. 494578, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Countrywide Home Loans, Inc. and Angelo Mozilo in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Ryan J. Thompson, California State Bar 238098, Goodwin Procter LLP, 135 Commonwealth Drive, Menlo Park, CA, 94025, Telephone (650) 752-3100.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: May 13, 2008

Sabrina M. Rose-Smith

2