| | |
|---|---|
| Ryan J. Thompson (SBN 238098)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>Telephone: 650-752-3100<br>Facsimile: 650-853-1038<br>E-mail: rthompson@goodwinprocter.com<br><br>Thomas M. Hefferon (Pro Hac Vice Application Pending)<br>GOODWIN PROCTER LLP<br>901 New York Avenue<br>Washington, DC 20001<br>Telephone: 202-346-4000<br>Facsimile: 202-346-4444<br>E-mail: thefferon@goodwinprocter.com<br><br>Attorneys for Defendant<br>COUNTRYWIDE HOME LOANS, INC.<br>AND ANGELO MOZILO | **FILED**<br><br>2008 MAY 15 P 2:58<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>    Defendants. | Case No. C07-04108 HRL<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Thomas M. Hefferon, an active member in good standing of the bar of the District of Columbia, Bar No. 461750, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Countrywide Home Loans, Inc. and Angelo Mozilo in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

---

1

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE                CASE NO. C07-04108 HRL

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Ryan J. Thompson, California State Bar 238098, Goodwin Procter LLP, 135 Commonwealth Drive, Menlo Park, CA, 94025, Telephone (650) 752-3100.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: May 13, 2008

Thomas M. Hefferon