Ryan J. Thompson (SBN 238098)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-mail: rthompson@goodwinprocter.com

Sabrina M. Rose-Smith (Pro Hac Vice Application Pending)
GOODWIN PROCTER LLP
901 New York Avenue
Washington, DC 20001
Telephone: 202-346-4000
Facsimile: 202-346-4444
E-mail: srosesmith@goodwinprocter.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
AND ANGELO MOZILO

FILED

2008 MAY 15 P 3:03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>　　　　Defendants. | Case No. C07-04108 HRL<br><br>**PROOF OF SERVICE** |

I, Sally A. Smith, declare:

I am employed in the County of San Mateo, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Goodwin Procter LLP, 135 Commonwealth Drive, Menlo Park, California, 94025.

On May 15, 2008, I served the following document(s) exactly entitled:

1.　　**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

1

PROOF OF SERVICE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C07-04108 HRL

2.   [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF THOMAS M. HEFFERON;

3.   APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (SABRINA ROSE-SMITH); and

4.   [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF SABRINA ROSE-SMITH;

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Goodwin Procter LLP, as follows:

**SEE ATTACHED SERVICE LIST**

[XX]  U.S. Mail: I am personally and readily familiar with the business practice of Goodwin Procter LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on May 15, 2008, at Menlo Park, San Mateo County, California.

Sally A. Smith

1
2

**SERVICE LIST**
**Case No. C07-04108 HRL**

3  Erik Wayne Kemp
   Severson & Werson
4  One Embarcadero Ctr.
   Suite 2600
5  San Francisco, CA 94111

6  Michael Scott Blomquist
   18234 Daves Avenue
7  Los Gates, CA 95030

8  Peter R. Boutin
   Keesal Young & Logan
9  Suite 1500
   Four Embarcadero Center
10 San Francisco, CA 94111

11 John Raymond Warner
   Kay Scholer LLP
12 1999 Avenue of the Stars, Suite 1700
   Los Angeles, CA 90067
13
   Jonathan Alan Patchen
14 Taylor & Company Law Offices, LLP
   One Ferry Building, Suite 355
15 San Francisco, CA 94111

Christopher Alan Carr
Anglin, Flewelling
199 S. Los Robles, Suite 600
Pasadena, CA 91101

Sam Dawood
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111

Melinda Mae Morton
Bergeson LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Christopher A. Stecher
Keesal Young & Logan
Suite 1500
Four Embarcadero Center
San Francisco, CA 94111

16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVCIE                                    CASE NO. C07-04108 HRL