Ryan J. Thompson (SBN 238098)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-mail: rthompson@goodwinprocter.com

Sabrina M. Rose-Smith (Pro Hac Vice Application Pending)
GOODWIN PROCTER LLP
901 New York Avenue
Washington, DC 20001
Telephone: 202-346-4000
Facsimile: 202-346-4444
E-mail: srosesmith@goodwinprocter.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
AND ANGELO MOZILO

RECEIVED
2008 MAY 15  PM 3: 02

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

**E-filed 5/16/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>Defendants. | Case No. C07-04108 HRL<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF SABRINA M. ROSE-SMITH |

Sabrina M. Rose-Smith, an active member in good standing of the bar of the District of Columbia, Bar No. 494578, whose business address and telephone number is Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, DC 20001, Telephone (202) 346-4000, Facsimile (202) 346-4444, E-mail: srosesmith@goodwinprocter.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Countrywide Home Loans, Inc. and Angelo Mozilo.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1

*vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, *Electronic Case Filing*.

Dated: May  16 , 2008

_____
The Honorable Jeremy Fogel
United States District Judge