1   Mark T. Flewelling (#096465)
    mflewelling@afrct.com
2   Christopher A. Carr (#44444)
    ccarr@afrct.com
3   Robin C. Campbell (#070374)
    rcampbell@afrct.com
4   ANGLIN, FLEWELLING, RASMUSSEN
    CAMPBELL & TRYTTEN LLP
5   199 South Los Robles Ave., Suite 600
    Pasadena, California 91101
6   Tel: 626.535.1900
    Fax: 626.577.7764
7
    Attorneys for Defendants
8   Wachovia Corporation; Ken Thompson;
    and Herbert M. Sandler
9

10                    UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

12

13   MICHAEL BLOMQUIST,                    C-07-04108-JF/HRL

14                 Plaintiff,

15        vs.                              NOTICE OF JOINDER IN
                                           MOTIONS TO DISMISS FIRST
16   WASHINGTON MUTUAL, a                  AMENDED COMPLAINT
     Washington corporation; KERRY K.
17   KILLINGER; JOSEPH W.
     SAUNDERS; COUNTRYWIDE HOME
18   LOANS, INC., a Delaware corporation;   Date:   July 11, 2008
     ANGELO MOZILLO; WACHOVIA             Time:   9:00 a.m.
19   CORPORATION, a North Carolina        Crtrm:  3
     corporation; KEN THOMPSON;
20   CITIGROUP, a Delaware corporation;
     SANFORD WEILL; CHARLES
21   PRINCE; GOLDMAN SACHS GROUP,
     INC., a Delaware corporation; HENRY
22   PAULSON; BEAR STERNS
     COMPANIES, INC., a Delaware
23   corporation; JAMES CAYNE; THE
     MCGRAW HILL COMPANY, INC., a
24   Delaware corporation; HAROLD
     MCGRAW III; WELLS FARGO &
25   COMPANY, a Delaware corporation;
     PATRICIA R. CALLAHAN;
26   HERBERT M. SANDLER; ROCK
     HOLDINGS, INC., a Delaware
27   corporation; EXPERIAN
     CORPORATION, a Delaware
28   corporation; FIMALAC, INC., a

1  Delaware corporation; MOODYS
   CORPORATION, a Delaware
2  corporation; JAMES E. GILLERAN;
   JOHN M. REICH; JOHN D. HAWKE,
3  JR.; JOHN C. DUGAN; SUSAN
   SCHMIDT BIES; DONALD E.
4  POWELL; SHEILA C. BAIR;

5

                    Defendants.
6

7

8        Defendants Wachovia Corporation, G. Kennedy Thompson (erroneously

9  named herein as Ken Thompson) and Herbert M. Sandler (the "Wachovia

10 Defendants") have filed a Motion to Dismiss the First Amended Complaint in this

11 action pursuant to Rule 12(b)(6), 12(b)(1), and 8(a) of the Federal Rules of Civil

12 Procedure, set for hearing on July 11, 2008, at 9:00 a.m. in Courtroom 3.  The

13 Wachovia Defendants wish to join in the arguments set forth in certain related

14 motions to dismiss filed by their co-defendants in this action set for hearing the

15 same date and time.

16       Accordingly, the Wachovia Defendants hereby give notice of their Joinder in

17 each of the following motions and the arguments presented in support thereof:

18            (1)    Defendants Citigroup, Inc., Sanford Weill, Charles Prince,

19                   Goldman Sachs Group, Inc., the Bear Stearns Companies, Inc.,

20                   and James Cayne's ("Banker Defendants") Notice of Motion

21                   and Motion to Dismiss First Amended Complaint.;

22                   Memorandum of Points & Authorities in Support Thereof.

23            (2)    Defendant Fitch Group, Inc.'s Notice of Motion, Motion to

24                   Dismiss the Amended Complaint, and Memorandum of Points

25                   & Authorities in Support Thereof.

26            (3)    Wells Fargo and Company and Patricia R. Callahan's Notice of

27                   Motion and Motion to Dismiss for Failure to State a Claim

28                   Upon Which Relief Can Be Granted, and Memorandum of

1    Points & Authorities in Support Thereof.

2    (4)    Defendants Washington Mutual, Kerry K. Killinger and Joseph

3    W. Saunders' Memorandum of Points & Authorities in Support

4    of Motion to Dismiss Plaintiff's First Amended Complaint.

5    (5)    Defendant Experian Holdings, Inc.'s Motion to Dismiss

6    Pursuant to Fed.R.Civ.P 12(b)(1) & (6) and 9(b).

7    (6)    Defendants The McGraw Hill Companies, Inc. and Harold W.

8    McGraw, III's Notice of Motion and Motion to Dismiss the

9    Amended Complaint.

10

11    Respectfully Submitted,

12    Dated: May 16, 2008    ANGLIN, FLEWELLING, RASMUSSEN,
                              CAMPBELL & TRYTTEN LLP
13

14

15    By:  /s/ Christopher A. Carr
           Mark T. Flewelling
           mflewelling@afrct.com
16         Christopher A. Carr
           ccarr@afrct.com
17         Robin C. Campbell
           rcampbell@afrct.com
18    Attorneys for Defendants WACHOVIA
      CORPORATION, KEN THOMPSON and
19    HERBERT M. SANDLER

20

21

22

23

24

25

26

27

28