1  Mark T. Flewelling (#096465)
   mflewelling@afrct.com
2  Christopher A. Carr (#44444)
   ccarr@afrct.com
3  Robin C. Campbell (#070374)
   rcampbell@afrct.com
4  ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP
5  199 South Los Robles Ave., Suite 600
   Pasadena, California 91101
6  Tel: 626.535.1900
   Fax: 626.577.7764
7
   Attorneys for Defendants
8  Wachovia Corporation; Ken Thompson;
   and Herbert M. Sandler
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| MICHAEL BLOMQUIST, | C-07-04108-JF/HRL |
|---|---|
| Plaintiff, | ORIGINAL PROOF OF SERVICE |
| vs. | |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a | |

| | |
|---|---|
| 1 | Delaware corporation; MOODYS CORPORATION, a Delaware |
| 2 | corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, |
| 3 | JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. |
| 4 | POWELL; SHEILA C. BAIR; |
| 5 | |
| | Defendants. |
| 6 | |

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss. 
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On May 16, 2008, I served the following document(s) described as **NOTICE OF JOINDER IN MOTIONS TO DISMISS FIRST AMENDED COMPLAINT** on the interested parties in this action by electronic mail pursuant to Local Rule 5-6. The names and electronic addresses of the parties served are:

**PLEASE SEE ATTACHED SERVICE LIST**

[ ]  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY TELECOPIER) By stipulation, I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[ ]  (BY PERSONAL DELIVERY) I delivered such envelope by hand to the addressee.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on May 16, 2008, at Pasadena, California.

Jill Ashley                                  /s/ Jill Ashley
(Print or Type Name)              (Signature of Declarant)

# SERVICE LIST

*Plaintiff, In Pro Per*

Michael Scott Blomquist
michaelblomquist@gmail.com

*Attorneys for Defendants, Washington Mutual,
Kerry Killinger*

Stephen Michael Rummage, Esq.
DAVIS WRIGHT TREMAINE LLP
stevenrummage@dwt.com

*Attorneys for Defendants Countrywide Home Loans, Inc.,
Angelo Mozillo;*

Ryan Jude Thompson, Esq.
GOODWIN PROCTER LLP
rthompson@goodwinprocter.com

*Attorneys for Defendants Sanford Weill; Charles Prince; Citigroup, Inc.*

Christopher A. Stecher, Esq.
KEESAL YOUNG & LOGAN
christopher.stecher@kyl.com

*Attorneys for Defendants Bear Stearns Companies, Inc.;
James Cayne;*

Regina Jill McClendon, Esq.
SEVERSON & WERSON
rjm@severson.com

Erik Wayne Kemp, Esq.
SEVERSON & WERSON
ek@severson.com

John B. Sullivan, Esq.
SEVERSON & WERSON
jbs@severson.com

*Attorneys for Defendant Experian Corporation*

John Raymond Warner, Esq.
KAYE SCHOLER LLP
rwarner@kayscholer.com

1  *Attorneys for Defendant Fimalac*

2  Jonathan Alan Patchen
   TAYLOR & COMPANY LAW OFFICES, LLP
3  jpatchen@tcolaw.com

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28