Rhonda Trotter, Bar Number 169241
Julian Brew, Bar Number 150615
J. Raymond Warner, Bar Number 207892
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200
Email address: rtrotter@kayescholer.com
              jbrew@kayescholer.com
              rwarner@kayescholer.com

Attorneys for Defendant EXPERIAN HOLDINGS, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>        Defendants. | **CASE NO. C07-04108 JF**<br><br>**DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  May 30, 2008<br>Time:  10:30 a.m.<br>Place: Ctrm. 3<br><br>Hon. Jeremy Fogel |

Defendants in this matter submit this Case Management Statement pursuant to N.D. Cal. L.R. 16(d) in support of the Case Management Conference ("CMC") currently set before this Court on May 30, 2008. Local Rule 16(d) states:

> "Unless otherwise ordered, no fewer than 10 days before any subsequent case management conference, the parties must file a <u>Joint</u> Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process. Such statements must report the parties' views about whether using some form of ADR would be appropriate."

According to the docket in this matter, two prior Case Management Conferences have been conducted, on November 30, 2007, and February 29, 2008. Some Defendants had been served with the Amended Complaint shortly before the February 29 CMC and had not yet appeared in the matter; others were not served until later. There were few appearances at that CMC and the Court continued it to May 30.

In the interim, most Defendants obtained extensions of time in which to respond to the Amended Complaint. Subsequently, on May 12, a number of Defendants[1] filed Motions to Dismiss this matter on various grounds. For example, Experian Holdings, Inc. ("Experian") filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) & (6) and 9(b). Others filed on similar or related grounds. All are set for hearing on July 11, 2008.

On May 15, Plaintiff Michael Blomquist emailed the Defendants in this matter, seeking to file a Joint Case Management Statement. The Defendants instead proposed a reasonable joint stipulation to continue the CMC until after the July 11, 2008, hearing on the Motions to Dismiss. Defendants signed such a stipulation on May 15. On May 16, Plaintiff declined to stipulate to a continuance, stating that he preferred the CMC to be held as set and that he would file his Case Management Statement that same day. Experian, for one, attempted to contact Plaintiff in order to

---

[1] Including Experian Holdings, Inc., The McGraw Hill Company, Inc., Harold McGraw III, Moodys Corporation, Washington Mutual, Kerry Killinger, Joseph W Saunders, Wells Fargo and Co., Patricia Callahan, Bear Sterns Companies, Inc., James Cayne, Wachovia Corporation, Fimalac (Fitch Group, Inc.), Sanford Weill, Charles Prince, Goldman Sachs Group, Inc., and Citigroup, Inc.

coordinate a joint statement with him, but Plaintiff did not return the email.  Therefore, Defendants represented herein timely submit their own Joint Case Management Statement.

Other than the Motions to Dismiss, no other significant activity has occurred in this matter. On the basis that part or all of the claims in the Amended Complaint may be eliminated by the Motions to Dismiss, Defendants strongly believe that it would be more efficient to continue the CMC from May 30 until sometime after the July 11 motions hearing date.  Moreover, Defendants will be in a better position to assess the possibility of ADR after the motions are heard. Defendants therefore respectfully request that the Court so continue the CMC date *sua sponte*.

DATED:  May 16, 2008                             KAYE SCHOLER LLP


By:_____//S//_____
J. Raymond Warner
Attorneys for Defendant EXPERIAN
HOLDINGS, INC.


I, J. Raymond Warner, am the ECF User whose

identification and password are being used to file

this DEFENDANTS' CASE MANAGEMENT STATEMENT.

I hereby attest that counsel whose names appear on the attached

signature pages have concurred in this filing and

that I have their holographic signatures on file.


_____//S//_____
J. Raymond Warner

1
2   Dated: May 16, 2008                                BERGESON, LLP
3
4                                              By:  _____/s/_____
                                                    Melinda M. Morton
5                                              Attorneys for Defendants The McGraw-Hill
                                               Companies, Inc and Harold W. McGraw III
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3  Dated: May 16, 2008                SEVERSON & WERSON
4
                                      By: _____/s/_____
5                                           Eric Kemp, Esq.
                                      Attorneys for Defendants The Bear Sterns
6                                     Companies, Inc., Wells Fargo & Co., Patricia R.
                                      Callahan and James Cayne
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAYE SCHOLER LLP

Dated: May 16, 2008              GOODWIN PROCTER LLP

By: _____/s/_____
     Thomas Hefferon (pro hac vice)
Attorneys for Defendants Countrywide Home Loans, Inc. and Angelo Mozillo

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 16, 2008 | DAVIS WRIGHT TREMAINE LLP |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | Stephen M. Rummage<br>Sam N. Dawood |
| 6 | | Attorneys for Defendants Washington Mutual, Kerry K. Killinger, Joseph W. Saunders |

KAYE SCHOLER LLP

Dated: May 16, 2008           BARTKO ZANKEL TARRANT & MILLER

                              By: _____/s/_____
                                   Charles G. Miller
                                   Attorneys for Defendant Moodys Corporation

23245394.DOC    DEFENDANTS' CASE MANAGEMENT STATEMENT C07-04108 JF

1
2
3  Dated: May 16, 2008                TAYLOR & COMPANY LAW OFFICES LLP
4
5                                     By: _____/s/_____
                                           Stephen E. Taylor, Esq.
6                                     Attorneys for Defendant Fitch Group Inc. (sued and
                                      served as Fimalac, Inc.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
1
23245394.DOC   DEFENDANTS' CASE MANAGEMENT STATEMENT C07-04108 JF

Dated: May 16, 2008            KEESAL, YOUNG & LOGAN APC

By: _____/s/_____
    Christopher A. Stecher, Esq.
Attorneys for Defendants Citigroup Inc., Sanford Weill and Charles Prince

---

1

23245394.DOC    DEFENDANTS' CASE MANAGEMENT STATEMENT C07-04108 JF

1
2  Dated: May 16, 2008                                ANGLIN, FLEWELLING, RASMUSSEN,
3                                                     CAMPBELL & TRYTTEN LLP
4
                                                  By: _____/s/_____
5                                                        Christopher A. Carr, Esq.
                                                     Attorneys for Defendants Wachovia Corporation, G.
6                                                    Kennedy Thompson, Herbert M. Sandler
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
1
23245394.DOC    DEFENDANTS' CASE MANAGEMENT STATEMENT C07-04108 JF