1  Rhonda Trotter, Bar Number 169241
   rtrotter@kayescholer.com
2  J. Raymond Warner, Bar Number 207892
   KAYE SCHOLER LLP
3  1999 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 788-1000
   Facsimile: (310) 788-1200
5  Email address: rtrotter@kayescholer.com
                  jbrew@kayeschoer.com
6                 rwarner@kayescholer.com

7  Attorneys for Defendant EXPERIAN HOLDINGS, INC.

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                     SAN JOSE DIVISION

10 | MICHAEL BLOMQUIST,                        ) CASE NO. C07-04108 JF/HRL
                                               )
11 |         Plaintiff,                        ) PROOF OF SERVICE
                                               )
12 |    v.                                     )
                                               )
13 | WASHINGTON MUTUAL, a Washington           )
   | corporation; KERRY K. KILLINGER;          )
14 | JOSEPH W. SAUNDERS;                       )
   | COUNTRYWIDE HOME LOANS, INC. a            )
15 | Delaware corporation; ANGELO              )
   | MOZILLO; WACHOVIA CORPORATION,            )
16 | a North Carolina corporation; KEN         )
   | THOMPSON; CITIGROUP, a Delaware           )
17 | corporation; SANFORD WEILL; CHARLES       )
   | PRINCE; GOLDMAN SACHS GROUP,              )
18 | INC., a Delaware corporation; HENRY       )
   | PAULSON; BEAR STERNS COMPANIES,           )
19 | INC., a Delaware corporation; JAMES       )
   | CAYNE; THE MCGRAW HILL                    )
20 | COMPANY, INC., a Delaware corporation;    )
   | HAROLD MCGRAW III; WELLS FARGO            )
21 | & COMPANY, a Delaware corporation;        )
   | PATRICIA R. CALLAHAN; HERBERT M.          )
22 | SANDLER; ROCK HOLDINGS, INC., a           )
   | Delaware corporation; EXPERIAN            )
23 | CORPORATION, a Delaware corporation;      )
   | FIMALAC, INC., a Delaware corporation;    )
24 | MOODYS CORPORATION, a Delaware            )
   | corporation; JAMES E. GILLERAN; JOHN      )
25 | M. REICH; JOHN D. HAWKE JR.; JOHN         )
   | C. DUGAN; SUSAN SCHMIDT BIES;             )
26 | DONALD E. POWELL; SHEILA C. BAIR,         )
                                               )
27 |         Defendants.                       )

28

23245061.DOC                    PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1600, Los Angeles, California 90067

On May 16, 2008, I served the foregoing documents described as follows on the interested party in this action:

**DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT**

_X_  by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached list.

___  by placing___ the original ___ a true copy in a sealed envelope addressed as follows:

_X_  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  BY PERSONAL SERVICE
  ___  by personally delivering such envelope to the addressee.
    ___  by causing such envelope to be delivered by messenger to the office of the addressee.

___  BY FAX:

___  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 16, 2008, at Los Angeles, California.

_Shahnaz Virani_
NAME                                SIGNATURE

Service List

<u>Bloomquist v. Washington Mutual, et al.</u>

United States District Court
North District of California
San Jose
Case No. C07-04108 JF

| | |
|---|---|
| Michael Scott-Alan Blomquist<br>18234 Daves Avenue<br>Los Gatos, CA 95030<br>Tel: 408-399-0590<br>michaelsblomquist@gmail.com | Michael Scott Blomquist<br>*(Plaintiff)* |
| Peter R. Boutin<br>Keesal Young & Logan<br>Four Embarcadero Center<br>Suite 1500<br>San Francisco, CA 94111<br>Tel: 415-398-6000<br>Fax: 415-981-0136<br>peter.boutin@kyl.com | Citigroup, Inc.<br>*(Defendant)* |
| Christopher Alan Carr<br>Anglin, Flewelling<br>199 S. Los Robles #600<br>Pasadena, California 91101-2459<br>Tel: 626-535-1900<br>Fax: 626-577-7764<br>ocarr@afrct.com | Wachovia Cororation<br>*(Defendant)* |
| James J. Coster<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, New York 10169<br>Tel: 212-818-9200 | Moodys Corporation<br>*(Defendant)* |
| Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, New York 10169-0079<br>Tel: 212-818-9200 | Moodys Corporation<br>*(Defendant)* |
| Erik Wayne Kemp<br>Severson & Werson<br>One Embarcadro Center<br>Suite 2600<br>San Francisco, California 94111<br>Tel: 415-398-3344 x556<br>ek@severson.com | Bear Sterns Companies, Inc.<br>*(Defendant)* |

| | |
|---|---|
| Regina Jill McClendon, Esq.<br>Severson & Werson<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, California 94111<br>Tel: 415-398-3344<br>rjm@severson.com | Bear Sterns Companies, Inc.<br>*(Defendant)* |
| John B. Sullivan<br>Severson & Werson<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, California 94111<br>Tel: 415-398-3344<br>jbs@severson.com | Bear Sterns Companies, Inc.<br>*(Defendant)* |
| Stephen E. Taylor<br>Jonathan Alan Patchen<br>Taylor & Company Law Offices, LLP<br>One Ferry Building<br>Suite 355<br>San Francisco, California 94111<br>Tel: 415-788-8200<br>Fax: 415-788-8208<br>jpatchen@tcolaw.com | Fimalac<br>*(Defendant)* |
| Stephen Michael Rummage<br>Davis Wright Tremaine LLP<br>1201 Third Avenue<br>Suite 2200<br>Seattle, Washington 98101-3045<br>Tel: 206-622-3150<br>Fax: 206-757-7700<br>stevenrummage@dwt.com | Washington Mutual<br>*(Defendant)* |
| Christopher A. Stecher<br>Keesal Young & Logan<br>Four Embarcadero Center<br>Suite 1500<br>San Francisco, California 94111<br>Tel: 415-383-6000<br>Fax: 415-981-0136<br>christoopher.stecher@kyl.com | Sanford Weill<br>*(Defendant)* |
| Ryan Jude Thompson<br>Goodwin Proctor LLP<br>181 Lytton Avenue<br>Palo Alto, California 94301<br>Tel: 650-752-3100<br>Fax: 650-853-1038 | Countrywide Home Loans, Inc.<br>*(Defendant)* |

3

23245061.DOC    PROOF OF SERVICE

| | |
|---|---|
| Daniel J. Bergeson<br>Melinda M. Morton<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, California 95110<br>Tel: 408-291-6200<br>Fax: 408-297-6000<br>dbergeson@be-law.com<br>mmorton@be-law.com | The McGraw-Hill Companies, Inc. and Harold W. McGraw III<br>*(Defendants)* |
| Martin L. Fineman<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111<br>Tel: 415-276-6500<br>Fax: 415-276-6599 | Washington Mutual, Kerry K. Killinger, Joseph W. Sanders<br>*(Defendants)* |
| Charles G. Miller<br>Bartko Zankel Tarrant & Miller<br>900 Front Street, Suite 200<br>San Francisco, California 94111<br>Tel: 415-956-9300<br>Fax: 415-956-1152 | Moody's Corporation<br>*(Defendantss)* |