| ATTORNEY OF RECORD:<br>Erik Kemp<br>Severson & Werson<br>Telephone NO: 415-398-3344<br>Fax No: 415-956-0439<br><br>State Bar No. 246196<br>ATTORNEY FOR (Name): Defendant(s), The Bear Stearns Companies, Inc. and James Cayne | DO NOT FILE WITH COURT<br>**COMPLETELY FILL OUT/CORRECT FORM BEFORE SUBMITTING TO COURT CONFERENCE!!**<br>Court Conference ID#: 2232504 |
|---|---|
| **U.S. District Court-N.D. Cal. San Jose** | |
| Case Name: Blomquist v. Washington Mutual, et al. | **CASE NUMBER: C07-04108-JF**<br>**DEPARTMENT:**<br>Courtroom/Honorable Judge Fogel<br>DATE/TIME: Friday, May 30th, 2008/10:30 AM<br>**HEARING:** Hearing |
| **REQUEST FOR COURT CONFERENCE TELEPHONIC APPEARANCE** | Our Tax ID#: 95-4568415 |

1/. __Erik Kemp__ (Name of specific attorney appearing telephonically) requests a Court Conference telephonic calendar appearance at the above referenced proceeding and agrees to provisions of the Rule/Order/Procedure Re: Court Conference Telephonic Appearances.

2/. A copy of this document was served on all other parties at the time it was faxed to Court Conference, Telephonic Appearance Program Administrator at (866) 533-2946.

3/. The Court Conference Appearance Fee in the sum of $25.00 which will be supplemented based on the length of the call as follows: 0-45 minutes - $25.00, 46-60 minutes - $31.50, 61-75 minutes $38.00, 76 minutes and above capped at a total of $41.20, will be paid as follows:

__ Check - (copy attached-**write Court Conference ID# on check**-and faxed to Court Conference at (866) 533-2946, payable to Telephonic Hearing Account and original mailed to Court Conference at 6383 Arizona Circle, Los Angeles, CA 90045, Tel: (866) 582-6878. **INDIVIDUALS REPRESENTING THEMSELVES MUST PAY BY CREDIT CARD!**

X  Charged - to Court Conference Debit Account No.:_____

__ Charged - to VISA, Mastercard or American Express:

**To be completed only on the copy submitted to Court Conference:**

Credit Card Number:_____ Expiration Date:_____

To pay by credit card, the copy of this form submitted to Court Conference must be signed by the person whose credit card is to be charged and must be **faxed** to Court Conference at (866) 533-2946 with the above credit card information completed. The signature below constitutes authorization to charge the above referenced credit card.

Type Name                    Signature

4. Request forms are processed within 24 hours of receipt. Call Court Conference if you do not receive a faxed Confirmation within 24 hours. WITHOUT A WRITTEN CONFIRMATION YOU ARE NOT ON THE COURT CONFERENCE CALENDAR AND MAY BE PRECLUDED FROM APPEARING TELEPHONICALLY! COURT CONFERENCE'S LIABILITY CONCERNING THIS TELEPHONIC APPEARANCE IS LIMITED TO THE FEE PAID TO COURT CONFERENCE. Matters continued at the time of the hearing require a new form and a new fee for the continued date. It is counsel's responsibility to notify Court Conference of any continuance or cancelation, prior to the scheduled hearing time by calling (866) 582-6878.

5. MY SIGNATURE ON THIS DOCUMENT SERVES AS CONSENT FOR COURT CONFERENCE TO CONTINUE TO FAX (AT THE FAX NUMBER LISTED ABOVE UNDER "ATTORNEY OF RECORD") OR EMAIL NOTICES TO ME OR MY FIRM ADVISING OF UPCOMING APPEARANCES AND/OR OTHER OFFERINGS FROM COURT CONFERENCE UNTIL I OR MY FIRM ADVISES COURT CONFERENCE OTHERWISE.

Date: May 28, 2008          Signature: _____

Erik Kemp

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**Request for Court Conference Telephonic Appearance**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| Michael Scott Blomquist | Melinda Mae Morton |
| Michael Scott-Alan Blomquist | Jonathan Alan Patchen |
| Peter R. Boutin | Sabrina M. Rose-Smith |
| Christopher Alan Carr | Stephen Michael Rummage |
| Sam N. Dawood | Christopher A. Stecher |
| Martin L. Fineman | John B. Sullivan |
| Thomas M. Hefferon | Ryan Jude Thompson |
| Regina Jill McClendon, Esq | John Raymond Warner |
| Charles G. Miller | |

**Served By Mail:**

| | |
|---|---|
| James J. Coster | Joshua M. Rubins |
| Satterlee Stephen Burke & Burke LLP | Satterlee Stephens Burke & Burke LLP |
| 230 Park Avenue | 230 Park Avenue |
| New York, NY 10169-0079 | New York, NY 10169-0079 |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on May 28, 2008.

_____
Anne Ogonowski