# Court Conference, a division of CourtCall
## Confirmation and Invoice (No separate statement will be sent)

**Attorney Name:** Elizabeth Frohlich

**Firm Name:** Morgan, Lewis & Bockius

**Attorney Phone:** 415-442-1692    **Attorney Fax:** 415-442-1001

**Appearance Date:** Friday, May 30th, 2008    **Appearance Time:** 10:30 AM

**Judge Name:** Honorable Judge Fogel    **Court Conference ID#:** 2231613

**Case Number:** C07-04108    **Proceeding Type:** Hearing

**Case Name:** Blomquist

Following are the procedures for your telephonic appearance.

1. Please take a moment to review this Confirmation. For any changes that need to be made, or if you have not received a Confirmation for each reservation made, please contact us at 1-866-58-COURT or 1-310-743-1886.
2. **ATTORNEYS/PARTICIPANTS MUST BE READY FOR OUR CALL AT LEAST FIVE TO TEN MINUTES BEFORE THE SCHEDULED HEARING. WE ARE NOT ABLE TO HOLD LONGER THAN 60 SECONDS.**
3. To ensure the quality of the call, no speaker or cellular phones, headsets or public phones may be used. Counsel must be on the handset of the telephone during the appearance.
4. Once you have joined the call, you must not place the call on hold or have anyone else hold the line for you.
5. Unless you have been designated to speak, you will be placed in a "listen only" mode. You will be able to hear the courtroom without being heard.
6. Once your case is called, a coordinator will place you in an "open conference" mode if you are not designated as "listen only".
7. <u>On every occasion before speaking, you must identify yourself to the Court.</u>
8. Once your case has been heard and concluded by the Judge, please disengage from the call by hanging up the phone.
9. If you have multiple appearances during one calendar you will be charged the appearance fee for each separate matter except if the Judge hears your cases consecutively, in which case you will be charged one fee for all consecutive appearances, subject to the time increments set out below.

YOUR INITIAL CHARGE FOR THIS COURT CONFERENCE APPEARANCE IS $25.00. AND WILL BE SUPPLEMENTED BASED ON THE LENGTH OF THE CALL AS FOLLOWS: 0-45 MINUTES - $25.00, 46-60 MINUTES $31.50, 61-75 MINUTES $38.00, 76 MINUTES AND ABOVE CAPPED AT A TOTAL OF $41.50. **NO SEPARATE STATEMENT WILL BE SENT.** IF YOU HAVE AN ACCOUNT WITH US (OR IF YOU PAID BY CREDIT CARD), YOUR ACCOUNT/CARD WILL BE CHARGED. OTHERWISE, PLEASE MAIL YOUR CHECK AND A COPY OF THIS CONFIRMATION/INVOICE TO: COURT CONFERENCE, 6383 ARIZONA CIRCLE, LOS ANGELES, CA 90045.

OUR TAX ID# IS: 95-4568415

Salina Campos

# CERTIFICATE OF SERVICE

I, the undersigned declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Morgan Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105.

On the date below I served a copy, with all exhibits, of the following document(s):

**REQUEST FOR COURT CONFERENCE TELEPHONIC APPEARANCE**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| Michael Scott Blomquist | Melinda Mae Morton |
| Michael Scott-Alan Blomquist | Jonathan Alan Patchen |
| Peter R. Boutin | Sabrina M. Rose-Smith |
| Christopher Alan Carr | Stephen Michael Rummage |
| Sam N. Dawood | Christopher A. Stecher |
| Martin L. Fineman | John B. Sullivan |
| Thomas M. Hefferon | Ryan Jude Thompson |
| Regina Jill McClendon, Esq. | John Raymond Warner |
| Charles G. Miller | |

**Served by Mail:**

| | |
|---|---|
| James J. Coster | Joshua M. Rubins |
| Satterlee Stephens Burke & Burke LLP | Satterlee Stephens Burke & Burke LLP |
| 230 Park Avenue | 230 Park Avenue |
| New York, NY 10169-0079 | New York, NY 10169-007 |

[X] **BY MAIL** — By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on May 28, 2008.

_____
Laura Walker