MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
E-mail: jmckeon@morganlewis.com
ELIZABETH A. FROHLICH, State Bar No. 195454
E-mail: efrohlich@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; et al.,<br><br>　　　　　Defendants. | Case No. C07-04108 JF/HRL<br><br>**DEFENDANT GOLDMAN SACHS GROUP, INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[FED. R. CIV. PROC. 7.1; LOCAL RULE 3-16] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7702847.3

DISCL. STATEMENT AND
CERTIFICATION (C07-04108 JF/HRL)

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Goldman Sachs Group, Inc. states that it has no parent corporation and does not know of any publicly held corporation that owns 10% or more of its stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
## PURSUANT TO LOCAL RULE 3-16

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 29, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____/s/_____
Elizabeth A. Frohlich

Attorneys for Defendant
GOLDMAN SACHS GROUP, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7702847.3

2

DISCL. STATEMENT AND
CERTIFICATION (C07-04108 JF/HRL)