Michael Blomquist
18234 Daves Avenue
Los Gatos, CA 95030
Telephone: (408) 399-0590

Email address: michaelsblomquist@gmail.com

Plaintiff Pro Se

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILO; WACHOVIA CORPORATION, a North Caroline corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., A Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>    Defendants. | CASE NO. C07-04108 JF<br><br>Hon. Jeremy Fogel<br><br>**MOTION FOR PRO BONO ACCESS TO PACER** |

**PRO BONO ACCESS TO PACER**

     Michael Blomquist, ("plaintiff") has exhibited financial constraints which have restrained his access to America's judicial system.  Plaintiff, requests pro bono access to PACER in order to help prosecute his claims in the most timely and efficient manner.  Unlike plaintiff's request to proceed IFP, the costs associated with plaintiff's pro bono access are minimal, possibly non-existent to the court, treasury or taxpayer.  Benefits of pro bono access include, but are not limited to more efficient use of the court's time, and plaintiff's improved ability to prosecute claims. (relevant citations).

     Plaintiff is willing to repay all PACER fees provided he is awarded a judgment or reaches a settlement with the defendants.  The following is provided by PACER available at, http://pacer.psc.uscourts.gov/faq.html#GP18

> "The standards established by Congress are: to avoid unreasonable burdens and to promote public access to such information."

DATED: May 21, 2008

                                                    Respectfully submitted,
                                                    /s/ Michael Blomquist
                                                    Pro Se
                                                    18234 Daves Avenue
                                                    Los Gatos, CA 95030
                                                    (408)399-0590
                                                    michaelsblomquist@gmail.com

MOTION FOR PRO BONO ACCESS TO                                         Case No. C07-04108-JF