# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 30, 2008
**Case Number:** CV-07-4108-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:** MICHAEL BLOMQUIST V. WASHINGTON MUTUAL, ET AL

**PLAINTIFF**                       **DEFENDANT**

**Attorneys Present:** Michael Blomquist, Pro se    **Attorneys Present:** Sam Dawood for Washington Mutual, Killinger and Saunders, Lloyd Winawer, Sabrina Rose-Smith and Thomas Hefferon for Countrywide and Mozillo, Christopher Carr for Wachovia, Thompson and Sandler, Christopher Stecher and Peter Boutin for Citygroup, Weill and Prince, Elizabeth Frohlich for Goldman, Erik Kemp for Bear Sterns, Cayne, Wells Fargo, and Callahan, Daniel Bergeson for McGraw Hill and McGraw, John Warner for Experian, Joshua Rubins and Charles Miller for Moodys and Jonathan Patchen for Fimalac

**PROCEEDINGS:**

    Further case management conference held. Parties are present. The case remains set for motion hearing on 7/11/08 at 9:00 a.m. Pursuant to plaintiff's request to file a second amended complaint, the Court directs plaintiff to file an application for leave to file.