Lloyd Winawer (SBN 157823)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-mail: lwinawer@goodwinprocter.com

Thomas M. Hefferon (pro hac vice)
Sabrina Rose-Smith (pro hac vice)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202-346-4000
Facsimile: 202-346-4444
E-mail: thefferon@goodwinprocter.com
E-mail: srosesmith@goodwinprocter.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.
and ANGELO MOZILO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>            Plaintiff,<br><br>     v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware | C-07-04108-JF/HRL<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Date:   July 11, 2008<br>Time:   9:00 a.m.<br>Crtrm:  3 |

corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,

    Defendants.

## [PROPOSED] ORDER

The Court having read and considered all papers and heard any argument submitted in support of and in opposition to Defendants Countrywide Home Loans Inc. and Angelo Mozilo's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6),

IT IS HEREBY ORDERED:

That this action is DISMISSED WITH PREJUDICE.

Dated: _____, 2008      _____
                                                                Hon. Jeremy Fogel
                                                                 United States District Judge

SUBMITTED BY:

GOODWIN PROCTER, LLP

By: /s/ Thomas M. Hefferon
Thomas M. Hefferon
*Attorney for DEFENDANTS COUNTRYWIDE HOME LOANS, INC. and ANGELO MOZILO*

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

On **June 6, 2008**, I served on the interested parties in said action the within:

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California to the following:

| | |
|---|---|
| **Joshua M. Rubins**<br>Satterlee Stephens Burke & Burke<br>230 Park Ave<br>New York, NY 10169-0079<br>212-818-9200 | **James J. Coster**<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169<br>212-818-9200 |

By (MAIL)   I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

*- AND -*

By (ELECTRONIC MAIL)   I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed <u>below</u> by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."* to the following:

| | |
|---|---|
| **Michael Scott-Alan Blomquist**<br>michaelsblomquist@gmail.com<br>18234 Daves Avenue<br>Los Gatos, CA 95030<br>408-399-0590 | **Peter R. Boutin**<br>peter.boutin@kyl.com<br>Keesal Young & Logan<br>Suite 1500<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>415-398-6000<br>Fax: 415-981-0136 |

| | | |
|---|---|---|
| 1 | **Christopher Alan Carr** <br> ccarr@afrct.com <br> Anglin, Flewelling <br> 199 S. Los Robles #600 <br> Pasadena, CA 91101-2459 <br> (626) 535-1900 <br> Fax: (626) 577-7764 | **Martin L. Fineman** <br> martinfineman@dwt.com <br> **Sam N. Dawood** <br> samdawood@dwt.com <br> Davis Wright Tremaine LLP <br> 505 Montgomery Street <br> Suite 800 <br> San Francisco, CA 94111-6533 <br> 415-276-6500 <br> Fax: 415-276-6599 |
| 7 | **Stephen Michael Rummage** <br> steverummage@dwt.com <br> Davis Wright Tremaine LLP <br> 1201 Third Avenue <br> Suite 2200 <br> Seattle, WA 98101-3045 <br> 206-622-3150 <br> Fax: 206-757-7700 | **Melinda Mae Morton** <br> mmorton@be-law.com <br> Bergeson, LLP <br> 303 Almaden Blvd <br> Suite 500 <br> San Jose, CA 95110 <br> 408-291-6203 <br> Fax: (408) 297-6000 |
| 11 | **Regina Jill McClendon, Esq** <br> rjm@severson.com <br> **Erik Wayne Kemp** <br> ek@severson.com. <br> **John B. Sullivan** <br> jbs@severson.com <br> Severson & Werson <br> One Embarcadero Center, 26th Floor <br> San Francisco, CA 94111 <br> 415/398-3344 | **Elizabeth Allen Frohlich** <br> efrohlich@morganlewis.com <br> Morgan, Lewis & Bockius <br> One Market <br> Spear Street Tower <br> San Francisco, CA 94105 <br> (415) 442-1000 <br> Fax: (415) 442-1001 |
| 17 | **Christopher A. Stecher** <br> christopher.stecher@kyl.com <br> Keesal Young & Logan <br> Four Embarcadero Center <br> Suite 1500 <br> San Francisco, CA 94111 <br> 415-383-6000 <br> Fax: 415-981-0136 | **Charles G. Miller** <br> cmiller@bztm.com <br> Bartko Zankel Tarrant & Miller <br> 900 Front Street <br> Suite 300 <br> San Francisco, CA 94111 <br> 415/956-1900 <br> Fax: 415-956-1152 |
| 21 | **Jonathan Alan Patchen** <br> jpatchen@tcolaw.com <br> Taylor & Company Law Offices, LLP <br> One Ferry Building <br> Suite 355 <br> San Francisco, CA 94111 <br> 415-788-8200 <br> Fax: 415-788-8208 | **John Raymond Warner** <br> rwarner@kayescholer.com <br> Kaye Scholer LLP <br> 1999 Avenue of the Stars Suite 1700 <br> Los Angeles, CA 90067 <br> 310-788-1266 <br> Fax: 310-229-1966 |

1  |  I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on **June 6, 2008**, at Los Angeles, California.

Britani N. Selzler
(Type or print name)

(Signature)