JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
THE BEAR STEARNS COMPANIES, INC.,
and JAMES CAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST AND MICHAEL SCOTT PROPERTIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE McGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD McGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>Defendants. | Case No.:  C07-04108-JF<br><br>**THE BEAR STEARNS COMPANIES, INC.'S AND JAMES CAYNE'S AMENDED CERTIFICATION OF INTERESTED ENTITIES** |

1 | The Bear Stearns Companies, Inc. and James Cayne hereby submit the following amended Certification of Interested Entities:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: JPMorgan Chase & Co.

DATED: June 10, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____/s/   Erik Kemp_____
              Erik Kemp

Attorneys for Defendants
THE BEAR STEARNS COMPANIES, INC.,
and JAMES CAYNE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**The Bear Stearns Companies, Inc.'s and James Cayne's Amended Certification of Interested Entities**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| Michael Scott Blomquist | Charles G. Miller |
| Michael Scott-Alan Blomquist | Melinda Mae Morton |
| Peter R. Boutin | Jonathan Alan Patchen |
| Christopher Alan Carr | Sabrina M. Rose-Smith |
| Sam N. Dawood | Stephen Michael Rummage |
| Martin L. Fineman | Christopher A. Stecher |
| Elizabeth Allen Frohlich | John B. Sullivan |
| Thomas M. Hefferon | Ryan Jude Thompson |
| Regina Jill McClendon, Esq | John Raymond Warner |

**Served By Mail:**

| | |
|---|---|
| James J. Coster<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169-0079 | Joshua M. Rubins<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169-0079 |

✗ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on June 13, 2008.

/s/ *Anne Ogonowski*
Anne Ogonowski