Exhibit A
1 of 5




**WellsTrade**
Return Mail Processing Only
Not For Client Correspondence
P.O. Box 5275
Sioux Falls, SD 57117-5275

{0034942 78828 12312006 A 99}

MICHAEL S BLOMQUIST
18234 DAVES AVE
MONTE SERENO CA 95030

VISIT US AT WELLSFARGO.COM OR CALL US AT 1-800-TRADERS (1-800-872-3377) FOR MORE INFORMATION ABOUT YOUR ACCOUNT.

**Last Statement Date:**
November 30, 2006

**Account Number:**
**W16119921**

**Please direct correspondence, written inquiries and deposits to:**
**WellsTrade®**
MAC N9311-13Z
625 Marquette Ave S
Minneapolis, MN 55402

See Page 2 for important messages about your account. You may also review your account information online at http://www.wellsfargo.com. Ask us for more details.

## Portfolio Summary

| | December 1, 2006 - December 31, 2006 | Current Value | Previous Value |
|---|---|---|---|
| 1 % | Cash & Money Market Funds | $113.42 | $112.98 |
| 99 % | Options | 9,605.00 | 10,765.00 |
| **Total Portfolio Value** | | **$9,718.42** | **$10,877.98** |

## Year to Date Change in Assets

| | |
|---|---|
| Total Asset Value as of December 31, 2006 | $9,718.42 |
| Total Asset Value as of December 31, 2005 | 420,822.40 |
| **Net Change** | **($411,103.98)** |

## Income Summary

| | December 31, 2006 | Year to Date |
|---|---|---|
| Taxable Money Market Funds | $0.44 | $746.78 |
| Other | 0.00 | 63.85 |
| **Total Income** | **$0.44** | **$810.63** |

**Investment Products offered through Wells Fargo Investments:**
- Are **NOT** insured by the FDIC or any other federal government agency
- Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate
- Involve investment risk, including possible loss of principal

Wells Fargo Investments, LLC (Member SIPC), a non-bank affiliate of Wells Fargo & Company.

PRIVATE CLIENT SERVICES

This page was created using **Nitro PDF** trial software.
To purchase, go to http://www.nitropdf.com/

**1.** This statement is provided to clients of Wells Fargo Investments, LLC ("WFI"). All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/ or settled and to all applicable laws and regulations.

**2.** If you have any questions after reviewing your statement, your WFI financial consultant or customer service representative will be pleased to answer them for you. We will consider your statement correct unless we receive a written inquiry from you about the suspected error within 30 days of receipt. It is your responsibility to review your statement promptly and to seek immediate clarification about entries you do not clearly understand.

**3.** WFI is a member of the Securities Investor Protection Corporation (SIPC). SIPC protects securities customers of its members against broker-dealer insolvency up to $500,000 (including $100,000 for claims for cash). Explanatory brochure available upon request by calling 202-371-8300 or at www.sipc.org. Please refer to your Brokerage Account Agreement under the section titled **Not FDIC Insured** or contact us for further information. Please be aware that account protection features **do not** protect against investment losses.

**4.** If you maintain a margin account, this is a combined statement of your general account and of a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon written request.

Free credit balances may be used in the conduct of WFI's business subject to applicable rules and regulations. Any free credit balance in your account is payable immediately on demand.

**5.** If you trade options in your account, you are responsible to inform WFI of any change in your investment objectives or financial situation. Exercise notices for option contracts are allocated among client's short positions pursuant to a procedure that selects those contracts from among customer short option positions including positions established on the date of assignment. All short options positions are liable for assignment at any time. Commissions and other charges incurred in connection with the execution of option transactions have been included in confirmations of these transactions previously furnished to you. A summary of this information will be furnished upon written request.

**6.** Taxable dividends and interest reported on this statement for retirement plan accounts are generally exempt from year-end government reporting. If earnings are taxable in the tax year received, you will receive a Form 1099 at year-end. The information is provided as a convenience only, and may vary from the year-end tax report. There is no representation regarding the taxability of earnings at the state or local levels.

**7.** A copy of the financial statements for WFI is available for personal inspection at its main offices in Minneapolis, Minnesota or a copy will be furnished upon written request.

**8.** Under the NASD Regulation's Public Disclosure Program, the NASDR provides certain information regarding the disciplinary history of broker/dealers and their associated persons. Such information can be obtained from the NASDR Public Disclosure Program hotline number (1-800-289-9999) or the NASDR web site (www.nasdr.com). An investor brochure that includes information describing the NASDR Public Disclosure Program will be furnished upon written request.

**9.** Payment for Order Flow: WFI may receive payment for order flow from various market centers, but payment for order flow is not a consideration for any routing decisions. Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, price improvement statistics, liquidity enhancements, NASDAQ report cards, and T+1 reports. WFI uses compensation received from market centers to help offset costs associated with executing orders. Payment information on specific market centers can be found by selecting the Wells Fargo Investments Equity Order Routing Information link on the bottom of the Wells Fargo Brokerage web site at www.wellsfargo.com/investing/styles/ and clicking on the Material Aspects of the Relationship link next to each market center. Information on payments and/ or credits received in connection with a specific transaction will be furnished upon written request.

*Notice of Availability of Order Routing Information:* WFI prepares quarterly reports describing its order routing practices for non-directed orders routed to a particular venue for execution. These reports are publicly available through a link at the bottom of the Wells Fargo Brokerage web site, www.wellsfargo.com/investing/styles/. WFI will furnish a printed copy of the quarterly report upon written request. In addition, WFI will provide on request more detailed information relating to the routing of any order in the six months prior to the request.

**10.** Dividend reinvestment transactions were affected by WFI acting as agent. Additional information regarding these transactions will be furnished upon written request.

**11.** Open orders will remain in effect until executed or canceled by you or until the expiration date on the open order confirmation previously sent to you. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at its own initiative.

**12.** The prices of securities displayed on your statement are derived from various sources, and in some cases may be higher or lower than the price you would actually receive in the market. For securities listed on an exchange or trading continually in an active marketplace, the price reflects market quotations at the close of your statement period. For certificates of deposit ("CDs"), the value shown reflects the market value of the CDs. The actual value of the CDs may be different from their purchase price. CDs held until maturity are redeemed by the issuer at their face value. If CDs are sold prior to maturity, the result could be a significant loss of principal. The secondary market for CDs may be limited. The maturity value of CDs can be found under the "Quantity" section. If the CD market value listed appears as 'N/A', the market value was not available at the time this statement was prepared. Please note that any unpriced positions are not reflected in the total account value reported on this statement. For bonds trading less frequently, we generally rely on outside pricing services or a computerized pricing model which cannot always give us actual market values. Similarly, some annuity values provided by outside carriers may be estimates.

If we cannot obtain a price or estimate, "N/A" appears. Direct Participation Program (DPP) and Real Estate Investment Trust (REIT) securities are generally illiquid; the value of the security will be different than its purchase price.

**13.** In the event of a partial CALL of corporate or municipal bonds, or preferred stock held in bulk segregation, the securities to be called will automatically be selected on a random basis, as is customary in the securities industry. The probability that your securities will be selected is proportional to the amount of your holdings relative to the total holdings. A detailed description of the random selection procedure is available upon written request.

**14.** All information provided with respect to cost basis is derived from transactions in the account or information supplied by you or other sources. There is no guarantee as to the accuracy of cost basis information or the profit and loss information provided. Accordingly cost basis information is not intended for tax reporting purposes. Please inform us in the event that a cost basis is not accurate.

Reported gains and losses are based on a tax lot basis and are not based on an average cost. This information should not be used for tax purposes.

Exhibit A
1 of 4

**15.** The information provided in this statement is for informational purposes only and should not be used for tax preparation. This information is not intended and should not be construed as tax, accounting or legal advice. Please consult your tax advisor regarding the tax consequences of your investment decisions.

When reporting your taxes please rely exclusively on Form 1099 and other tax reporting forms that WFI will provide to you at year-end.

**16.** Complaints should be directed to the Branch Office Manager. If you are unable to reach the Branch Office Manager, complaints may be directed to Wells Fargo Investments, Attn: Compliance Department, P.O. Box 7898, San Francisco, CA, 94120-9816 or by calling 866-415-6982.

**17.** For a change of address, please send your request to WFI at the address shown on the front of this statement.



This page was created using **Nitro PDF** trial software.
To purchase, go to http://www.nitropdf.com/

Exhibit A
3 of 5




Account number: **W16119921**
Contact Us At: 1-800-TRADERS
1-800-872-3377

## Activity Summary

| | Amount |
|---|---|
| **Total Asset Value as of November 30, 2006** | **$10,877.98** |
| **Cash/Money Market Activity for December** | |
| Closing Balance as of 11/30/2006 | 112.98 |
| Income | 0.44 |
| **Closing Balance as of 12/31/2006** | **$113.42** |

## Additional Information

| | Current Period | Year to Date |
|---|---|---|
| Realized Gains | $0.00 | $494,787.90 |
| Realized Losses | (11,435.96) | (1,070,295.18) |

## Important Information About Your Account

**VIEW THIS STATEMENT ONLINE|**
Sign on to your Brokerage account at **www.wellsfargo.com** and select **Statements & Records** to view and print your present and past account statements. Select **Delivery Options** to turn off paper delivery, and receive an e-mail notification when a new statement is available. Get started online today| Just go to **www.wellsfargo.com.**
**DOWNLOAD FORMS:**
Forms are available by selecting the Brokerage Services tab within your brokerage account **at www.wellsfargo.com.**

## Portfolio Value

**CASH & MONEY MARKET FUNDS** **1%**

| Quantity | Description | Transaction Total | Market Price | Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| 113.42 | WF ADVANTAGE MONEY * MARKET FD CL A 30 Day Yield: 4.63% | $113.42 | $1.00 | $113.42 | $5 |
| | **Cash & Money Market Funds Subtotal** | **$113.42** | | **$113.42** | **$5** |

**OPTIONS** **99%**

| Quantity | Description | Symbol | Transaction Date | Transaction Price | Transaction Total | Market Price | Long/ Short | Market Value | Gain/ (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CALL SOLECTRON CORP $5 LT **EXP 01/19/08** | WRLAA | 01/04/06 | $0.70 | $70.91 | $0.10 | Long | $10.00 | ($60.91) |

This page was created using **Nitro PDF** trial software.
To purchase, go to http://www.nitropdf.com/

Exhibit A
4 of 5




Account number: **W16119921**
Contact Us At: 1-800-TRADERS
1-800-872-3377

## Portfolio Value (continued)

**OPTIONS (continued)** **99%**

| Quantity | Description | Symbol | Transaction Date | Transaction Price | Transaction Total | Market Price | Long/ Short | Market Value | Gain/ (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| 100 | PUT PITNEY BOWES $45 **EXP 04/21/07** | PBIPI | 10/23/06 | 1.25 | 12,598.96 | 0.90 | Long | 9,000.00 | (3,598.96) |
| * 119 | PUT WASHINGTON MUTUAL $20 **EXP 01/20/07** | WMMD. | 04/22/05 | 0.40 | 4,874.24 | 0.05 | Long | 595.00 | (4,279.24) |
| | **Options Subtotal** | | | | **$17,544.11** | | | **$9,605.00** | **($7,939.11)** |

***Denotes option(s) will expire on the next option expiration date.**

| | Transaction Total | Total Market Value | Gain/ (Loss) | Total Estimated Annual Income |
|---|---|---|---|---|
| **TOTAL PORTFOLIO VALUE** | **$17,657.53** | **$9,718.42** | **($7,939.11)** | **$5** |

## Activity Details

**PURCHASES AND SALES**

**SETTLED TRADES**

| Trade Date | As Of Date | Description | Symbol/ CUSIP | Settle Date | Activity | Accrued Interest | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/06 | 12/29/06 | WF ADVANTAGE MONEY MARKET FD CL A | 09999752 | 12/29/06 | REINVEST DIV | | | | ($0.44) |
| | **TOTAL** | | | | | | | | **($0.44)** |

**INCOME**

**MONEY MARKET FUNDS**

| Date | Description | | Activity | Amount |
|---|---|---|---|---|
| 12/29/06 | WF ADVANTAGE MONEY | MARKET FD CL A | DIVIDEND | $0.44 |
| | **TOTAL** | | | **$0.44** |

**MISCELLANEOUS TRANSACTIONS**

| Transaction Date | Description | | | Symbol/ CUSIP | Activity | Quantity | Credit | Debit |
|---|---|---|---|---|---|---|---|---|
| 12/18/06 | PUT ROYAL CARIBBEAN CRU | $35 | EXP 12/16/06 | RCLXG | EXPIRED | (30) | | |

This page was created using **Nitro PDF** trial software.
To purchase, go to http://www.nitropdf.com/

Exhibit A
5 of 5



Account number: **W16119921**
Contact Us At: 1-800-TRADERS
1-800-872-3377

## Cash Flow Analysis

**CHRONOLOGICAL TRANSACTION SUMMARY**

| Date | As Of Date | Description | Activity | Quantity | Price | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| | | **Beginning Cash Balance** | | | | | | **$0.00** |
| 12/18/06 | 12/16/06 | PUT ROYAL CARIBBEAN CRU | EXPIRED | (30) | | | | $0.00 |
| 12/29/06 | 12/29/06 | WF ADVANTAGE MONEY | DIVIDEND | | | | 0.44 | 0.44 |
| 12/29/06 | 12/29/06 | WF ADVANTAGE MONEY | REINVEST DIV | | | (0.44) | | 0.00 |
| | | **Ending Cash Balance** | | | | | | **$0.00** |

## Realized Gains (Losses)

| Quantity | Description | Date Aquired | Date Sold | Short/ Long Term | Purchase Price | Sale Price | Cost Basis | Sale Proceeds | Realized Gains/(Losses) |
|---|---|---|---|---|---|---|---|---|---|
| 30 | PUT RCL DEC 35 | 08/14/06 | 12/16/06 | Short | $3.80 | N/A | $11,435.96 | $0.00 | ($11,435.96) |
| | **TOTAL** | | | | | | **$11,435.96** | **N/A** | **($11,435.96)** |

This page was created using **Nitro PDF** trial software.
To purchase, go to http://www.nitropdf.com/