**NOT FOR CITATION**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Michael Blomquist,<br><br>            Plaintiff,<br><br>      vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation;<br><br>            Defendants. | Case No.: C07-04108 JF<br><br>**PROPOSED ORDER TO POSTPONE MOTIONS TO DISMISS HEARING UNTIL AUGUST 29, 2008** |

    Plaintiff, Michael Blomquist is a pro se litigant with limited financial and legal resources.

Per Civil L. R. 6-3, Pro se Plaintiff, Michael Blomquist filed a motion to enlarge time. Motion requested to postpone July 11, 2008 hearing date and leave to amend FAC. Plaintiff should have filed a proposed order during the June 17, 2008 filing. Within plaintiff's motion to change time was a motion for leave to amend.

Plaintiff has stated with particularity the reasons for the enlargement of time and the court recognizes the amount of work and time necessary to prepare numerous responses.

Plaintiff alleges that he, Goldman Sachs and Citigroup's counsel have made numerous attempts to contact others in hopes of stipulating enlarged time to respond. Plaintiff states that both Citigroup and Goldman Sachs counsel have agreed to motion to enlarge time, but do not agree to leave to amend. Plaintiff claims he did not understand instructions during the last CMC on May 30, 2008. Plaintiff is once again instructed to attach a proposed SAC to plaintiff's oppositions. Ruling for leave to amend will be decided at the motions to dismiss hearing.

Plaintiff has alleged the substantial harm that will be done to his case and his claims if he is not provided additional time to respond. Plaintiff recognizes the deficiencies in his complaint and is instructed to correct deficiencies in a proposed SAC.

There exists one time modification in this case. Parties stipulated an extension of time for defendants to respond to

first amended complaint.  Defendants were served the FAC.

Defendants utilized the entirety of enlarged response time and do not appear to be burdened by postponement of motion to dismiss hearing.  Countrywide filed an answer to plaintiff's FAC on March 10, 2008 and then later filed motion to dismiss on June 6, 2008

**It is hereby ordered:**

**Postpone July 11, 2008 motions to dismiss hearing until August 29, 2008 at 9 a.m. in courtroom 3.**

**Plaintiff must file oppositions on or before July 11, 2008. Plaintiff's request to file SAC is denied at this time. Plaintiff is instructed to file or attach a proposed SAC on or before July 11, 2008.  Court will consider leave to amend during the August 29, 2008 hearing.**

Dated June 20, 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

ORDER TO POSTPONE MOTIONS TO DISMISS HEARING