DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendants
The McGraw-Hill Companies, Inc.
and Harold W. McGraw III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, KERRY K. KILLINGER, JOSEPH W. SAUNDERS, COUNTRYWIDE HOME LOANS, INC., ANGELO MOZILLO, WACHOVIA CORPORATION, KEN THOMPSON, CITIGROUP, SANFORD WEILL, CHARLES PRINCE, GOLDMAN SACHS GROUP, INC., HENRY PAULSON, BEAR STERNS COMPANIES, INC., JAMES CAYNE, THE MCGRAW HILL COMPANY, INC., HAROLD MCGRAW III, WELLS FARGO & COMPANY, PATRICIA R. CALLAHAN, HERBERT M. SANDLER, ROCK HOLDINGS, INC., EXPERIAN CORPORATION, FIMALAC, INC., MOODY'S CORPORATION, JAMES E. GILLERAN, JOHN M. REICH, JOHN D. HAWKE JR., JOHN C. DUGAN, SUSAN SCHMIDT BIES, DONALD E. POWELL, and SHEILA C. BAIR,<br><br>　　　　　　　Defendants | Case No.  C-07-04108-JF(HRL)<br><br>**DEFENDANTS THE MCGRAW-HILL COMPANIES, INC. AND HAROLD W. MCGRAW III'S RESPONSE TO PLAINTIFF'S MOTION TO POSTPONE HEARING DATE**<br><br>Date:    July 11, 2008<br>Time:   9:00 a.m.<br>Before: Hon. Jeremy Fogel |

　　　　Defendants The McGraw-Hill Companies, Inc. and Harold W. McGraw III ("the McGraw-Hill Defendants") respectfully submit this response to Plaintiff Blomquist's motion filed on June

1

THE MCGRAW-HILL DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION OF JUNE 17, 2008
CASE NO. C-07-04108-JF(HRL)

17, 2008.

On June 17, 2008 Plaintiff Blomquist filed papers styled as "Leave to Amend F.A.C. & Motion to Postpone July 11, 2008 Hearing Date." (D.E. # 89)  Earlier today, Mr. Blomquist also filed a "Proposed Order" on the motion that would (1) extend his time to file papers in opposition to the pending motions to dismiss (otherwise due today) until July 11, 2008, (2) require Plaintiff to attach a Proposed Second Amended Complaint to those opposition papers, (3) adjourn the presently scheduled hearing date of July 11, 2008 to August 29, 2008, and, (4) deny Plaintiff's request to file a Second Amended Complaint "at this time."  (D.E. # 90)

The McGraw-Hill Defendants oppose Plaintiff's request to extend his time to file papers in opposition to the motions to dismiss and postpone the hearing date on the ground that Plaintiff requested similar relief from the Court during the course of the May 30, 2008 Case Management Conference and the Court denied the request.  Because Mr. Blomquist has made no sufficient showing as to why the Court should reconsider its previous ruling, his renewed request should be denied.  To the extent Plaintiffs' papers of June 17, 2008 can be read as a motion for leave to amend the Complaint, Plaintiff's Proposed Order filed today concedes that that request should be denied.

Dated:   June 20, 2008

Respectfully submitted,

BERGESON, LLP

By:   /s/  
    Michael W. Stebbins

Attorneys for Defendants The McGraw-Hill Companies, Inc and Harold W. McGraw III

*Of Counsel:*

Floyd Abrams  
Susan Buckley  
Tammy L. Roy  
Justin Giovannelli  
Cahill Gordon & Reindel LLP  
80 Pine Street  
New York, New York  10005  
(212) 701-3000