1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   ERIK KEMP (State Bar No. 246196)
3  ek@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendants
   THE BEAR STEARNS COMPANIES, INC.,
8  and JAMES CAYNE

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 MICHAEL BLOMQUIST &                          Case No.:  C07-04108-JF
   MICHAEL SCOTT PROPERTIES, INC.,
13
            Plaintiffs,                          **DEFENDANTS THE BEAR STEARNS**
14                                               **COMPANIES, INC., JAMES CAYNE,**
      vs.                                        **WELLS FARGO & COMPANY,**
15                                               **PATRICIA CALLAHAN, EXPERIAN**
   WASHINGTON MUTUAL, a Washington               **HOLDINGS, INC., CITIGROUP, INC.,**
16 corporation; KERRY K. KILLINGER; JOSEPH       **SANFORD WEILL, CHARLES PRINCE,**
   W. SAUNDERS; COUNTRYWIDE HOME                 **AND GOLDMAN SACHS GROUP, INC.'S**
17 LOANS, INC., a Delaware corporation;          **PARTIAL OPPOSITION TO**
   ANGELO MOZILLO; WACHOVIA                      **PLAINTIFF'S REQUEST FOR LEAVE**
18 CORPORATION, a North Carolina corporation;    **TO FILE SECOND AMENDED**
   KEN THOMPSON CITIGROUP, a Delaware            **COMPLAINT AND MOTION TO**
19 corporation; SANFORD WEILL; CHARLES           **POSTPONE JULY 11, 2008 HEARING**
   PRINCE; GOLDMAN SACHS GROUP, INC., a          **DATE**
20 Delaware corporation; HENRY PAULSON;
   BEAR STERNS COMPANIES, INC., a Delaware
21 corporation; JAMES CAYNE; THE MCGRAW
   HILL COMPANY, INC., a Delaware corporation;
22 HAROLD MCGRAW III; WELLS FARGO &
   COMPANY, a Delaware corporation; PATRICIA
23 R. CALLAHAN; HERBERT M. SANDLER;
   ROCK HOLDINGS, INC., a Delaware
24 corporation; EXPERIAN CORPORATION,  a
   Delaware corporation; JAMES E. GILLERAN;
25 JOHN M. REICH; JOHN D. HAWKE JR.; JOHN
   C. DUGAN; SUSAN SCHMIDT BIES;
26 DONALD E. POWELL; SHEILA C. BAIR,

27         Defendants.

28

On June 17, 2008, plaintiff Michael Blomquist filed a motion requesting two forms of relief from this Court: 1) postponement of the July 11, 2008 hearing date on which the defendants have noticed motions to dismiss plaintiff's first amended complaint; and 2) leave to file a second amended complaint. Since filing that motion, plaintiff has entered into discussions about the relief requested with some of the undersigned defense counsel. Defendants The Bear Stearns Companies, Inc., James Cayne, Wells Fargo & Company, Patricia Callahan, Experian Holdings, Inc., Citigroup, Inc., Sanford Weill, Charles Prince, and Goldman Sachs Group, Inc. hereby submit this joint response to plaintiff's motion.

By a Proposed Order filed June 20, 2008, Plaintiff clarified that he seeks an order:

1) Continuing the July 11, 2008 hearing date on which the defendants in this matter have noticed motions to dismiss his first amended complaint *until August 29, 2008*, and an enlargement of time for plaintiff to respond to those motions *until July 11, 2008*, and

3) *Denial of his request for leave to file a second amended complaint, and an order that Plaintiff must attach his proposed Second Amended Complaint to his oppositions to the motions to dismiss to be filed by July 11, 2008*.

(Plaintiff's revisions to his initial request for relief are indicated in italics.)

The defendants who join this response ("Defendants") do not oppose plaintiff's request to continue the July 11, 2008 hearing date on their motions to dismiss. Defendants are willing to grant plaintiff until July 11, 2008 to respond to their motions to dismiss, and to continue until August 29, 2008 the hearing on defendants' motion to dismiss. Defendants' reply papers would then be due August 15, 2008. This is the same schedule proposed by Plaintiff in his Proposed Order filed June 20, 2008. Defendants also agree that Plaintiff should be ordered to attach his proposed Second Amended Complaint to his oppositions to the motions to dismiss, which will be filed on July 11, 2008.

It appears from Plaintiff's Proposed Order filed June 20, 2008 – in which he proposes *denial* of his previous request for leave to amend his Complaint – that Plaintiff does not seek leave to amend his Complaint at this time. However, to the extent he maintains his previous request,

- 2 -

Defendants do oppose plaintiff's motion for leave to file a second amended complaint. Because plaintiff has already amended his complaint once, he must obtain leave of court to file a second amended complaint. Fed. R. Civ. P., Rule 15(a)(2). Although plaintiff purports to seek this leave under Local Rule 6-1, that rule applies only to requests for enlargement or shortening of time. Civil L.R. 6-1. To request leave to amend at this juncture, plaintiff would have to duly notice a motion under Local Rule 7-2. See Civil L.R. 7-1(a), citing Civil L.R. 7-2. He failed to do so. Further, plaintiff also failed to attach a copy of his proposed second amended complaint to his motion, as the Court requested he do at the May 30, 2008 case management conference if he sought leave to amend. Finally, plaintiff's motion fails to state the nature of the proposed amendment or explain why it would cure the defects in his current complaint.

In general, Defendants do not object to the relief plaintiff seeks from the Court in his Proposed Order. (See plaintiff's proposed order, 3:8-16.) But Defendants believe that the remainder of the order is unnecessary, and therefore submit their own proposed order for the Court's consideration.

In short, the undersigned defendants request that the Court deny plaintiff's motion for leave to file a second amended complaint. Defendants do not oppose plaintiff's request for an enlargement of time. Such a ruling would be consistent with Plaintiff's Proposed Order filed June 20, 2008.

DATED: June 20, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ *Erik Kemp*_____
       Erik Kemp

Attorneys for Defendants
THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, WELLS FARGO & COMPANY, and PATRICIA CALLAHAN

| | | |
|---|---|---|
| 1 | DATED: June 20, 2008 | KAYE SCHOLER LLP |
| 2 | | |
| 3 | | By:    /s/   *J. Raymond Warner* |
| 4 | |                 J. Raymond Warner |
| 5 | | Attorneys for Defendant<br>EXPERIAN HOLDINGS, INC. |

 

DATED: June 20, 2008                                    MORGAN LEWIS & BOCKIUS

By:    /s/   *Elizabeth A. Frohlich*
                Elizabeth A. Frohlich

Attorneys for Defendant
GOLDMAN SACHS GROUP, INC.

 

DATED: June 20, 2008                                    KEESAL, YOUNG & LOGAN

By:    /s/   *Christopher A. Stecher*
                Christopher A. Stecher

Attorneys for Defendants
CITIGROUP, INC., SANFORD WEILL, and
CHARLES PRINCE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

11474/0075/676627.1                                          Defendants' Response to Motion for Leave to Amend
                                                                           Case No.: C07-04108-JF