| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742) |
| | REGINA J. McCLENDON (State Bar No. 184669) |
| 2 | rjm@severson.com |
| | ERIK KEMP (State Bar No. 246196) |
| 3 | ek@severson.com |
| | SEVERSON & WERSON |
| 4 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 5 | San Francisco, CA  94111 |
| | Telephone:  (415) 398-3344 |
| 6 | Facsimile:  (415) 956-0439 |
| 7 | Attorneys for Defendants |
| | THE BEAR STEARNS COMPANIES, INC., |
| 8 | and JAMES CAYNE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | MICHAEL BLOMQUIST & MICHAEL SCOTT PROPERTIES, INC., | Case No.:  C07-04108-JF |
| 13 | Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFF BLOMQUIST'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND GRANTING MOTION TO POSTPONE JULY 11, 2008 HEARING DATE** |
| 14 | vs. | |
| 15 | WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION,  a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | |
| | Defendants. | |

On June 17, 2008, plaintiff Michael Blomquist filed a motion (the "Motion") requesting:

1) Continuance of the July 11, 2008 hearing date on which the defendants in this matter have noticed motions to dismiss his first amended complaint and an enlargement of time to respond to those motions; and

3) Leave to file a second amended complaint.

On June 20, 2008, Plaintiff modified his request for relief by filing a Proposed Order seeking:

1) Continuance of the July 11, 2008 hearing date on which the defendants in this matter have noticed motions to dismiss his first amended complaint *until August 29, 2008*, and an enlargement of time for plaintiff to respond to those motions *until July 11, 2008*, and

2) *Denial of his request for leave to file a second amended complaint, and an order that Plaintiff must attach his proposed Second Amended Complaint to his oppositions to the motions to dismiss to be filed by July 11, 2008.*

(Plaintiff's revisions to his initial request for relief are indicated in italics.)

On June 20, 2008, defendants The Bear Stearns Companies, Inc., James Cayne, Wells Fargo & Company, Patricia Callahan, Experian Holdings, Inc., Citigroup, Inc., Sanford Weill, Charles Prince, and Goldman Sachs Group, Inc. filed a Partial Opposition to the Motion, in which they opposed Plaintiff's initial request for leave to file a Second Amended Complaint, but stated that they did not oppose the relief requested by Plaintiff in his Proposed Order filed June 20, 2008.

Having considered all the papers filed by the parties, and good cause appearing, IT IS HEREBY ORDERED THAT

1. Plaintiff's motion to for leave to file a second amended complaint is DENIED. Plaintiff is ordered to attach his proposed Second Amended Complaint to his oppositions to the motions to dismiss to be filed by July 11, 2008.

2. Plaintiff's motion for an enlargement of time to respond to the defendants' motion to dismiss is GRANTED. Plaintiff's opposition papers will be due July 11, 2008. Defendants'

- 2 -

- 3 -

1 reply papers will be due August 15, 2008.  The hearing set for July 11, 2008, is continued until
2 August 29, 2008, at 9:00 a.m.

4     IT IS SO ORDERED.

6 Dated: _____, 2008

       The Hon. Jeremy Fogel
       United States District Court Judge