**E-Filed 6/24/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOOMQUIST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION; a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation, HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE; SCHMIDT BIES; DONALD E. POWELL; SHELIA C. BAIR,<br><br>　　　　　Defendants. | Case Number C 07-4108 JF<br>ORDER[1] DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND MOTION TO POSTPONE JULY 11, 2008 HEARING DATE; AND MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS<br><br>[re: docket no. 89] |

---

[1] This disposition is not designated for publication in the official reports.

Case No. C07-4108
ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND MOTION TO POSTPONE JULY 11, 2008 HEARING DATE; AND MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS
(JFEX1)

Plaintiff Michael Bloomquist ("Bloomquist") is the President and sole owner of Michael Scott Properties, Inc., as well as a licensed mortgage and real estate agent. Bloomquist claims that Defendants have engaged in unlawful lending practices and securities fraud. Bloomquist seeks leave to amend his First Amended Complaint and postpone the hearing on certain Defendants' motion to dismiss set for July 11, 2008. On June 20, 2008, the day his opposition to the motion to dismiss was due, Bloomquist modified his request by filing a proposed order seeking (1) a continuance of the July 11, 2008 hearing until August 29, 2008; (2) an enlargement of time for him to respond to the motion to dismiss; (3) an order denying his request to file a second amended complaint at this time; and (4) an order that he attach his proposed second amended complaint to his opposition papers, which would be filed by July 11, 2008.

These same requests were addressed by the Court at the May 30, 2008 Case Management Conference. Accordingly, the Court will treat Bloomquist's present filing as a motion for reconsideration. Because Bloomquist has failed to show any change in circumstances that would warrant reconsideration of the schedule established at the Case Management Conference, Bloomquist's request will be denied.

However, in order to afford Bloomquist the opportunity to oppose the pending motion to dismiss, the time for filing opposition to that motion will be extended to June 30, 2008. Moving Defendants' reply brief may be filed on or before July 7, 2008. The hearing on the motion shall proceed as scheduled on July 11, 2008.

IT IS SO ORDERED.

DATED: June 24, 2008

JEREMY FOGEL
United States District Judge

2

Case No. C07-4108
ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND MOTION TO POSTPONE JULY 11, 2008 HEARING DATE; AND MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS
(JFEX1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | Michael Scott-Alan Blomquist | michaelsblomquist@gmail.com |
| 3 | Martin L. Fineman | martinfineman@dwt.com |
| 4 | Stephen Michael Rummage | steverummage@dwt.com |
| 5 | Sam N. Dawood | samdawood@dwt.com |
| 6 | Lloyd Winawer | lwinawer@goodwinprocter.com |
| 7 | Ryan Jude Thompson | rthompson@goodwinprocter.com |
| 8 | Sabrina M. Rose-Smith | srosesmith@goodwinprocter.com |
| 9 | Thomas M. Hefferon | thefferon@goodwinprocter.com |
| 10 | Christopher Alan Carr | ccarr@afrct.com |
| 11 | Christopher A. Stecher | christopher.stecher@kyl.com |
| 12 | Elizabeth Allen Frohlich | efrohlich@morganlewis.com |
| 13 | Regina Jill McClendon, Esq. | rjm@severson.com |
| 14 | Erik Wayne Kemp | ek@severson.com |
| 15 | John B. Sullivan | jbs@severson.com |
| 16 | Melinda Mae Morton | mmorton@be-law.com |
| 17 | Michael William Stebbins | mstebbins@be-law.com |
| 18 | John Raymond Warner | rwarner@kayescholer.com |
| 19 | Charles G. Miller | cmiller@bztm.com |
| 20 | Jonathan Alan Patchen | jpatchen@tcolaw.com |
| 21 | Peter R. Boutin | peter.boutin@kyl.com |

22  James J. Coster
    Satterlee Stephen Burke & Burke LLP
23  230 Park Avenue
    New York, NY 10169
24
    Joshua M. Rubins
25  Satterlee Stephens Burke & Burke
    230 Park Ave
26  New York, NY 10169-0079

27

28                                  3

Case No. C07-4108
ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND
MOTION TO POSTPONE JULY 11, 2008 HEARING DATE; AND MODIFYING BRIEFING SCHEDULE ON
MOTION TO DISMISS
(JFEX1)