Lloyd Winawer (SBN 157823)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-mail: lwinawer@goodwinprocter.com

Thomas M. Hefferon (pro hac vice)
Sabrina Rose-Smith (pro hac vice)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202-346-4000
Facsimile: 202-346-4444
E-mail: thefferon@goodwinprocter.com
E-mail: srosesmith@goodwinprocter.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.
and ANGELO MOZILO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware | C-07-04108-JF/HRL<br><br>**COUNTRYWIDE DEFENDANTS' DISCLOSURE STATEMENT**<br><br>Date:   July 11, 2008<br>Time:   9:00 a.m.<br>Crtrm:  3 |

corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,

Defendants.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Countrywide Home Loans, Inc. and Angelo Mozilo state that Countrywide Home Loans' corporate parent is Countrywide Financial Corporation, which is a wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly traded company.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, other than the named parties to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to this proceeding:

**Countrywide Financial Corporation**

**Bank of America Corporation**

Dated July 7, 2008

Respectfully Submitted,

GOODWIN PROCTER, LLP

By: /s/ Thomas M. Hefferon
Thomas M. Hefferon
thefferon@goodwinprocter.com
Lloyd Winawer
lwinawer@goodwinprocter.com
Sabrina Rose-Smith
srosesmith@goodwinprocter.com

*Attorneys for DEFENDANTS COUNTRYWIDE HOME LOANS, INC. and ANGELO MOZILO*