JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
THE BEAR STEARNS COMPANIES, INC.,
and JAMES CAYNE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST & MICHAEL SCOTT PROPERTIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, <br><br> Defendants. | Case No.: C07-04108-JF <br><br> **JAMES CAYNE'S STATEMENT OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [Fed R. Civ. P., Rule 12(b)(2)]** <br><br> Hearing Date: July 11, 2008 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 3 <br> Judge: Hon. Jeremy Fogel <br><br> Complaint Date: September 10, 2007 <br> Trial Date: Not Set |

11474/0075/678524.1

Cayne's Statement of Non-Receipt of Opposition
Case No.: C07-04108-JF

1  Defendant James Cayne has received no opposition to his motion to dismiss for lack of
2  personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure. Pursuant to the
3  Court's order continuing the deadline, any opposition to Cayne's motion was due no later than
4  June 30, 2008. As of this date, no opposition has been received.

5  Because the various grounds set forth in Cayne's motion are unopposed, his motion should
6  be granted. Cayne has demonstrated that he is not subject to jurisdiction in California, and plaintiff
7  Michael Blomquist has made no attempt to carry his burden of proving otherwise. *See, e.g.,*
8  *Tuazon v. R.J. Reynolds Tobacco Co.*, 433 F.3d 1163, 1168 (9th Cir. 2006) (plaintiff bears the
9  burden of proving that jurisdiction exists).

10  Cayne's motion should be granted without leave to amend, as any amendment would be
11  futile. When the court has no jurisdiction over a defendant, he "has an unqualified right to have an
12  order entered granting [his] motion to dismiss." *Read v. Ulmer*, 308 F.2d 915, 917 (5th Cir. 1962);
13  see also *Laborers Local 17 Health Benefit Fund v. Philip Morris Inc.*, 26 F.Supp.2d 593, 597-98
14  (D.C.N.Y. 1998). Accordingly, Cayne respectfully requests that the Court grant his motion to
15  dismiss for lack of personal jurisdiction and enter an order dismissing him from this action.

DATED: July 7, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____/s/  *Erik Kemp*_____
                Erik Kemp

Attorneys for Defendants
THE BEAR STEARNS COMPANIES, INC., and
JAMES CAYNE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.