CERTIFICATE OF SERVICE

    I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

    On the date below I served a copy, with all exhibits, of the following document(s):

**WELLS FARGO AND PATRICIA CALLAHAN'S STATEMENT OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| Michael Scott Blomquist | Charles G. Miller |
| Michael Scott-Alan Blomquist | Melinda Mae Morton |
| Peter R. Boutin | Jonathan Alan Patchen |
| Christopher Alan Carr | Sabrina M. Rose-Smith |
| Sam N. Dawood | Stephen Michael Rummage |
| Martin L. Fineman | Christopher A. Stecher |
| Elizabeth Allen Frohlich | John B. Sullivan |
| Thomas M. Hefferon | Ryan Jude Thompson |
| Regina Jill McClendon, Esq | John Raymond Warner |

**Served By Mail:**

| | |
|---|---|
| James J. Coster | Joshua M. Rubins |
| Satterlee Stephen Burke & Burke LLP | Satterlee Stephens Burke & Burke LLP |
| 230 Park Avenue | 230 Park Avenue |
| New York, NY 10169-0079 | New York, NY 10169-0079 |

þ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

✕ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on July 7, 2008.

                                                         /s/   *Anne Ogonowski*
                                                              Anne Ogonowski