1  Charles G. Miller, State Bar No. 39272
   BARTKO, ZANKEL, TARRANT & MILLER
2  A Professional Corporation
   900 Front Street, Suite 300
3  San Francisco, California 94111
   Telephone: (415) 956-1900
4  Facsimile: (415) 956-1152

5  Attorneys for Defendant
   MOODY'S CORPORATION
6
   Additional Counsel Names Listed on Signature Page
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 MICHAEL BLOMQUIST,                    )  Case No. C-07-04108 JR/HRL
                                         )
12           Plaintiff,                  )  **DEFENDANT MOODY'S
                                         )  CORPORATION'S REPLY
13      v.                               )  MEMORANDUM OF POINTS AND
                                         )  AUTHORITIES IN FURTHER
14 WASHINGTON MUTUAL, a Washington       )  SUPPORT OF ITS MOTION TO
   corporation; KERRY K. KILLINGER; JOSEPH)  DISMISS THE AMENDED
15 W. SAUNDERS; COUNTRYWIDE HOME         )  COMPLAINT**
   LOANS, INC., a Delaware corporation;  )
16 ANGELO MOZILLO; WACHOVIA              )  Date:     July 11, 2008
   CORPORATION, a North Carolina corporation; )  Time:     9:00 a.m.
17 KEN THOMPSON; CITIGROUP, a Delaware   )  Location: Courtroom 3
   corporation; SANFORD WEILL; CHARLES   )
18 PRINCE; GOLDMAN SACHS GROUP, INC., a  )
   Delaware corporation; HENRY PAULSON;  )
19 BEAR STERNS COMPANIES, INC., a        )
   Delaware corporation; JAMES CAYNE; THE )
20 MCGRAW HILL COMPANY, INC., a          )
   Delaware corporation; HAROLD MCGRAW III;)
21 WELLS FARGO & COMPANY, a Delaware     )
   corporation; PATRICIA R. CALLAHAN;    )
22 HERBERT M. SANDLER; ROCK HOLDINGS,    )
   INC., a Delaware corporation; EXPERIAN )
23 CORPORATION, a Delaware corporation;  )
   FIMALAC, INC., a Delaware corporation; )
24 MOODYS CORPORATION, a Delaware        )
   corporation; JAMES E. GILLERAN; JOHN M.)
25 REICH; JOHN D. HAWKE, JR.; JOHN C.    )
   DUGAN; SUSAN SCHMIDT BIES; DONALD     )
26 E. POWELL; SHEILA C. BAIR;            )
                                         )
27           Defendants.                 )
                                         )
28

-1-

Defendant Moody's Corporation hereby joins in, adopts, and incorporates by reference herein the McGraw-Hill Companies, Inc. and Harold W. McGraw III's Reply Memorandum of Points and Authorities in Further Support of their Motion to Dismiss the Amended Complaint, each material point of which is fully applicable to Moody's as well as to the McGraw-Hill defendants.

DATED: July 7, 2008

Respectfully Submitted:

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

SATTERLEE STEPHENS BURKE & BURKE LLP

By _____
Charles G. Miller
Attorneys for Defendant
MOODY'S CORPORATION

Joshua M. Rubins, *Admitted Pro Hac Vice*
James J. Coster, *Admitted Pro Hac Vice*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
jrubins@ssbb.com; jcoster@ssbb.com