1  Mark T. Flewelling (#096465)
   mflewelling@afrct.com
2  Christopher A. Carr (#44444)
   ccarr@afrct.com
3  Robin C. Campbell (#070374)
   rcampbell@afrct.com
4  ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP
5  199 South Los Robles Ave., Suite 600
   Pasadena, California 91101
6  Tel: 626.535.1900
   Fax: 626.577.7764
7
   Attorneys for Defendants
8  Wachovia Corporation; Ken Thompson;
   and Herbert M. Sandler
9

10           UNITED STATES DISTRICT COURT

11   NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

12

13  MICHAEL BLOMQUIST,                    C-07-04108-JF/HRL

14              Plaintiff,                ORIGINAL PROOF OF
                                          SERVICE
15      vs.

16  WASHINGTON MUTUAL, a
    Washington corporation; KERRY K.
17  KILLINGER; JOSEPH W.
    SAUNDERS; COUNTRYWIDE HOME
18  LOANS, INC., a Delaware corporation;
    ANGELO MOZILLO; WACHOVIA
19  CORPORATION, a North Carolina
    corporation; KEN THOMPSON;
20  CITIGROUP, a Delaware corporation;
    SANFORD WEILL; CHARLES
21  PRINCE; GOLDMAN SACHS GROUP,
    INC., a Delaware corporation; HENRY
22  PAULSON; BEAR STERNS
    COMPANIES, INC., a Delaware
23  corporation; JAMES CAYNE; THE
    MCGRAW HILL COMPANY, INC., a
24  Delaware corporation; HAROLD
    MCGRAW III; WELLS FARGO &
25  COMPANY, a Delaware corporation;
    PATRICIA R. CALLAHAN;
26  HERBERT M. SANDLER; ROCK
    HOLDINGS, INC., a Delaware
27  corporation; EXPERIAN
    CORPORATION, a Delaware
28  corporation; FIMALAC, INC., a

                          1

1  Delaware corporation; MOODYS
   CORPORATION, a Delaware
2  corporation; JAMES E. GILLERAN;
   JOHN M. REICH; JOHN D. HAWKE,
3  JR.; JOHN C. DUGAN; SUSAN
   SCHMIDT BIES; DONALD E.
4  POWELL; SHEILA C. BAIR;

5
                   Defendants.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA              )
                                 ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On July 7, 2008, I served the following document(s) described as **RESPONSE BY DEFENDANTS WACHOVIA CORPORATION, KEN THOMPSON AND HERBERT M. SANDLER TO PLAINTIFF'S LACK OF OPPOSITION TO MOTION TO DISMISS** on the interested parties in this action by electronic mail pursuant to Local Rule 5-6. The names and electronic addresses of the parties served are:

**PLEASE SEE ATTACHED SERVICE LIST**

[ ]     (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     (BY TELECOPIER) By stipulation, I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[ ]     (BY PERSONAL DELIVERY) I delivered such envelope by hand to the addressee.

[ ]     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on July 7, 2008, at Pasadena, California.


___Malinda Sinclair___                    ___/s/ Malinda Sinclair___
(Print or Type Name)                      (Signature of Declarant)

C-07-04108-JF/HRL
ORIGINAL PROOF OF SERVICE

1

<u>SERVICE LIST</u>

2

3

*Plaintiff, In Pro Per*

4

Michael Scott Blomquist
michaelblomquist@gmail.com

5

6

*Attorneys for Defendants, Washington Mutual,*
*Kerry Killinger*

7

Stephen Michael Rummage, Esq.
DAVIS WRIGHT TREMAINE LLP

8

stevenrummage@dwt.com

9

10

*Attorneys for Defendants Countrywide Home Loans, Inc.,*
*Angelo Mozillo;*

11

Ryan Jude Thompson, Esq.
GOODWIN PROCTER LLP

12

rthompson@goodwinprocter.com

13

14

*Attorneys for Defendants Sanford Weill; Charles Prince; Citigroup, Inc.*

15

Christopher A. Stecher, Esq.
KEESAL YOUNG & LOGAN
christopher.stecher@kyl.com

16

17

*Attorneys for Defendants Bear Stearns Companies, Inc.;*
*James Cayne;*

18

19

Regina Jill McClendon, Esq.
SEVERSON & WERSON
rjm@severson.com

20

21

Erik Wayne Kemp, Esq.
SEVERSON & WERSON
ek@severson.com

22

23

John B. Sullivan, Esq.
SEVERSON & WERSON
jbs@severson.com

24

25

*Attorneys for Defendant Experian Corporation*

26

John Raymond Warner, Esq.
KAYE SCHOLER LLP

27

rwarner@kayscholer.com

28

1

1  *Attorneys for Defendant Fimalac*

2  Jonathan Alan Patchen
   TAYLOR & COMPANY LAW OFFICES, LLP
3  jpatchen@tcolaw.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C-07-04108-JF/HRL
ORIGINAL PROOF OF SERVICE