1  STEPHEN E. TAYLOR (SBN 58452)
   JONATHAN A. PATCHEN (SBN 237346)
2  STEPHEN McG. BUNDY (SBN 253017)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California  94111
4  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
5  E-mail: staylor@tcolaw.com
   E-mail: jpatchen@tcolaw.com
6  E-mail: sbundy@tcolaw.com

7  Attorneys for Defendant FITCH GROUP INC.
   (sued and served herein as Fimalac, Inc.)
8

9               UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KELLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>    Defendants. | Case No.: C-07-04108 JF (HRL)<br><br>**PROOF OF SERVICE** |

TAYLOR & CO.
LAW OFFICES, LLP

PROOF OF SERVICE: CASE NO. C-07-04108 JF (HRL)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On July 7, 2008, I served a true copy of the following documents described as **DEFENDANT FITCH GROUP, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT** on the interested parties in this action as follows:

> Mr. James J. Coster
> Mr. Joshua M. Rubins
> Satterlee Stephens Burke & Burke LLP
> 230 Park Avenue, 11th Floor
> New York, NY 10169

**BY MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Taylor & Company Law Offices, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 7, 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/s/ Amanda M. Bradley
　　　　　　　　　　　　　　　　　　　　Amanda M. Bradley