# CERTIFICATE OF SERVICE

I, the undersigned, declare that am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Four Embarcadero Center, Suite 1500, San Francisco, California 94111.

On the date indicated below, I served the foregoing documents described as **DEFENDANTS CITIGROUP INC., SANFORD WEILL, CHARLES PRINCE, GOLDMAN SACHS GROUP, INC., THE BEAR STEARNS COMPANIES, INC., AND JAMES CAYNE'S ("BANKER" DEFENDANTS) RESPONSE TO PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS** on the parties in this action addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| Michael Scott Blomquist | Charles G. Miller |
| Michael Scott-Alan Blomquist | Melinda Mae Morton |
| Sam N. Dawood | Jonathan Alan Patchen |
| Martin L. Fineman | Sabrina M. Rose-Smith |
| Elizabeth Allen Frohlich | Stephen Michael Rummage |
| Thomas M. Hefferon | Christopher Alan Carr |
| Regina Jill McClendon | John B. Sullivan |
| Peter R. Boutin | Ryan Jude Thompson |
| Christopher A. Stecher | John Raymond Warner |

**Served by Mail:**

| | |
|---|---|
| James J. Coster | Joshua M. Rubins |
| Satterlee Stephen Burke & Burke LLP | Satterlee Stephen Burke & Burke LLP |
| 230 Park Avenue | 230 Park Avenue |
| New York, NY 10169-0079 | New York, NY 10169-0079 |

☐ BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on July 7, 2008 in San Francisco, California.

_/s/ Menchie Garcia_
Menchie Garcia