1  Stephen M. Rummage, *pro hac vice*
   Martin L. Fineman (Cal. Bar No. 104413)
2  Sam N. Dawood (Cal. Bar No. 178862)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
4  Telephone: (415) 276-6500
   Facsimile:  (415) 276-6599
5  Email: martinfineman@dwt.com
6          samdawood@dwt.com

7  Attorneys for Defendants
   Washington Mutual, Kerry K. Killinger,
8  and Joseph W. Saunders

9

## IN THE UNITED STATES DISTRICT COURT

10

## THE NORTHERN DISTRICT OF CALIFORNIA

11

## SAN JOSE DIVISION

12  MICHAEL BLOMQUIST,                              ) Case No. 07-04108 JF/HRL
                                                    )
13          Plaintiff,                              ) **DEFENDANTS WASHINGTON**
                                                    ) **MUTUAL, KERRY K. KILLINGER AND**
14      v.                                          ) **JOSEPH W. SAUNDERS' REPLY BRIEF**
                                                    ) **IN SUPPORT OF UNOPPOSED MOTION**
15  WASHINGTON MUTUAL, a Washington                 ) **TO DISMISS PLAINTIFF'S FIRST**
    corporation; KERRY K. KILLINGER; JOSEPH         ) **AMENDED COMPLAINT**
16  W. SAUNDERS; COUNTRYWIDE HOME                   )
    LOANS, INC., a Delaware corporation;            ) Date:  Friday, July 11, 2008
17  ANGELO MOZILLO; WACHOVIA                        ) Time: 9:00 a.m.
    CORPORATION, a North Carolina corporation;     ) Judge:  Hon. Jeremy Fogel
18  KEN THOMPSON; CITIGROUP, a Delaware             ) Department: SJ, Courtroom 3, 5th Floor
    corporation; SANFORD WEILL; CHARLES             )
19  PRINCE; GOLDMAN SACHS GROUP INC., a             )
    Delaware corporation; HENRY PAULSON;            )
20  BEAR STEARNS COMPANIES, INC., a                 )
    Delaware corporation; JAMES CAYNE; THE          )
21  MCGRAW HILL COMPANY, INC., a                    )
    Delaware corporation; HAROLD MCGRAW III;        )
22  WELLS FARGO & COMPANY, a Delaware               )
    corporation; PATRICIA R. CALLAHAN;              )
23  HERBERT M. SANDLER; ROCK HOLDINGS,              )
    INC., a Delaware corporation; EXPERIAN          )
24  CORPORATION, a Delaware corporation;            )
    MOODYS CORPORATION, a Delaware                  )
25  corporation; JAMES E. GILLERAN; JOHN M.         )
    REICH; JOHN D. HAWKE, JR.; JOHN C.              )
26  DUGAN; SUSAN SCHMIDT BIES; DONALD               )
    E. POWELL; SHEILA C. BAIR                       )
                                                    )
27          Defendants.                             )
                                                    )
28  _____  )

DAVIS WRIGHT TREMAINE LLP

1  Although the Court granted Plaintiff Michael Blomquist a liberal extension of time to file an opposition to Defendants Washington Mutual, Kerry K. Killinger, and Joseph W. Saunders' (collectively, "WAMU") Motion to Dismiss Blomquist's First Amended Complaint, he failed to file an opposition.  Accordingly, WAMU's Motion should be deemed unopposed and granted.

Further, Blomquist previously informed the Court on several occasions that he was preparing a second amended complaint that supposedly would address the standing defects in his current claims against Defendants.  Despite that, he failed to follow the Court's instructions to attach a proposed amended complaint to his opposition to dismissal.  Based on this failure and the incurable general nature of his grievances, attributing no injury to Blomquist caused by Defendants, dismissal should be granted with prejudice.

Several co-defendants have filed reply papers in support of their motions to dismiss, explaining the consequences of Blomquist's failure to file an opposition.  WAMU adopts and incorporates by reference the arguments in those papers.

Respectfully submitted this 7th day of July, 2008.

        DAVIS WRIGHT TREMAINE LLP

        By /s/ *Sam N. Dawood*
           Stephen M. Rummage, *pro hac vice*
           Martin Fineman (Cal. Bar No. 104413)
           Sam N. Dawood (Cal. Bar No. 178862)

        Attorneys for Defendants Washington Mutual, Kerry K. Killinger, and Joseph W. Saunders

1

The Washington Mutual Defendants' Reply in Support of Motion to Dismiss First Amended Complaint    DWT 11464372v1 0013149-000095
Blomquist v. Washington Mutual - Case No. C07-4108 JF/HRL