Mark T. Flewelling (#96465)
mflewelling@afrct.com
Christopher A. Carr (#44444)
ccarr@afrct.com
Robin C. Campbell (#70374)
rcampbell@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP
199 South Los Robles Ave., Suite 600
Pasadena, California 91101
Tel: 626.535.1900
Fax: 626.577.7764

Attorneys for Defendants
Wachovia Corporation; Ken Thompson;
and Herbert M. Sandler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a | C-07-04108-JF/HRL<br><br>APPLICATION OF DEFENDANTS WACHOVIA CORPORATION, KEN THOMPSON AND HERBERT M. SANDLER TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING<br><br>Date:   July 11, 2008<br>Time:  9:00 a.m.<br>Crtrm: 3 (Hon. Jeremy Fogel) |

Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,

　　　　　　　　Defendants.

Counsel for defendants Wachovia Corporation, Ken Thompson and Herbert M. Sandler requests permission to appear telephonically at the July 11, 2008, 9:00 a.m. hearing regarding their motion to dismiss the First Amended Complaint. Permission to appear telephonically is requested on the grounds that several hours of attorney time will be saved by not travelling to and from San Jose as counsel will need to arrive in San Jose in the evening of July 8 for this 9:00 a.m. hearing. Since many of the attorneys in this case are based in the San Jose area, they will most likely appear personally.

Respectfully Submitted,

Dated: July 9, 2008

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: /s/ Christopher A. Carr
　　Mark T. Flewelling
　　Christopher A. Carr
　　Robin C. Campbell
Attorneys for Defendants WACHOVIA CORPORATION, KEN THOMPSON and HERBERT M. SANDLER