Charles G. Miller, State Bar No. 39272
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant
MOODYS CORPORATION

Additional Counsel Names Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR;<br><br>    Defendants. | No. C-07-04108 JF/HRL<br><br>**APPLICATION TO APPEAR VIA TELEPHONE**<br><br>Date:     July 11, 2008<br>Time:    9:00 a.m.<br>Location: Courtroom 3 |

-1-

I am lead counsel for defendant Moody's Corporation in this action and have been admitted *Pro Hac Vice*. My office is located in New York City. I would very much appreciate appearing by telephone at the hearing set for July 11, 2008, as I will be unable to attend in person.

DATED: July 9, 2008

                              BARTKO, ZANKEL, TARRANT & MILLER
                              A Professional Corporation

                              SATTERLEE STEPHENS BURKE & BURKE LLP

                              By _____
                                      Joshua M. Rubins
                                      Attorneys for Defendant
                                      MOODYS CORPORATION

Joshua M. Rubins, *Admitted Pro Hac Vice*
James J. Coster, *Admitted Pro Hac Vice*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
*jrubins@ssbb.com; jcoster@ssbb.com*

                              **ORDER**

IT IS SO ORDERED:

DATED: July ___, 2008

                              _____
                              UNITED STATES DISTRICT COURT JUDGE