Lloyd Winawer (SBN 157823)
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-mail: lwinawer@goodwinprocter.com

Thomas M. Hefferon (pro hac vice)
Sabrina Rose-Smith (pro hac vice)
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202-346-4000
Facsimile: 202-346-4444
E-mail: thefferon@goodwinprocter.com
E-mail: srosesmith@goodwinprocter.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
and ANGELO MOZILO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH**

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. | C-07-04108-JF/HRL<br><br>**APPLICATION OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING**<br><br>Date:　July 11, 2008<br>Time:　9:00 a.m.<br>Crtrm:　3 |

LIBW/1682585.1                                    1

1  REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES;
2  DONALD E. POWELL; SHEILA C. BAIR,
3       Defendants.

Counsel for defendants Countrywide Home Loans, Inc. and Angelo Mozilo requests permission for Sabrina Rose-Smith to appear telephonically at the July 11, 208, 9:00 a.m. hearing regarding their motion to dismiss the First Amended Complaint. Permission to appear telephonically is requested on the grounds that several hours of attorney time will be saved by not travelling to and from San Jose as counsel will need to arrive in San Jose in the evening of July 8 for this 9:00 a.m. hearing. Lloyd Winawer, also representing the above-mentioned parities, will be appearing in-person.

Dated: July 9, 2008                         Respectfully submitted,

By:    /s/ Sabrina Rose-Smith
      Sabrina Rose-Smith
      Srosesmith@goodwinprocter.com
      Lloyd Winawer
      lwinawer@goodinprocter.com
      Thomas M. Hefferon
      thefferon@goodwinprocter.com

*Attorneys for* COUNTRYWIDE HOME LOANS, INC. and ANGELO MOZILO

LIBW/1682585.1                                      2