Lloyd Winawer (SBN 157823)
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-mail: lwinawer@goodwinprocter.com

Thomas M. Hefferon (pro hac vice)
Sabrina Rose-Smith (pro hac vice)
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202-346-4000
Facsimile: 202-346-4444
E-mail: thefferon@goodwinprocter.com
E-mail: srosesmith@goodwinprocter.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
and ANGELO MOZILO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH**

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; | C-07-04108-JF/HRL<br><br>**[PROPOSED]**<br>**ORDER RE APPLICATION OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING**<br><br>_____<br>Date: July 11, 2008<br>Time: 9:00 a.m.<br>Crtrm: 3 |

LIBW/1682586.1                                          1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>        Defendants. |

The Court, having read and considered the request of counsel for defendants Countrywide Home Loans, Inc. and Angelo Mozilo to appear telephonically at the hearing scheduled for July 11, 2008 9:00 a.m. in Courtroom C of the above-entitled Court, hereby _____ grants/ _____ denies permission to appear telephonically.

Date:   July _____, 2008

                                                                          Jeremy Fogel
                                                                          Judge, United States District Court