# PROOF OF SERVICE

I, Britani N. Selzler, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

On July 9, 2008, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**APPLICATION OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING;**

**[PROPOSED] ORDER RE APPLICATION OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING**

James J. Coster
Joshua M. Rubins
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

By (MAIL)   I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

### - AND -

By (ELECTRONIC MAIL)   I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed <u>below</u> by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."* to the following:

| | |
|---|---|
| Michael Scott Blomquist | *michaelsblomquist@gmail.com* |
| Michael Scott-Alan Blomquist | *michaelsblomquist@gmail.com* |
| Peter R. Boutin | *peter.boutin@kyl.com* |
| Christopher Alan Carr | *ccarr@afrct.com* |
| Sam N. Dawood | *samdawood@dwt.com* |
| Martin L. Fineman | *martinfineman@dwt.com* |
| Elizabeth Allen Frohlich | *efrohlich@morganlewis.com* |

| | |
|---|---|
| Thomas M. Hefferon | *thefferon@goodwinprocter.com* |
| Erik Wayne Kemp | *ek@severson.com* |
| Regina Jill McClendon | *rjm@severson.com* |
| Charles G. Miller | *cmiller@bztm.com* |
| Melinda Mae Morton | *mmorton@be-law.com* |
| Jonathan Alan Patchen | *jpatchen@tcolaw.com* |
| Sabrina M. Rose-Smith | *srosesmith@goodwinprocter.com* |
| Stephen Michael Rummage | *steverummage@dwt.com* |
| Michael William Stebbins | *mstebbins@be-law.com* |
| Christopher A. Stecher | *christopher.stecher@kyl.com* |
| John B. Sullivan | *jbs@severson.com* |
| Ryan Jude Thompson | *rthompson@goodwinprocter.com* |
| John Raymond Warner | *rwarner@kayescholer.com* |
| Lloyd Winawer | *lwinawer@goodwinprocter.com* |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on July 9, 2008, at Los Angeles, California.


    Britani N. Selzler                    /s/ Britani N. Selzler