```
Michael Blomquist                                **E-Filed 7/09/08**
18234 Daves Avenue
Los Gatos, CA 95030
(408) 399-0590
michaelsblomquist@gmail.com
Pro se plaintiff
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Michael Blomquist, | ) Case No.: C07-04108 JF |
| Plaintiff, | ) MOTION FOR ADMINISTRATIVE<br>) RELIEF |
| vs. | ) |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER;JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES,INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS,INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES;DONALD E. POWELL; SHEILA C. BAIR; | ) |
| Defendants. | ) |

Plaintiff respectfully requests the court to address the following:

1) Plaintiff has searched local and federal rules regarding time allotments for oral arguments.  Plaintiff has not found any rules regarding this issue.  Plaintiff hereby requests 20-30 minutes to respond to all defendants' motions to dismiss including any questions presented by the court.  The allotted time will include time for rebuttal.

2) Plaintiff respectfully requests use of audio/visual equipment to argue his opposition to defendant's motion to dismiss. Plaintiff is willing to provide his own equipment: computer, digital projector, screen, etc. or the court's equipment.  Plaintiff understands he will need court's order to enter courthouse with equipment.

2a) If yes, will wifi/internet access be available?

3) Disposition on pro bono access to pacer.  Plaintiff recognizes PACER is available for free at the clerk's office, but office is difficult and costly to access (gas, parking, daycare, etc).  Plaintiff is a primary care provider for 3 children (summer vacation).  Plaintiff is willing to reimburse PACER upon favorable judgment or settlement.  Plaintiff's access to PACER should result in a more efficient use of the court's time by allowing plaintiff to review other filings.

    4) Plaintiff requests to record July 11, 2008 hearing either by audio or video & audio.

    5) Case brief on Lexis; possibly others reflect plaintiff's request for IFP status while incorrectly stating income of $55,000 per month.  Court has recognized plaintiff's application error in other filings.  Can the court update the brief?

### Additional Information

    It should be noted that plaintiff has enrolled in a paralegal program and now has academic access to Lexis.  In addition plaintiff has obtained access to Westlaw's CLE program available at, http://west.thomson.com/products/first-focus/subprime.aspx?  Although plaintiff recognizes this is no substitute for legal professionals, he is confident he will be able to prosecute his case with these new tools.  Plaintiff will no longer devote as much time to obtaining counsel.  Plaintiff has been in talks with two law professors about making the case a class project.

    Plaintiff would also like to introduce the SEC study recently released on July 8, 2008 regarding the CRAs role in the present crisis available at, http://www.michaelblomquist.com/Papers/20080708CRAexamination.pdf  Section highlights and bookmarks are available.

Dated July 9, 2008                    Respectfully submitted,
                                      _____
                                      /s/Michael Blomquist