STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
STEPHEN McG. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: sbundy@tcolaw.com

Attorneys for Defendant FITCH GROUP INC.
(sued and served herein as Fimalac, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Michael Blomquist,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KELLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>    Defendants. | Case No.: C-07-04108 JF (HRL)<br><br>**APPLICATION OF DEFENDANT FITCH GROUP, INC. TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING**<br><br>Date:    July 11, 2008<br>Time:   9:00 a.m.<br>Place:   Courtroom 3, 5th Floor<br><br>Honorable Jeremy Fogel |

TAYLOR & CO.
LAW OFFICES, LLP

1.
APPLICATION OF DEFENDANT FITCH GROUP, INC. TO APPEAR TELEPHONICALLY
AT JULY 11, 2008 MOTION HEARING: CASE NO. C-07-04108 JF (HRL)

1   Counsel for defendant Fitch Group, Inc. (sued and served herein as Fimalac, Inc.) requests
2   permission for its counsel, Stephen E. Taylor, to appear telephonically at the hearing scheduled for
3   July 11, 2008, at 9:00 a.m., regarding defendant's Motion to Dismiss the First Amended
4   Complaint in this action. Permission to appear telephonically is requested on the grounds that
5   several hours of attorney time will be saved by not travelling to and from San Jose.

7   Dated: July 10, 2008                    Respectfully submitted,

8                                           TAYLOR & COMPANY LAW OFFICES, LLP

11                                          By:  _____/s/_____
                                                 Stephen E. Taylor
12                                          Attorneys for Defendant FITCH GROUP INC.

TAYLOR & CO.
LAW OFFICES, LLP

2.

APPLICATION OF DEFENDANT FITCH GROUP, INC. TO APPEAR TELEPHONICALLY
AT JULY 11, 2008 MOTION HEARING: CASE NO. C-07-04108 JF (HRL)