1  STEPHEN E. TAYLOR (SBN 58452)
   JONATHAN A. PATCHEN (SBN 237346)
2  STEPHEN McG. BUNDY (SBN 253017)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California  94111
4  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
5  E-mail: staylor@tcolaw.com
   E-mail: jpatchen@tcolaw.com
6  E-mail: sbundy@tcolaw.com

7  Attorneys for Defendant FITCH GROUP INC.
   (sued and served herein as Fimalac, Inc.)

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 Michael Blomquist,                     Case No.: C-07-04108 JF (HRL)

11       Plaintiff,

12 v.                                     **[PROPOSED] ORDER RE APPLICATION
                                          OF DEFENDANT FITCH GROUP, INC.
13 WASHINGTON MUTUAL, a Washington        TO APPEAR TELEPHONICALLY AT
   corporation; KERRY K. KELLINGER;       JULY 11, 2008 MOTION HEARING**
14 JOSEPH W. SAUNDERS; COUNTRYWIDE
   HOME LOANS, INC., a Delaware           Date:    July 11, 2008
15 corporation; ANGELO MOZILLO;           Time:    9:00 a.m.
   WACHOVIA CORPORATION, a North          Place:   Courtroom 3, 5th Floor
16 Carolina corporation; KEN THOMPSON;
   CITIGROUP, a Delaware corporation;              Honorable Jeremy Fogel
17 SANFORD WEILL; CHARLES PRINCE;
   GOLDMAN SACHS GROUP, INC., a
18 Delaware corporation; HENRY PAULSON;
   BEAR STERNS COMPANIES, INC., a
19 Delaware corporation; JAMES CAYNE; THE
   MCGRAW HILL COMPANY, INC., a
20 Delaware corporation; HAROLD MCGRAW
   III; WELLS FARGO & COMPANY, a
21 Delaware corporation; PATRICIA R.
   CALLAHAN; HERBERT M. SANDLER;
22 ROCK HOLDINGS, INC., a Delaware
   corporation; EXPERIAN CORPORATION, a
23 Delaware corporation; FIMALAC, INC., a
   Delaware corporation; MOODYS
24 CORPORATION, a Delaware corporation;
   JAMES E. GILLERAN; JOHN M. REICH;
25 JOHN D. HAWKE JR.; JOHN C. DUGAN;
   SUSAN SCHMIDT BIES; DONALD E.
26 POWELL; SHEILA C. BAIR,

27       Defendants.

28

TAYLOR & CO.
LAW OFFICES, LLP
                                    1.

1    The Court, having read and considered the request of counsel for defendant Fitch Group,

2 Inc. to appear telephonically at the hearing scheduled for July 11, 2008, at 9:00 a.m., in Courtroom

3 of the above-entitled Court, hereby _____ grants/_____ denies permission for counsel to appear

4 telephonically.

5

6

7 DATED: _____    _____

8    JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

(PROPOSED) ORDER RE APPLICATION OF DEFENDANT FITCH GROUP, INC. TO APPEAR
TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING: CASE NO.  C-07-04108 JF (HRL)