Mark T. Flewelling (#96465)
mflewelling@afrct.com
Christopher A. Carr (#44444)
ccarr@afrct.com
Robin C. Campbell (#70374)
rcampbell@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP
199 South Los Robles Ave., Suite 600
Pasadena, California 91101
Tel: 626.535.1900
Fax: 626.577.7764

Attorneys for Defendants
Wachovia Corporation; Ken Thompson;
and Herbert M. Sandler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a | C-07-04108-JF/HRL<br><br>[PROPOSED]<br>ORDER RE APPLICATION OF DEFENDANTS WACHOVIA CORPORATION, KEN THOMPSON AND HERBERT M. SANDLER TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING<br><br>Date:   July 11, 2008<br>Time:   9:00 a.m.<br>Crtrm:  3 (Hon. Jeremy Fogel) |

1  Delaware corporation; MOODYS CORPORATION, a Delaware
2  corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE,
3  JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E.
4  POWELL; SHEILA C. BAIR,

5          Defendants.

The Court, having read and considered the request of counsel for defendants Wachovia Corporation, Ken Thompson and Herbert M. Sandler to appear telephonically at the hearing scheduled for July 11, 2008, at 9:00 a.m. in Courtroom C of the above-entitled Court, hereby _____ grants / _____ ~~denies~~ permission to appear telephonically.

Date: July __10__, 2008

_____
Jeremy Fogel
Judge, United States District Court