1  Charles G. Miller, State Bar No. 39272
   BARTKO, ZANKEL, TARRANT & MILLER
2  A Professional Corporation
   900 Front Street, Suite 300
3  San Francisco, California 94111
   Telephone: (415) 956-1900
4  Facsimile: (415) 956-1152

5  Attorneys for Defendant
   MOODYS CORPORATION
6
   Additional Counsel Names Listed on Signature Page
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  MICHAEL BLOMQUIST,              )  No. C-07-04108 JF/HRL
                                    )
12        Plaintiff,                )  **APPLICATION OF DEFENDANT
                                    )  MOODY'S CORPORATION TO
13        v.                        )  APPEAR TELEPHONICALLY AT
                                    )  JULY 11, 2008 MOTION HEARING**
14  WASHINGTON MUTUAL, a Washington )
    corporation; KERRY K. KILLINGER; JOSEPH )  Date:     July 11, 2008
15  W. SAUNDERS; COUNTRYWIDE HOME   )  Time:     9:00 a.m.
    LOANS, INC., a Delaware corporation; )  Location: Courtroom 3
16  ANGELO MOZILLO; WACHOVIA        )            Honorable Jeremy Fogel
    CORPORATION, a North Carolina corporation; )
17  KEN THOMPSON; CITIGROUP, a Delaware )
    corporation; SANFORD WEILL; CHARLES )
18  PRINCE; GOLDMAN SACHS GROUP, INC., a )
    Delaware corporation; HENRY PAULSON; )
19  BEAR STERNS COMPANIES, INC., a  )
    Delaware corporation; JAMES CAYNE; THE )
20  MCGRAW HILL COMPANY, INC., a    )
    Delaware corporation; HAROLD MCGRAW III; )
21  WELLS FARGO & COMPANY, a Delaware )
    corporation; PATRICIA R. CALLAHAN; )
22  HERBERT M. SANDLER; ROCK HOLDINGS, )
    INC., a Delaware corporation; EXPERIAN )
23  CORPORATION, a Delaware corporation; )
    FIMALAC, INC., a Delaware corporation; )
24  MOODY'S CORPORATION, a Delaware )
    corporation; JAMES E. GILLERAN; JOHN M. )
25  REICH; JOHN D. HAWKE, JR.; JOHN C. )
    DUGAN; SUSAN SCHMIDT BIES; DONALD )
26  E. POWELL; SHEILA C. BAIR;      )
                                    )
27        Defendants.               )
    _____)
28

-1-
APPLICATION OF DEFENDANT MOODY'S CORPORATION TO APPEAR
TELEPHONICALLY AT JULY 11, 2008 HEARING -- Case No.: C-07-04108 JF/HRL



Defendant Moody's Corporation requests permission for its counsel, Charles G. Miller, to appear telephonically at the hearing scheduled for July 11, 2008 at 9:00 a.m., regarding defendants' Motion to Dismiss the First Amended Complaint in this action. Permission to appear telephonically is requested on the grounds that several hours of attorney time will be saved by not travelling to and from San Jose.

DATED: July 10, 2008

Respectfully submitted:

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

SATTERLEE STEPHENS BURKE & BURKE LLP

By _____
Charles G. Miller
Attorneys for Defendant
MOODYS CORPORATION

Joshua M. Rubins, *Admitted Pro Hac Vice*
James J. Coster, *Admitted Pro Hac Vice*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
jrubins@ssbb.com; jcoster@ssbb.com