1  Charles G. Miller, State Bar No. 39272
   BARTKO, ZANKEL, TARRANT & MILLER
2  A Professional Corporation
   900 Front Street, Suite 300
3  San Francisco, California 94111
   Telephone: (415) 956-1900
4  Facsimile: (415) 956-1152

5  Attorneys for Defendant
   MOODYS CORPORATION
6
   Additional Counsel Names Listed on Signature Page
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 MICHAEL BLOMQUIST,                )   No. C-07-04108 JF/HRL
                                     )
12 Plaintiff,                        )   [PROPOSED] ORDER RE
                                     )   APPLICATION OF DEFENDANT
13       v.                          )   MOODY'S CORPORATION TO
                                     )   APPEAR TELEPHONICALLY AT
14 WASHINGTON MUTUAL, a Washington   )   JULY 11, 2008 MOTION HEARING
   corporation; KERRY K. KILLINGER; JOSEPH )
15 W. SAUNDERS; COUNTRYWIDE HOME     )   Date:     July 11, 2008
   LOANS, INC., a Delaware corporation; )   Time:     9:00 a.m.
16 ANGELO MOZILLO; WACHOVIA          )   Location: Courtroom 3
   CORPORATION, a North Carolina corporation; )             Honorable Jeremy Fogel
17 KEN THOMPSON; CITIGROUP, a Delaware )
   corporation; SANFORD WEILL; CHARLES )
18 PRINCE; GOLDMAN SACHS GROUP, INC., a )
   Delaware corporation; HENRY PAULSON; )
19 BEAR STERNS COMPANIES, INC., a    )
   Delaware corporation; JAMES CAYNE; THE )
20 MCGRAW HILL COMPANY, INC., a      )
   Delaware corporation; HAROLD MCGRAW III; )
21 WELLS FARGO & COMPANY, a Delaware )
   corporation; PATRICIA R. CALLAHAN; )
22 HERBERT M. SANDLER; ROCK HOLDINGS, )
   INC., a Delaware corporation; EXPERIAN )
23 CORPORATION, a Delaware corporation; )
   FIMALAC, INC., a Delaware corporation; )
24 MOODY'S CORPORATION, a Delaware   )
   corporation; JAMES E. GILLERAN; JOHN M. )
25 REICH; JOHN D. HAWKE, JR.; JOHN C. )
   DUGAN; SUSAN SCHMIDT BIES; DONALD )
26 E. POWELL; SHEILA C. BAIR;        )
                                     )
27 _____Defendants._____)

28

1   The Court, having read and considered the request of counsel for defendant
2   Moody's Corporation, to appear telephonically at the hearing scheduled for July 11, 2008, at
3   9:00 a.m. in Courtroom 3 of the above-entitled Court, hereby _____ grants/_____ denies
4   permission for counsel to appear telephonically.
5   DATED: July ___, 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Joshua M. Rubins, *Admitted Pro Hac Vice*
James J. Coster, *Admitted Pro Hac Vice*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY  10169
Telephone:  (212) 818-9200
Facsimile:  (212) 818-9606
*jrubins@ssbb.com; jcoster@ssbb.com*