STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
STEPHEN McG. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: sbundy@tcolaw.com

Attorneys for Defendant FITCH GROUP INC.
(sued and served herein as Fimalac, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Michael Blomquist,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KELLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>    Defendants. | Case No.: C-07-04108 JF (HRL)<br><br>[~~PROPOSED~~] **ORDER RE APPLICATION OF DEFENDANT FITCH GROUP, INC. TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING**<br><br>Date:  July 11, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 3, 5th Floor<br><br>Honorable Jeremy Fogel |

TAYLOR & CO.
LAW OFFICES, LLP

1.

(PROPOSED) ORDER RE APPLICATION OF DEFENDANT FITCH GROUP, INC. TO APPEAR
TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING: CASE NO. C-07-04108 JF (HRL)

2.

1  The Court, having read and considered the request of counsel for defendant Fitch Group,
2  Inc. to appear telephonically at the hearing scheduled for July 11, 2008, at 9:00 a.m., in Courtroom
3  3 of the above-entitled Court, hereby _____ grants/_____ ~~denies~~ permission for counsel to appear
4  telephonically.

DATED:  7/10/08

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Taylor & Co.
Law Offices, LLP

2.
(PROPOSED) ORDER RE APPLICATION OF DEFENDANT FITCH GROUP, INC. TO APPEAR
TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING: CASE NO. C-07-04108 JF (HRL)