\*\*E-filed 7/10/08\*\*

Charles G. Miller, State Bar No. 39272
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant
MOODYS CORPORATION

Additional Counsel Names Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODY'S CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR;<br><br>Defendants. | No. C-07-04108 JF/HRL<br><br>[~~PROPOSED~~] ORDER RE APPLICATION OF DEFENDANT MOODY'S CORPORATION TO APPEAR TELEPHONICALLY AT JULY 11, 2008 MOTION HEARING<br><br>Date:     July 11, 2008<br>Time:     9:00 a.m.<br>Location: Courtroom 3<br>          Honorable Jeremy Fogel |

-2-

1   The Court, having read and considered the request of counsel for defendant
2   Moody's Corporation, to appear telephonically at the hearing scheduled for July 11, 2008, at
3   9:00 a.m. in Courtroom 3 of the above-entitled Court, hereby _____ grants/_____ ~~denies~~
4   permission for counsel to appear telephonically.
5   DATED: July 10 , 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Joshua M. Rubins, *Admitted Pro Hac Vice*
James J. Coster, *Admitted Pro Hac Vice*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
*jrubins@ssbb.com; jcoster@ssbb.com*