1
2
3                                                    **E-filed 7/10/08**
4
5
6
7                            NOT FOR CITATION
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11

12   MICHAEL BLOMQUIST,                  Case Number C 07-04108 JF

13                      Plaintiff,       ORDER[1] GRANTING IN PART AND
                                         DENYING IN PART PLAINTIFF'S
14            v.                         MOTION FOR ADMINISTRATIVE
                                         RELIEF.
15   WASHINGTON MUTUAL, et.al.,
                                         [re: docket no. 116]
16                      Defendant.

17
18

19        Plaintiff Michael Blomquist ("Blomquist") seeks Administrative Relief regarding the

20   hearing on certain Defendants' motions to dismiss scheduled for July 11, 2008 at 9 a.m.  The

21   request will be granted in part and denied in part, as follows:

22   I.       Request to use electronic demonstratives

23        Blomquist seeks to use electronic audio and visual equipment to argue his opposition to

24   Defendants' motions.  Blomquist will be permitted to use demonstratives to the extent that the

25   Court deems the arguments contained therein to be relevant to the issues raised by the motions.

26

27   _____

28        [1] This disposition is not designated for publication in the official reports.

Case No. C 07-04108
ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
(JFEX3)

1  II.      Request to record the July 11, 2008 hearing

2          Blomquist requests a video or audio recording of the July 11, 2008 hearing.  Because the

3  Court provides a verbatim transcript of every proceeding in open court, 28 U.S.C. § 753(b);

4  *United States v. Piascik*, 559 F.2d 545, 547-48 (9th Cir. 1977), such relief is unnecessary.

5

6

7  DATED: July 10, 2008.

8

9

10

11  _____

12  JEREMY FOGEL
   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    This Order has been served upon the following persons:

2    Micahel Blomquist      michaelblomquist@yahoo.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3