| | |
|---|---|
| 1  Charles G. Miller, State Bar No. 39272<br>   BARTKO, ZANKEL, TARRANT & MILLER<br>2  A Professional Corporation<br>   900 Front Street, Suite 300<br>3  San Francisco, California  94111<br>   Telephone: (415) 956-1900<br>4  Facsimile: (415) 956-1152 | **E-filed 7/11/08** |

5  Attorneys for Defendant
   MOODYS CORPORATION

6

   Additional Counsel Names Listed on Signature Page

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11  MICHAEL BLOMQUIST,                        )   No. C-07-04108 JF/HRL
                                              )
12      Plaintiff,                            )
                                              )   [PROPOSED] ORDER RE
13      v.                                    )   APPLICATION OF DEFENDANT
                                              )   MOODY'S CORPORATION [OUT-
14  WASHINGTON MUTUAL, a Washington           )   OF-STATE COUNSEL] TO APPEAR
    corporation; KERRY K. KILLINGER; JOSEPH   )   TELEPHONICALLY AT JULY 11,
15  W. SAUNDERS; COUNTRYWIDE HOME             )   2008 MOTION HEARING
    LOANS, INC., a Delaware corporation;      )
16  ANGELO MOZILLO; WACHOVIA                  )   Date:     July 11, 2008
    CORPORATION, a North Carolina corporation;)   Time:     9:00 a.m.
17  KEN THOMPSON; CITIGROUP, a Delaware       )   Location: Courtroom 3
    corporation; SANFORD WEILL; CHARLES       )             Honorable Jeremy Fogel
18  PRINCE; GOLDMAN SACHS GROUP, INC., a)
    Delaware corporation; HENRY PAULSON;      )
19  BEAR STERNS COMPANIES, INC., a            )
    Delaware corporation; JAMES CAYNE; THE    )
20  MCGRAW HILL COMPANY, INC., a              )
    Delaware corporation; HAROLD MCGRAW III;)
21  WELLS FARGO & COMPANY, a Delaware         )
    corporation; PATRICIA R. CALLAHAN;        )
22  HERBERT M. SANDLER; ROCK HOLDINGS,)
    INC., a Delaware corporation; EXPERIAN    )
23  CORPORATION, a Delaware corporation;      )
    FIMALAC, INC., a Delaware corporation;    )
24  MOODY'S CORPORATION, a Delaware           )
    corporation; JAMES E. GILLERAN; JOHN M.   )
25  REICH; JOHN D. HAWKE, JR.; JOHN C.        )
    DUGAN; SUSAN SCHMIDT BIES; DONALD         )
26  E. POWELL; SHEILA C. BAIR;                )
                                              )
27      _____Defendants._____)

28

1  The Court, having read and considered the request of out-of-state counsel for
2  defendant Moody's Corporation, to appear telephonically at the hearing scheduled for July 11,
3  2008, at 9:00 a.m. in Courtroom 3 of the above-entitled Court, hereby _____ grants/_____ ~~denies~~
4  permission for counsel to appear telephonically.

5  DATED: July 11, 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Joshua M. Rubins, *Admitted Pro Hac Vice*
James J. Coster, *Admitted Pro Hac Vice*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY  10169
Telephone:  (212) 818-9200
Facsimile:  (212) 818-9606
*jrubins@ssbb.com; jcoster@ssbb.com*

-2-
[PROPOSED] ORDER GRANTING APPEARANCE TELEPHONICALLY AT
JULY 11, 2008 MOTION HEARING -- Case No.: C-07-04108 JF/HRL