# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 11, 2008
**Case Number:** CV-07-4108-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**           MICHAEL BLOMQUIST  V. WASHINGTON MUTUAL, ET AL

             **PLAINTIFF**                                      **DEFENDANT**

**Attorneys Present:** Michael Blomquist, Pro se    **Attorneys Present:** Sam Dawood for Washington Mutual, Killinger and Saunders, Lloyd Winawer and Sabrina Rose-Smith for Countrywide and Mozillo, Christopher Carr for Wachovia, Citigroup and Sandler, Peter Boutin for Citygroup, Weill and Prince, Elizabeth Frohlich for Goldman, Regina McClendon and Erik Kemp for Bear Sterns, Cayne, Wells Fargo, and Callahan, Daniel Bergeson and Melinda Morton for McGraw Hill and McGraw, John Warner for Experian, Joshua Rubins and Charles Miller for Moodys and Stephen Taylor for Fimalac

**PROCEEDINGS:**

Hearing on Motions to Dismiss held.  Parties are present.  The motions are taken under submission.