1  PETER R. BOUTIN, CASB No. 65261
   peter.boutin@kyl.com
2  CHRISTOPHER A. STECHER, CASB No. 215329
   christopher.stecher@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California 94133
5  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Defendant
7  CITIGROUP INC. (sued and served herein as Citigroup), SANFORD WEILL and CHARLES
   PRINCE
8

9           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10                SAN JOSE DIVISION

11 | MICHAEL BLOMQUIST,                              ) Case No. C07-04108 JF/HRL
12 |                                                 )
   |                          Plaintiff,             )
13 |                                                 ) DEFENDANTS CITIGROUP INC.,
   |   vs.                                           ) SANFORD WEILL AND CHARLES
14 |                                                 ) PRINCE'S RESPONSE TO
   | WASHINGTON MUTUAL, a Washington                 ) PLAINTIFF'S "BRIEF IN RESPONSE
15 | corporation; KERRY K. KILLINGER; JOSEPH W.      ) TO JULY 11, 2008 HEARING"
   | SAUNDERS; COUNTRYWIDE HOME LOANS,               )
16 | INC., a Delaware corporation; ANGELO MOZILLO;   ) Date:   July 11, 2008
   | WACHOVIA CORPORATION, a North Carolina          ) Time:   9:00 a.m.
17 | corporation; KEN THOMPSON; CITIGROUP, a         ) Place:  Courtroom 3 (Hon. Jeremy
   | Delaware corporation; SANFORD WEILL;            )         Fogel)
18 | CHARLES PRINCE; GOLDMAN SACHS GROUP             )
   | INC., a Delaware corporation; HENRY PAULSON;    )
19 | BEAR STEARNS COMPANIES, INC., a Delaware        )
   | corporation; JAMES CAYNE; THE MCGRAW            )
20 | HILL COMPANY, INC, a Delaware corporation;      )
   | HAROLD MCGRAW III; WELLS FARGO &                )
21 | COMPANY, a Delaware corporation; PATRICIA R.    )
   | CALLAHAN; HERBERT M. SANDLER; ROCK              )
22 | HOLDINGS, INC., a Delaware corporation;         )
   | EXPERIAN CORPORATION, a Delaware                )
23 | corporation; FIMALAC, INC., a Delaware          )
   | corporation; MOODYS CORPORATION, a              )
24 | Delaware corporation; JAMES E. GILLERAN;        )
   | JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C.      )
25 | DUGAN; SUSAN SCHMIDT BIES; DONALD E.            )
   | POWELL; SHEILA C. BAIR,                         )
26 |                                                 )
   |                          Defendants.            )
27 |_____)

28

     Defendants CITIGROUP INC. ("Citigroup"), SANFORD WEILL and CHARLES PRINCE (collectively referred to as the "Citi Defendants") hereby submit this Response to Plaintiff MICHAEL BLOMQUIST's ("Plaintiff" or "Mr. Blomquist") "Brief in Response to July 11, 2008 Hearing."

     Plaintiff's post-hearing brief underscores his lack of standing to sue the Citi Defendants. Plaintiff's only references to the Citi Defendants in his delinquent brief have no bearing on the standing issue. Rather, they are a rehash of his general and vague complaints about: (1) his decision to close his mortgage business instead of participating in alleged unlawful activity, and (2) losses on unspecified investments resulting from: a Providian transaction or transactions, as to which Plaintiff identifies no facts that could support a claim against the Citi Defendants. Nor does Plaintiff identify facts which would provide even a scintilla of hope of being able to support such claims through further amendment. Accordingly, Plaintiff's claims should be dismissed without leave to amend and with prejudice. Bell v. City of Kellogg, 922 F.2d 1418, 1423-25 (9th Cir. 1991) (dismissal without leave to amend for lack of standing); Chavez v. Blue Sky Natural Beverage Co., 503 F.Supp.2d 1370, 1373-75 (N.D. Cal. 2007) (dismissal with prejudice for lack of standing).

     The Citi Defendants respectfully renew their request that this Court: (1) grant their Motion to Dismiss the Complaint without leave to amend, and (2) enter an Order dismissing this lawsuit in its entirety with prejudice.

DATED: July 16, 2008

/s/ Peter R. Boutin
_____
PETER R. BOUTIN
peter.boutin@kyl.com
CHRISTOPHER A. STECHER
christopher.stecher@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
(415) 398-6000

Attorneys for Defendants
CITIGROUP INC., SANFORD WEILL and CHARLES PRINCE