MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
E-mail: jmckeon@morganlewis.com
ELIZABETH A. FROHLICH, State Bar No. 195454
E-mail: efrohlich@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>  Plaintiff,<br><br>  vs.<br><br>WASHINGTON MUTUAL, et al.,<br><br>  Defendants. | Case No. C07-04108 JF/HRL<br><br>**DEFENDANT GOLDMAN SACHS GROUP, INC.'S RESPONSE TO PLAINTIFF'S "BRIEF IN RESPONSE TO JULY 11, 2008 HEARING"** |

Plaintiff's "Brief in Response to July 11, 2008 Hearing" underscores his lack of standing to sue Goldman Sachs. Plaintiff's only reference to Goldman Sachs in his new brief has no bearing on the standing issue. Rather, it is a rehash of his general complaint about losses on unspecified investments resulting from a Providian transaction, as to which Plaintiff has not identified any facts that could support a claim against Goldman Sachs, or any hope of doing so through further amendment. Plaintiff's claims should be dismissed without leave to amend and with prejudice. *Bell v. City of Kellogg*, 922 F.2d 1418, 1423-25 (9th Cir. 1991) (dismissal without leave to amend for lack of standing); *Chavez v. Blue Sky Natural Beverage Co.*, 503 F. Supp. 2d 1370, 1373-75 (N.D. Cal. 2007) (dismissal with prejudice for lack of standing).

Dated: July 16, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____/s/_____
Elizabeth A. Frohlich
Attorneys for Defendant
GOLDMAN SACHS GROUP, INC.

DB2/20760498.6

RESPONSE TO PLAINTIFF'S POST-HEARING BRIEF (C07-04108 JF/HRL)

# CERTIFICATE OF SERVICE

I, the undersigned declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Morgan Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105.

On the date below I served a copy of the following document(s):

**DEFENDANT GOLDMAN SACHS GROUP, INC.'S RESPONSE TO PLAINTIFF'S "BRIEF IN RESPONSE TO JULY 11, 2008 HEARING"**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| Michael Scott Blomquist | Jonathan Alan Patchen |
| Michael Scott-Alan Blomquist | Sabrina M. Rose-Smith |
| Peter R. Boutin | Stephen Michael Rummage |
| Christopher Alan Carr | Michael William Stebbins |
| Sam N. Dawood | Christopher A. Stecher |
| Martin L. Fineman | John B. Sullivan |
| Thomas M. Hefferon | Stephen E. Taylor |
| Erik Wayne Kemp | Ryan Jude Thompson |
| Regina Jill McClendon | John Raymond Warner |
| Charles G. Miller | Lloyd Winawer |
| Melinda Mae Morton | |

**Served by Mail:**

| | |
|---|---|
| James J. Coster | Joshua M. Rubins |
| Satterlee Stephens Burke & Burke LLP | Satterlee Stephens Burke & Burke LLP |
| 230 Park Avenue | 230 Park Avenue |
| New York, NY 10169-0079 | New York, NY 10169-007 |

☒ **BY MAIL** — By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on July 16, 2008.

*/s/ Joanie Owyang*
Joanie Owyang

DB2/20766464.1