```
 1  PETER R. BOUTIN, CASB No. 65261
    peter.boutin@kyl.com
 2  CHRISTOPHER A. STECHER, CASB No. 215329
    christopher.stecher@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California  94111
 5  Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
 6
    Attorneys for Defendants
 7  CITIGROUP INC. (sued and served herein as Citigroup), SANFORD WEILL and CHARLES
    PRINCE
 8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST, | Case No. C07-04108 JF/HRL |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC, a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, as of July 11, 2008, the attorneys for Defendants CITIGROUP INC.; SANFORD WEILL and CHARLES PRINCE have changed their address for service of notices and documents in the above-captioned action.

Our telephone and fax numbers remain the same. The new address as of July 11, 2008 is as follows:

> Peter R. Boutin, Esq.
> Christopher A. Stecher, Esq.
> KEESAL, YOUNG & LOGAN
> 450 Pacific Avenue
> San Francisco, CA 94133

All notices and documents regarding the action should be sent to the above address.

DATED: July 11, 2008

/s/ Christopher A. Stecher
_____
PETER R. BOUTIN
peter.boutin@kyl.com
CHRISTOPHER A. STECHER
christopher.stecher@kyl.com
KEESAL, YOUNG & LOGAN
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
(415) 398-6000

Attorneys for Defendants
CITIGROUP INC.; SANFORD WEILL; and CHARLES PRINCE

| | |
|---|---|
| 1 | |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

On the date indicated below, I served the foregoing documents described as **NOTICE OF CHANGE OF ADDRESS** on the parties in this action addressed as follows:

### Served Electronically via Court's CM/ECF System:

Michael Scott Blomquist
Michael Scott-Alan Blomquist
Sam N. Dawood
Martin L. Fineman
Elizabeth Allen Frohlich
Thomas M. Hefferon
Regina Jill McClendon
Peter R. Boutin
Christopher A. Stecher

Charles G. Miller
Melinda Mae Morton
Jonathan Alan Patchen
Sabrina M. Rose-Smith
Stephen Michael Rummage
Christopher Alan Carr
John B. Sullivan
Ryan Jude Thompson
John Raymond Warner

### Served by Mail:

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

Joshua M. Rubins
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

☒ BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on July 17, 2008 in San Francisco, California.

_/s/ Menchie Garcia_
Menchie Garcia