UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL, et al.,<br><br>　　　　　Defendants. | Case No. C 07-04108 JF/HRL<br><br>[PROPOSED] FINAL JUDGMENT IN FAVOR OF NON-LENDER DEFENDANTS<br><br>[FED. R. CIV. PROC. 54(B)] |

Pursuant to the Court's Order Granting Defendants' Motions to Dismiss dated July 23, 2008, and there being no just reason for delay, the Clerk is hereby directed to enter Judgment in favor of Defendants Goldman Sachs Group, Inc., Henry Paulson, The McGraw-Hill Companies, Inc., Harold McGraw III, Experian Holdings, Inc. (sued as Experian Corp.), Fitch Group, Inc. (sued and served herein as Fimalac, Inc.), and Moodys Corp.; and against Plaintiff; forthwith and without further notice.

Dated: July 25, 2008

　　　　　　　　　　　　　　　　　HON. JEREMY FOGEL
　　　　　　　　　　　　　　　　　United States District Court Judge

Respectfully submitted by:

MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
Email: jmckeon@morganlewis.com
ELIZABETH A. FROHLICH, State Bar No. 195454
Email: efrohlich@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Attorneys for Defendant
GOLDMAN SACHS GROUP, INC.

BARTKO, ZANKEL, TARRANT & MILLER
CHARLES G. MILLER, State Bar No. 39272
900 Front Street
Suite 300
San Francisco, CA 94111
Tel: 415.956.1900
Fax: 415.956.1152
Attorneys for Defendant
MOODY'S CORPORATION

KAYE SCHOLER LLP
J. RAYMOND WARNER, State Bar No. 207892
Email: rwarner@kayescholer.com
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Tel: 310.788.1266
Fax: 310.229.1966
Attorneys for Defendant
EXPERIAN HOLDINGS, INC.

BERGESON, LLP
MINDY M. MORTON, State Bar No. 209373
Email: mmorton@be-law.com
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Tel: 408 291-6203
Fax: 408 297-6000
Attorneys for Defendants
THE McGRAW-HILL COMPANIES, INC. and
HAROLD W. McGRAW III

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | TAYLOR & COMPANY LAW OFFICES, LLP |
|   | STEPHEN E. TAYLOR, State Bar No. 58452 |
| 2 | Email: staylor@tcolaw.com |
|   | JONATHAN A. PATCHEN, State Bar No. 237346 |
| 3 | Email: jpatchen@tcolaw.com |
|   | STEPHEN McG. BUNDY, State Bar No. 253017 |
| 4 | Email: sbundy@tcolaw.com |
|   | One Ferry Building, Suite 355 |
| 5 | San Francisco, CA 94111 |
|   | Tel:  415.788.8200 |
| 6 | Fax:  415.788.8208 |
|   | Attorneys for Defendant |
| 7 | FITCH GROUP INC. |
|   | (sued and served herein as Fimalac, Inc.) |

DB2/20778213.4                    -3-                    CASE NO. C 07-04108
FINAL JUDGMENT IN FAVOR OF
NON-LENDER DEFS.

# CERTIFICATE OF SERVICE

I, the undersigned declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Morgan Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105.

On the date below I served a copy of the following document(s):

**[PROPOSED] FINAL JUDGMENT IN FAVOR OF NON-LENDER DEFENDANTS**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| Michael Scott Blomquist | Jonathan Alan Patchen |
| Michael Scott-Alan Blomquist | Sabrina M. Rose-Smith |
| Peter R. Boutin | Stephen Michael Rummage |
| Christopher Alan Carr | Michael William Stebbins |
| Sam N. Dawood | Christopher A. Stecher |
| Martin L. Fineman | John B. Sullivan |
| Thomas M. Hefferon | Stephen E. Taylor |
| Erik Wayne Kemp | Ryan Jude Thompson |
| Regina Jill McClendon | John Raymond Warner |
| Charles G. Miller | Lloyd Winawer |
| Melinda Mae Morton | |

**Served by Mail:**

| | |
|---|---|
| James J. Coster | Joshua M. Rubins |
| Satterlee Stephens Burke & Burke LLP | Satterlee Stephens Burke & Burke LLP |
| 230 Park Avenue | 230 Park Avenue |
| New York, NY 10169-0079 | New York, NY 10169-007 |

☒ **BY MAIL** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on July 24, 2008.

_/s/ Joanie Owyang_
Joanie Owyang

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20766464.1