**E-filed 8/11/08**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL, et.al.,<br><br>　　　　　Defendant. | Case Number C 07-04108 JF<br><br>ORDER[1] DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION.<br><br>[re: docket no. 137] |

　　　　Plaintiff Michael Blomquist ("Blomquist") seeks leave to file a motion for reconsideration of the Court's July 23, 2008 order. Having carefully considered Blomquist's papers, the Court concludes that there is no basis for reconsideration of this order. Blomquist's argument that the non-Lender Defendants were complicit in the Lender Defendant's alleged misconduct has been considered and rejected. Blomquist still has not claimed that he is able to allege that any non-Lender Defendant harmed him individually.

　　　　Additionally, in support of his securities fraud claim, Blomquist asserts for the first time that

---

[1] This disposition is not designated for publication in the official reports.

1  he purchased "put/leaps involving Providian Financial," Pl.'s Mot. for Leave to File Mot. for
2  Reconsideration 7, but this assertion is unavailing for two reasons.  First, even after this statement,
3  it remains unclear that Blomquist purchased any Defendant's securities, as is required for him to
4  have standing to sue for securities fraud.  Second, because this evidence was available to Blomquist
5  previously and was not raised until now, it cannot form the basis of a motion for reconsideration
6  under FED. R. CIV. P. 59(e).  *See 389 Orange Street Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir.
7  1999); *Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).
8      Good cause therefor appearing, IT IS HEREBY ORDERED that Plaintiff's request for leave
9  to file a motion for reconsideration of the Court's July 23, 2008 order is DENIED.

11  DATED: August 11, 2008.

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Micahel Blomquist     michaelblomquist@yahoo.com

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Case No. C 07-04108
ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION
(JFEX3)