**E-Filed 8/11/2008**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>                      Plaintiff,<br><br>     v.<br><br>WASHINGTON MUTUAL, et.al.,<br><br>                      Defendants. | Case Number C 07-04108 JF<br><br>ORDER[1] SETTING DATE FOR<br>SECOND AMENDED COMPLAINT. |

On July 23, 2008, the Court granted Plaintiff leave to amend his complaint as to the claims against Lender Defendants other than securities fraud.  The amended complaint must be filed by August 29, 2008.

**I.ORDER**

IT IS SO ORDERED.

DATED: August 11, 2008.

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

1  This Order has been served upon the following persons:

2  Micahel Blomquist        michaelblomquist@yahoo.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2