Michael Blomquist
18234 Daves Avenue
Los Gatos, CA 95030
(408)399-0590
(408)399-0590 (FAX)
michaelsblomquist@gmail.com
Plaintiff
Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Michael Blomquist )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WASHINGTON MUTUAL, et. al., )<br>)<br>)<br>Defendants, ) | Case No.: C07-04108-JF<br><br>**PLAINTIFF'S EX PARTE APPLICATION AND DECLARATION FOR EXTENSION OF TIME TO FILE APPEAL; ORDER ON EX PARTE APPLICATION AND DECLARATION FOR EXTENSION OF TIME TO FILE APPEAL** |

**PLAINTIFF'S EX PARTE APPLICATION AND DECLARATION FOR**
**EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

MICHAEL BLOMQUIST, applies ex parte for an extension of time to file an appeal from the Final Judgment In Favor of Non-Lender Defendants, which was entered on July 25, 2008.  Pursuant to Federal Rules of Civil Procedure, Rule 54 (b) in the above-entitled action and pursuant to Federal Rules of Appellate Procedure, Rule 4(a) the last day to file the Notice of Appeal is August 24, 2008; which carries over to Monday August 25, 2008.

Plaintiff requests additional time to file an appeal as Plaintiff has been granted leave to amend his Complaint which must filed by August 29, 2008.  Plaintiff's and Defendants' determination of claims and resulting damages that will be pled in his

**EX PARTE APPLICATION AND DECLARATION FOR EXTENSION OF TIME**
**TO FILE APPEAL**

amended complaint may impact his decision to file his appeal.  Thus, additional time is requested to file his appeal after the filing of his amended complaint.

IT IS HEREBY REQUESTED for good cause that the time for filing the Appeal in the above-entitled case be extended to September 23, 2008, which provides more than 20 days for Defendants to respond.

I represent that the extension sought herein is within the jurisdiction of the District Court pursuant to the Federal Rules of Appellate Procedure. I have notified opposing counsel pursuant to Federal Rule of Civil Procedure 5 as to the filing of this application. Opposing counsel has not responded or indicated that they would object to the granting of this application.  Granting of this extension would guarantee the most efficient use of this court's time and resources.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief and that I am competent to testify thereto.

Dated: August 21, 2008                            by:*/s/ Michael Blomquist*
                                                  Michael Blomquist
                                                  Plaintiff Pro se

**EX PARTE APPLICATION AND DECLARATION FOR EXTENSION OF TIME TO FILE APPEAL**
**Case No. C 07-04108 JF**

**2**