Michael Blomquist                          **E-Filed 8/  /2008**
18234 Daves Avenue
Los Gatos, CA 95030
(408)399-0590
(408)399-0590 (FAX)
michaelsblomquist@gmail.com
Plaintiff
Pro Se

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Michael Blomquist | ) Case No.: C07-04108-JF |
| | ) |
| | ) **PROPOSED ORDER GRANTING** |
| Plaintiff, | ) **PLAINTIFF'S EX PARTE APPLICATION** |
| | ) **AND DECLARATION FOR EXTENSION** |
| vs. | ) **OF TIME TO FILE APPEAL** |
| | ) |
| WASHINGTON MUTUAL, et. al., | ) |
| | ) |
| Defendants, | ) |

---

**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION AND**
**DECLARATION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

The Court, having read and considered Plaintiff's Application and Declaration for

Extension of Time to File Appeal, hereby ORDERS Plaintiff's extension of time to file

notice of appeal.

### I.ORDER

IT IS SO ORDERED.

DATED: August 11, 2008.

_____
JEREMY FOGEL
United States District Judge

1.This disposition is not designated for publication in the official reports.

Case No. C 07-04108 JF
ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION TO FILE AN
APPEAL

**1**