UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 26, 2008

**CASE INFORMATION:**
Short Case Title:  MICHAEL BLOMQUIST -v- WASHINGTON MUTUAL, ET AL
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Jose; Jeremy Fogel
Criminal and/or Civil Case No.:  CV 07-04108 JF
Date Complaint/Indictment/Petition Filed: 8/9/2007
Date Appealed order/judgment *entered* 7/23/2008
Date NOA *filed* 8/25/2008
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)      ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Summer Clanton 408-288-6150

---

*Magistrate Judge's Order?  If so, please attach.*

---

**FEE INFORMATION**
Date Docket Fee Paid: 8/25/2008                    Date Docket Fee Billed:
Date FP granted:                        Date FP denied:
Is FP pending? ☐ yes  ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

---

*Please attach copy of any order granting, denying or revoking FP.*

---

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Michael S. Blomquist          Appellee Counsel: Martin L. Fineman
18234 Daves Avenuen                              David Weight Tremaine LLP
Los Gatos, CA 95030                               505 Montgomery Street, Suite 800
408-399-0590                                      San Francisco, CA 94111
                                                  415-276-6500

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

---

**DEFENDANT INFORMATION**
Prisoner ID:                        Address:
Custody:
Bail:

---

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

---

Name & Phone Number of Person Completing this Form: Gordana Macic
                                    408-535-5382