Rhonda R. Trotter, Bar Number 169241
Julian Brew, Bar Number 150615
Theodore W. Maya, Bar Number 223242
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200
Email address: rtrotter@kayescholer.com
              jbrew@kayescholer.com
              tmaya@kayescholer.com

Attorneys for Defendant EXPERIAN HOLDINGS, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL BLOMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR,<br><br>Defendants. | **CASE NO. C07-04108 JF**<br><br>**DEFENDANT EXPERIAN HOLDINGS, INC.'S, NOTICE OF CHANGE OF ATTORNEY INFORMATION**<br><br>Hon. Jeremy Fogel |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that J. Raymond Warner no longer is with Kaye Scholer LLP, counsel of record for Defendant Experian Holdings, Inc. In his place, Theodore W. Maya, at Kaye Scholer LLP, should be noticed as counsel of record for Defendant Experian Holdings, Inc.

Respectfully Submitted,

DATED: August 29, 2008                KAYE SCHOLER LLP

By: _____//S//_____
Theodore W. Maya
Attorneys for Defendant
EXPERIAN HOLDINGS, INC.