1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 | MICHAEL BLOMQUIST, | ) Case No. C07-04108 JF/HRL |
| 11 | Plaintiff, | ) |
| 12 | vs. | ) [PROPOSED] ORDER GRANTING ) DISMISSAL WITH PREJUDICE ) AND [PROPOSED] JUDGMENT |
| 13 | WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; | ) THEREON ) |
| 14 | JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware | ) ) |
| 15 | corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North | ) ) |
| 16 | Carolina corporation; KEN THOMPSON; CITIGROUP, a Delaware corporation; | ) ) |
| 17 | SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP INC., a | ) ) |
| 18 | Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a | ) ) |
| 19 | Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC, a | ) ) |
| 20 | Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a | ) ) |
| 21 | Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; | ) ) |
| 22 | ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a | ) ) |
| 23 | Delaware corporation; FIMALAC, INC., a Delaware corporation; MOODYS | ) ) |
| 24 | CORPORATION, a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; | ) ) |
| 25 | JOHN D. HAWKE, JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. | ) ) |
| 26 | POWELL; SHEILA C. BAIR, Defendants. | ) ) |
| 27 | | |
| 28 | | |

On July 11, 2008, this Court presided over a hearing regarding the Motions to Dismiss filed by each of the Defendants in this matter. Plaintiff in *pro se* MICHAEL BLOMQUIST ("Plaintiff") appeared on his own behalf and argued against Defendants' Motions. At the conclusion of the hearing, the Court took the Motions under submission.

On July 23, 2008, the Court issued an Order Granting Defendants' various Motions. (Document No. 134.) In its Order, the Court granted Plaintiff leave to amend with respect to certain Defendants (the "Lender Defendants" as defined in the Court's Order at p.4:1-5) and certain Causes of Action.

Plaintiff was not granted leave to file an amended complaint as to the remaining defendants, referred to by the Court as the "Non-Lender Defendants." On July 25, 2008, the Court entered Judgment in favor of those Defendants. (Document No. 136.)

On August 1, 2008, the Court entered an Order clarifying that Plaintiff's amended complaint against the "Lender Defendants" must be filed by August 29, 2008. (Document No. 139.)

Plaintiff did not file an amended complaint by the Court-imposed deadline. As a result of Plaintiff's failure to timely file an amended complaint, he no longer has leave to amend. See Yourish v. California Amplifier Co., 191 F.3d 983, 986-988 (9th Cir. 1999) (Plaintiffs' noncompliance with minute order regarding timely amendment of complaint granted the trial judge discretion to dismiss the case).

For each of the foregoing reasons and good cause appearing therefor, the Court hereby Orders that this lawsuit is dismissed in its entirety and with prejudice as to the "Lender Defendants."

There being no just reason for delay, the Clerk is hereby directed to enter Judgment in favor of the "Lender Defendants" and against Plaintiff; forthwith and without further notice.

DATED: _____, 2008   _____
                                  THE HONORABLE JEREMY FOGEL
                                  UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | Respectfully submitted by: |
| 2 | PETER R. BOUTIN, CASB No. 65261<br>peter.boutin@kyl.com |
| 3 | CHRISTOPHER A. STECHER, CASB No. 215329<br>christopher.stecher@kyl.com |
| 4 | KEESAL, YOUNG & LOGAN<br>A Professional Corporation |
| 5 | Four Embarcadero Center, Suite 1500<br>San Francisco, California 94111 |
| 6 | Telephone:  (415) 398-6000<br>Facsimile:   (415) 981-0136 |
| 7 | |
| 8 | Attorneys for Defendant<br>CITIGROUP INC. (sued and served herein as<br>Citigroup), SANFORD WEILL and CHARLES |
| 9 | PRINCE |
| 10 | |
| ... | |
| 28 | |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF

    I am employed in the County of, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

    On the date indicated below, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE AND [PROPOSED] JUDGMENT THEREON**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| James J. Coster<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169 | Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169 |

    ☒    BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

    ☐    I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    ☒    I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

    ☐    BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    ☐    BY FACSIMILE: Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the above-named persons at the fax numbers exhibited therewith. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐   BY PERSONAL SERVICE: I personally delivered the documents to the above-named persons at the addresses exhibited therewith. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐   E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the above-named persons at the e-mail addresses exhibited therewith. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on September 3, 2008 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
LARA JOEL