RECEIVED

SEP 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

August 26, 2008

**CASE INFORMATION:**
Short Case Title: MICHAEL BLOMQUIST -v- WASHINGTON MUTUAL, ET AL
Court of Appeals No. (leave blank if a unassigned     08-16910
U.S. District Court, Division & Judge Name: San Jose; Jeremy Fogel
Criminal and/or Civil Case No.: CV 07-04108 JF
Date Complaint/Indictment/Petition Filed: 8/9/2007
Date Appealed order/judgment *entered* 7/23/2008
Date NOA *filed* 8/25/2008
Date(s) of Indictment   Plea   Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Summer Clanton 408-288-6150

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 8/25/2008           Date Docket Fee Billed:
Date FP granted:                           Date FP denied:
Is FP pending? ☐ yes ☐ no                  Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Michael S. Blomquist        Appellee Counsel: Martin L. Fineman
18234 Daves Avenuen                             David Weight Tremaine LLP
Los Gatos, CA 95030                             505 Montgomery Street, Suite 800
408-399-0590                                    San Francisco, CA 94111
                                                415-276-6500

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Gordana Macic
408-535-5382