UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SCOTT BLOMQUIST, DBA Michael Scott Properties, Inc.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>WASHINGTON MUTUAL, a Washington corporation; KERRY KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC. a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION; KEN THOMPSON, CEO of Wachovia; SANFORD WEILL CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STEARNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY INC., a Delware corporation; HAROLD MCGRAW, III; WELLS FARGO AND COMPANY, a Delaware corporation; PATRICIA CALLAHAN HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION, a Delaware corporation JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE, Jr.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD C. POWELL; SHEILA C. BAIR; MOODYS CORPORATION; MICHAEL B. MUKASEY, Attorney General; FIMALAC; CITYGROUP, INC., | No. 08-16910<br>D.C. No. 5:07-cv-04108-JF<br>Northern District of California, San Jose<br><br>**TIME SCHEDULE ORDER** |

Defendants - Appellees.

The parties shall meet the following time schedule:

| | |
|---|---|
| **Thu., September 4, 2008** | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| **Mon., September 15, 2008** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **Wed., September 24, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Fri., October 24, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| **Wed., December 10, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Fri., January 9, 2009** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral**

argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


Gerald Rosen
Deputy Clerk