**E-Filed 9/10/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>　　　　Defendants. | Case Number C 07-04108 JF (HRL)<br><br>ORDER[1] RE EX PARTE APPLICATION FOR EXTENSION OF TIME TO APPEAL AND DIRECTING LENDER DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>[re: doc. no. 140] |

On July 23, 2008, the Court granted a motion to dismiss Plaintiff's First Amended Complaint (the "Dismissal Order"). The Dismissal Order granted Plaintiff, who is proceeding *pro se*, leave to file a Second Amended Complaint naming only the Lender Defendants; leave to amend was denied as to the Non-Lender Defendants. Accordingly, on July 25, 2008 the Court entered a final judgment in favor of the Non-Lender Defendants (the "Non-Lender Judgment").

On August 21, 2008, Plaintiff filed an *ex parte* application for an extension of time to file a notice of appeal with respect to the Non-Lender Judgment. Plaintiff then proceeded to file his

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-04108 JF (HRL)
ORDER RE EX PARTE APPLICATION FOR EXTENSION OF TIME TO APPEAL ETC.
(JFLC1)

notice of appeal before the Court could review the application for an extension of time. Plaintiff's request for an extension of time thus is moot and will not be considered by the Court. In addition, the Non-Lender Judgment operates as a final judgment against the Non-Lender Defendants and has been certified as ripe for appeal pursuant to Fed. R. Civ. P. 54(b) as the Court has determined expressly that there is no just reason for delay.

Plaintiff filed his Second Amended Complaint on September 4, 2008. In the Dismissal Order, the Court instructed Plaintiff to file his Second Amended Complaint on or before August 29, 2008, and to omit any claims against the Non-Lender Defendants as well as any claims for securities fraud. In contravention of these instructions, Plaintiff's Second Amended Complaint appears both to contain claims against the Non-Lender Defendants and to allege securities fraud. Accordingly, in responding to the Second Amended Complaint, the Lender Defendants need respond only to the claims expressly permitted by the Dismissal Order. The Court will defer consideration of the Lender Defendants' request to strike the Second Amended Complaint in its entirety on the ground that it was untimely filed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application for an extension of time with which to file a notice of appeal is DISMISSED AS MOOT. The Lender Defendants shall file a response to Plaintiff's Second Amended Complaint within twenty (20) days of the date of this order.

DATED: September 10, 2008

_____
JEREMY FOGEL
United States District Court

1  This Order has been served upon the following persons:

2  Charles G. Miller     cmiller@bztm.com, jcoster@ssbb.com, jrubins@ssbb.com, pbrown@bztm.com

3

4  Christopher A. Stecher     christopher.stecher@kyl.com, menchie.garcia@kyl.com

5  Christopher Alan Carr     ccarr@afrct.com, ccarr@afrct.com

6  Elizabeth Allen Frohlich     efrohlich@morganlewis.com, jowyang@morganlewis.com

7  Erik Wayne Kemp     ek@severson.com, ek@severson.com, ano@severson.com

8  John B. Sullivan     jbs@severson.com

9  Jonathan Alan Patchen     jpatchen@tcolaw.com, abradley@tcolaw.com, cdunbar@tcolaw.com, hcaughron@tcolaw.com, sbundy@tcolaw.com

10 Lloyd Winawer     lwinawer@goodwinprocter.com, cburgos@goodwinprocter.com, monyeagbako@goodwinprocter.com, sasmith@goodwinprocter.com

11

12 Martin L. Fineman     martinfineman@dwt.com, edithshertz@dwt.com

13 Melinda Mae Morton     mmorton@be-law.com, gsimmons@be-law.com, troy@cahill.com

14 Michael Scott Blomquist     michaelsblomquist@gmail.com

15 Michael Scott-Alan Blomquist     michaelsblomquist@gmail.com

16 Michael William Stebbins     mstebbins@be-law.com, vross@be-law.com

17 Peter R. Boutin     peter.boutin@kyl.com

18 Regina Jill McClendon , Esq     rjm@severson.com, ksb@severson.com

19 Ryan Jude Thompson     rthompson@goodwinprocter.com, rnelson@goodwinprocter.com, srosesmith@goodwinprocter.com, thefferon@goodwinprocter.com

20 Sabrina M. Rose-Smith     srosesmith@goodwinprocter.com

21 Sam N. Dawood     samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com

22 Stephen E. Taylor     staylor@tcolaw.com, abradley@tcolaw.com, achung@tcolaw.com, cdunbar@tcolaw.com, hcaughron@tcolaw.com, jgrant@tcolaw.com, jhinesshah@tcolaw.com,

23 jpatchen@tcolaw.com, sbundy@tcolaw.com

24 Stephen Michael Rummage     steverummage@dwt.com, jeannecadley@dwt.com

25 Theodore Walter Maya     tmaya@kayescholer.com

26 Thomas M. Hefferon     thefferon@goodwinprocter.com

27

28

3
Case No. C 07-04108 JF (HRL)
ORDER RE EX PARTE APPLICATION FOR EXTENSION OF TIME TO APPEAL ETC.
(JFLC1)

1  James J. Coster
   Satterlee Stephen Burke & Burke LLP
2  230 Park Avenue
   New York, NY 10169
3
   Joshua M. Rubins
4  Satterlee Stephens Burke & Burke
   230 Park Ave
5  New York, NY 10169-0079

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 07-04108 JF (HRL)
ORDER RE EX PARTE APPLICATION FOR EXTENSION OF TIME TO APPEAL ETC.
(JFLC1)