**E-Filed 9/18/08**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST, et al., | Case Number C 07-04108 JF (HRL) |
| Plaintiffs, | ORDER[1] DENYING MOTION TO SEAL DOCUMENTS AND MISCELLANEOUS INFORMATION |
| v. | |
| WASHINGTON MUTUAL, et al., | [re: doc. no. 18] |
| Defendants. | |

Plaintiff moves to seal documents, specifically his Second Amended Application (the "SAA") to proceed *in forma pauperis*. Plaintiff states that personal information submitted as part of his SAA has no relevance to the merits of his case and could provide Defendants with a strategic advantage. However, Plaintiff has discussed such personal information in other filings, thus sealing the SAA would have limited effect. Furthermore, Plaintiff has not shown that the material to be sealed "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(a).

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-04108 JF (HRL)
ORDER DENYING MOTION TO SEAL DOCUMENTS ETC.
(JFLC1)

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to seal documents,

2 specifically his Second Amended Application to proceed *in forma pauperis*, is DENIED.

DATED: September 18, 2008

_____
JEREMY FOGEL
United States District Court

2

This Order has been served upon the following persons:

Charles G. Miller     cmiller@bztm.com, jcoster@ssbb.com, jrubins@ssbb.com, pbrown@bztm.com

Christopher A. Stecher     christopher.stecher@kyl.com, menchie.garcia@kyl.com

Christopher Alan Carr     ccarr@afrct.com, ccarr@afrct.com

Elizabeth Allen Frohlich     efrohlich@morganlewis.com, jowyang@morganlewis.com

Erik Wayne Kemp     ek@severson.com, ek@severson.com, ano@severson.com

John B. Sullivan     jbs@severson.com

Jonathan Alan Patchen     jpatchen@tcolaw.com, abradley@tcolaw.com, cdunbar@tcolaw.com, hcaughron@tcolaw.com, sbundy@tcolaw.com

Lloyd Winawer     lwinawer@goodwinprocter.com, cburgos@goodwinprocter.com, monyeagbako@goodwinprocter.com, sasmith@goodwinprocter.com

Martin L. Fineman     martinfineman@dwt.com, edithshertz@dwt.com

Melinda Mae Morton     mmorton@be-law.com, gsimmons@be-law.com, troy@cahill.com

Michael Scott Blomquist     michaelsblomquist@gmail.com

Michael Scott-Alan Blomquist     michaelsblomquist@gmail.com

Michael William Stebbins     mstebbins@be-law.com, vross@be-law.com

Peter R. Boutin     peter.boutin@kyl.com

Regina Jill McClendon , Esq     rjm@severson.com, ksb@severson.com

Ryan Jude Thompson     rthompson@goodwinprocter.com, rnelson@goodwinprocter.com, srosesmith@goodwinprocter.com, thefferon@goodwinprocter.com

Sabrina M. Rose-Smith     srosesmith@goodwinprocter.com

Sam N. Dawood     samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com

Stephen E. Taylor     staylor@tcolaw.com, abradley@tcolaw.com, achung@tcolaw.com, cdunbar@tcolaw.com, hcaughron@tcolaw.com, jgrant@tcolaw.com, jhinesshah@tcolaw.com, jpatchen@tcolaw.com, sbundy@tcolaw.com

Stephen Michael Rummage     steverummage@dwt.com, jeannecadley@dwt.com

Theodore Walter Maya     tmaya@kayescholer.com

Thomas M. Hefferon     thefferon@goodwinprocter.com

3

Case No. C 07-04108 JF (HRL)
ORDER DENYING MOTION TO SEAL DOCUMENTS ETC.
(JFLC1)

1  James J. Coster
   Satterlee Stephen Burke & Burke LLP
2  230 Park Avenue
   New York, NY 10169
3
   Joshua M. Rubins
4  Satterlee Stephens Burke & Burke
   230 Park Ave
5  New York, NY 10169-0079

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 07-04108 JF (HRL)
ORDER DENYING MOTION TO SEAL DOCUMENTS ETC.
(JFLC1)