1

2                                                                    **E-Filed 10/1/08**

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11   MICHAEL BLOMQUIST, et al.,              Case Number C 07-04108 JF (HRL)

12                      Plaintiffs,          ORDER[1] RE DISMISSED
                                             NON-LENDER DEFENDANTS'
13         v.                                RESPONSE TO PLAINTIFF'S
                                             SECOND AMENDED COMPLAINT
14   WASHINGTON MUTUAL, et al.,              AND ORDER DENYING EX PARTE
                                             MOTION FOR DEFAULT
15                      Defendants.          JUDGMENT

16                                           [re:  doc. nos. 151 & 156]

17

18

19

20         On July 23, 2008, the Court granted the motion of certain defendants to dismiss

21   Plaintiff's First Amended Complaint (the "Dismissal Order").  The Dismissal Order granted

22   Plaintiff, who is proceeding *pro se*, leave to file a Second Amended Complaint ("SAC") naming

23   only the Lender Defendants; leave to amend was denied as to the Non-Lender Defendants.

24   Accordingly, on July 25, 2008 the Court entered a final judgment (the "Non-Lender Judgment")

25

26   in favor of Non-Lender Defendants Goldman Sachs Group, Inc., Henry Paulson, The McGraw-

27

28         _____

              [1] This disposition is not designated for publication in the official reports.

Hill Companies, Inc., Harold McGraw III, Experian Holdings, Inc. (sued as Experian Corp.),

Fitch Group, Inc. (sued as Fimalac, Inc.), and Moody's Corp.  Plaintiff filed a notice of appeal as

to the Non-Lender Judgment on August 25, 2008.

In the Dismissal Order, the Court instructed Plaintiff not only to omit any claims against

the Non-Lender Defendants but also to omit any claims against the Lender Defendants for

securities fraud.  In contravention of these instructions, the SAC contains claims against the Non-

Lender Defendants and alleges purported claims for securities fraud against the Lender

Defendants.  Accordingly, the Court issued an order on September 10, 2008, instructing the

Lender Defendants to respond only to the claims expressly permitted by the Dismissal Order.

Subsequently, several of the Non-Lender Defendants filed a document with the Court,

apparently seeking to clarify that they need not respond to the SAC because of the prior Non-

Lender Judgment in their favor.  Plaintiff filed a response to this notice, arguing that the SAC

does apply to the Non-Lender Defendants because it contains new allegations involving antitrust,

negligence, and RICO claims based upon previously unpled facts.  *See*, *e.g.*, Pl.'s Mem. Opp.

Mot. Dismiss/Strike at 4, Sept. 26, 2008 (The "facts and issues to support these claims are not the

same as the claims in the first complaint.").  Plaintiff also proceeded to file an *ex parte* motion

requesting default judgment against one of the Non-Lender Defendants, Henry Paulson, on the

ground that Mr. Paulson was served and failed to file an answer or otherwise respond to

Plaintiff's original complaint.

Plaintiff's actions and arguments are incorrect and contrary to the express terms of the

Dismissal Order.  The Dismissal Order and Non-Lender Judgment operate as a final judgment

against the Non-Lender Defendants.  Whether Plaintiff should have been permitted to amend his

claims against the Non-Lender Defendants is an issue to be resolved on appeal.  Accordingly, and

2

consistent with the Court's prior instructions, any allegations against the Non-Lender Defendants are hereby stricken from the SAC.  Plaintiff's *ex parte* motion for default judgment is denied because judgment already has been entered in favor of Mr. Paulson, as set forth in the Dismissal Order and Non-Lender Judgment.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's allegations against the Non-Lender Defendants are stricken from the SAC, and Plaintiff's *ex parte* motion for default judgment against Henry Paulson is DENIED.

DATED: October 1, 2008

_____
JEREMY FOGEL
United States District Court

1    This Order has been served upon the following persons:

2    Charles G. Miller    cmiller@bztm.com, jcoster@ssbb.com, jrubins@ssbb.com, pbrown@bztm.com

3

4    Christopher A. Stecher    christopher.stecher@kyl.com, menchie.garcia@kyl.com

   Christopher Alan Carr    ccarr@afrct.com, ccarr@afrct.com

5

6    Elizabeth Allen Frohlich    efrohlich@morganlewis.com, jowyang@morganlewis.com

7    Erik Wayne Kemp    ek@severson.com, ek@severson.com, ano@severson.com

8    John B. Sullivan    jbs@severson.com

9    Jonathan Alan Patchen    jpatchen@tcolaw.com, abradley@tcolaw.com, cdunbar@tcolaw.com, hcaughron@tcolaw.com, sbundy@tcolaw.com

10   Lloyd Winawer    lwinawer@goodwinprocter.com, cburgos@goodwinprocter.com, monyeagbako@goodwinprocter.com, sasmith@goodwinprocter.com

11

12   Martin L. Fineman    martinfineman@dwt.com, edithshertz@dwt.com

13   Melinda Mae Morton    mmorton@be-law.com, gsimmons@be-law.com, troy@cahill.com

14   Michael Scott Blomquist    michaelsblomquist@gmail.com

15   Michael Scott-Alan Blomquist    michaelsblomquist@gmail.com

16   Michael William Stebbins    mstebbins@be-law.com, vross@be-law.com

17   Peter R. Boutin    peter.boutin@kyl.com

18   Regina Jill McClendon , Esq    rjm@severson.com, ksb@severson.com

19   Ryan Jude Thompson    rthompson@goodwinprocter.com, rnelson@goodwinprocter.com, srosesmith@goodwinprocter.com, thefferon@goodwinprocter.com

20   Sabrina M. Rose-Smith    srosesmith@goodwinprocter.com

21   Sam N. Dawood    samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com

22   Stephen E. Taylor    staylor@tcolaw.com, abradley@tcolaw.com, achung@tcolaw.com, cdunbar@tcolaw.com, hcaughron@tcolaw.com, jgrant@tcolaw.com, jhinesshah@tcolaw.com, jpatchen@tcolaw.com, sbundy@tcolaw.com

23

24   Stephen Michael Rummage    steverummage@dwt.com, jeannecadley@dwt.com

25   Theodore Walter Maya    tmaya@kayescholer.com

26   Thomas M. Hefferon    thefferon@goodwinprocter.com

27

28

1    James J. Coster
     Satterlee Stephen Burke & Burke LLP
2    230 Park Avenue
     New York, NY 10169
3
     Joshua M. Rubins
4    Satterlee Stephens Burke & Burke
     230 Park Ave
5    New York, NY 10169-0079
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5