1   IRELL & MANELLA LLP
    David Siegel (101355) (dsiegel@irell.com)
2   Daniel Lefler (151253) (dlefler@irell.com)
    1800 Avenue of the Stars, Suite 900
3   Los Angeles, California 90067-4276
    Telephone:   (310) 277-1010
4   Facsimile:   (310) 203-7199

5   GOODWIN PROCTER LLP
    Lloyd Winawer (157823)
6   (lwinawer@goodwinprocter.com)
    135 Commonwealth Drive
7   Menlo Park, California 94025
    Telephone:   (650) 752-3100
8   Facsimile:   (650) 853-1038

9   Attorneys for Defendant
    Angelo Mozilo

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  MICHAEL BLOMQUIST,                    )   Case No. 07-CV-4108-JF
                                          )
14              Plaintiff,                )
                                          )
        vs.                               )
15                                        )   NOTICE OF SUBSTITUTION OF
    WASHINGTON MUTUAL, a Washington       )   COUNSEL FOR DEFENDANT
16  corporation; KERRY K. KILLINGER; JOSEPH W. ) ANGELO MOZILO
    SAUNDERS; COUNTRYWIDE HOME LOANS, )      AND ORDER
17  INC., a Delaware corporation; ANGELO MOZILO; )
    WACHOVIA CORPORATION, a North Carolina )
18  corporation; KEN THOMPSON; CITIGROUP, a )
    Delaware corporation; SANFORD WEILL; )
19  CHARLES PRINCE; GOLDMAN SACHS GROUP, )
    INC., a Delaware corporation; HENRY PAULSON; )
20  BEAR STEARNS COMPANIES, INC., a Delaware )
    corporation; JAMES CAYNE; THE MCGRAW HILL )
21  COMPANY, INC., a Delaware corporation; HAROLD )
    MCGRAW III; WELLS FARGO & COMPANY, a )
22  Delaware corporation; PATRICIA R. CALLAHAN; )
    HERBERT M. SANDLER; ROCK HOLDINGS, INC., )
23  a Delaware corporation; EXPERIAN )
    CORPORATION, a Delaware corporation; )
24  FIMALAC, INC., a Delaware corporation; MOODY'S )
    CORPORATION, a Delaware corporation; JAMES E. )
25  GILLERAN; JOHN M. REICH; JOHN D. HAWKE, )
    JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; )
26  DONALD E. POWELL; SHEILA C. BAIR, )
                                          )
27              Defendants.               )
                                          )
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1953413

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Defendant Angelo Mozilo hereby substitutes as his counsel

3  of record in the above-captioned action the following attorneys:

4    IRELL & MANELLA LLP
     David Siegel (dsiegel@irell.com)
5    Daniel Lefler (dlefler@irell.com)
     1800 Avenue of the Stars, Suite 900
6    Los Angeles, California 90067-4276
     Telephone:    (310) 277-1010
7    Facsimile:    (310) 203-7199

8    Angelo Mozilo's previous counsel in this litigation was:

9
     GOODWIN PROCTER LLP
10   Lloyd Winawer (157823) (lwinawer@goodwinprocter.com)
     135 Commonwealth Drive
11   Menlo Park, California 94025
     Telephone:    (650) 752-3100
12   Facsimile:    (650) 853-1038

13   Goodwin Procter LLP hereby withdraws as counsel of record for Angelo Mozilo and

14  Irell & Manella LLP is hereby substituted as counsel of record for Angelo Mozilo.

15

16  Dated: [ _10-28-08_ ]              Respectfully submitted,

17                                     GOODWIN PROCTER LLP

18

19                                     By: _____
20                                     Lloyd Winawer
                                       Present Attorneys of Record for Defendant
21                                     Angelo Mozilo

22

23   I CONSENT AND AGREE TO THE ABOVE SUBSTITUTION:

24  Dated: [_____]          ANGELO MOZILO

25

26

27                                     By:_____
                                       Angelo Mozilo
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations
1953413                          - 2 -                    NOTICE OF SUBSTITUTION OF COUNSEL FOR
                                                               DEFENDANT ANGELO MOZILO
                                                                 (Case No. 07-CV-4108-JF)

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Defendant Angelo Mozilo hereby substitutes as his counsel

3   of record in the above-captioned action the following attorneys:

4          IRELL & MANELLA LLP
           David Siegel (dsiegel@irell.com)
5          Daniel Lefler (dlefler@irell.com)
           1800 Avenue of the Stars, Suite 900
6          Los Angeles, California 90067-4276
           Telephone:    (310) 277-1010
7          Facsimile:    (310) 203-7199

8   Angelo Mozilo's previous counsel in this litigation was:

9
           GOODWIN PROCTER LLP
10         Lloyd Winawer (157823) (lwinawer@goodwinprocter.com)
           135 Commonwealth Drive
11         Menlo Park, California 94025
           Telephone:    (650) 752-3100
12         Facsimile:    (650) 853-1038

13  Goodwin Procter LLP hereby withdraws as counsel of record for Angelo Mozilo and

14  Irell & Manella LLP is hereby substituted as counsel of record for Angelo Mozilo.

15

16  Dated: [_____]        Respectfully submitted,

17                                   GOODWIN PROCTER LLP

18

19

20                                   By:_____
                                         Lloyd Winawer
21                                       Present Attorneys of Record for Defendant
                                         Angelo Mozilo
22

23      I CONSENT AND AGREE TO THE ABOVE SUBSTITUTION:

24  Dated: [  10/~8/08  ]           ANGELO MOZILO

25

26

27                                   By:_____
                                         Angelo Mozilo
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1953413                              - 2 -                NOTICE OF SUBSTITUTION OF COUNSEL FOR
                                                          DEFENDANT ANGELO MOZILO
                                                          (Case No. 07-CV-4108-JF)

1    I CONSENT AND AGREE TO THE ABOVE SUBSTITUTION:

2    Dated: [ 10/28/08            ]          IRELL & MANELLA LLP

3

4                                            By:_____
5                                               David Siegel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1953413

- 3 -

NOTICE OF SUBSTITUTION OF COUNSEL FOR
DEFENDANT ANGELO MOZILO
(Case No. 07-CV-4108-JF)

## ORDER

The above substitution of counsel is hereby APPROVED.  The law firm of Irell & Manella LLP is hereby substituted in as counsel of record for Defendant Angelo Mozilo effective as of the date of this Order.  Goodwin Procter LLP shall be relieved of any and all further responsibilities as counsel for Angelo Mozilo.

IT IS SO ORDERED.

Dated:  [ 11/5/08                    ]

Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1953413

- 4 -

NOTICE OF SUBSTITUTION OF COUNSEL FOR
DEFENDANT ANGELO MOZILO
(Case No. 07-CV-4108-JF)

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to the within action. I am employed in the County of Los Angeles, State of California. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On November 4, 2008, I served the foregoing document described as **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT ANGELO MOZILO** on each interested party, as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| Michael Scott Blomquist, Esq. | Charles G. Miller, Esq. |
| Michael Scott-Alan Blomquist, Esq. | Melinda Mae Morton, Esq. |
| Peter R. Boutin, Esq. | Jonathan Alan Patchen, Esq. |
| Christopher Alan Carr, Esq. | Sabrina M. Rose-Smith, Esq. |
| Sam N. Dawood, Esq. | Stephen Michael Rummage, Esq. |
| Martine L. Fineman, Esq. | Michael William Stebbins, Esq. |
| Elizabeth Allen Frohlich, Esq. | Christopher A. Stecher, Esq. |
| Thomas M. Hefferon, Esq. | John B. Sullivan, Esq. |
| Erik Wayne Kemp, Esq. | Stephen E. Taylor, Esq. |
| Theodore Walter Maya, Esq. | Ryan Jude Thompson, Esq. |
| Regina Jill McClendon, Esq. | Lloyd Winawer, Esq. |

**Served by Mail:**

| | |
|---|---|
| James J. Coster, Esq. | Joshua M. Rubins, Esq. |
| Satterlee Stephen Burke & Burke LLP | Satterlee Stephen Burke & Burke LLP |
| 230 Park Avenue | 230 Park Avenue |
| New York, NY  10169-0079 | New York, NY  10169-0079 |

[X]   (BY ELECTRONIC SERVICE)  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF System sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF Sytem.

[X]   (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on November 4, 2008, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Destra D. Heagy | _Destra D. Heagy_ |
|---|---|
| (Type or print name) | (Signature) |

1959245