**E-Filed 12/15/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BLOMQUIST, et al., | Case Number C 07-04108 JF (HRL) |
| Plaintiffs, | JUDGMENT |
| v. | |
| WASHINGTON MUTUAL, et al., | |
| Defendants. | |

The Lender Defendants' motions to dismiss having been granted, IT IS HEREBY ORDERED that judgment is entered for all Lender Defendants except Washington Mutual.[1]

DATED: December 15, 2008

*/s/ Jeremy Fogel*
JEREMY FOGEL
United States District Judge

---

[1] The Lender Defendants include Washington Mutual, Countrywide Home Loans, Inc., Wachovia Corp., Wells Fargo & Co., Citigroup, The Bear Stearns Companies, Inc., Kerry Killinger, Joseph Saunders, Patricia R. Callahan, Angelo Mozilo, Sanford Weill, Charles Prince, James Cayne, Herbert M. Sandler, and Ken Thompson. On November 10, 2008, Washington Mutual filed a notice of automatic stay in light of its bankruptcy filing. Accordingly, this judgment applies to all Lender Defendants except Washington Mutual.

Case No. C 07-4108 JF (HRL)
JUDGMENT
(JFLC1)

1  This Order has been served upon the following persons:

2  Charles G. Miller    cmiller@bztm.com, jcoster@ssbb.com, jrubins@ssbb.com, pbrown@bztm.com

3

4  Christopher A. Stecher    christopher.stecher@kyl.com, menchie.garcia@kyl.com

5  Christopher Alan Carr    ccarr@afrct.com, ccarr@afrct.com

6  Elizabeth Allen Frohlich    efrohlich@morganlewis.com, jowyang@morganlewis.com

7  Erik Wayne Kemp    ek@severson.com, ek@severson.com, ano@severson.com

8  John B. Sullivan    jbs@severson.com

9  Jonathan Alan Patchen    jpatchen@tcolaw.com, abradley@tcolaw.com, cdunbar@tcolaw.com, hcaughron@tcolaw.com, sbundy@tcolaw.com

10  Lloyd Winawer    lwinawer@goodwinprocter.com, cburgos@goodwinprocter.com, monyeagbako@goodwinprocter.com, sasmith@goodwinprocter.com

11

12  Martin L. Fineman    martinfineman@dwt.com, edithshertz@dwt.com

13  Melinda Mae Morton    mmorton@be-law.com, gsimmons@be-law.com, troy@cahill.com

14  Michael Scott Blomquist    michaelsblomquist@gmail.com

15  Michael Scott-Alan Blomquist    michaelsblomquist@gmail.com

16  Michael William Stebbins    mstebbins@be-law.com, vross@be-law.com

17  Peter R. Boutin    peter.boutin@kyl.com

18  Regina Jill McClendon , Esq    rjm@severson.com, ksb@severson.com

19  Ryan Jude Thompson    rthompson@goodwinprocter.com, rnelson@goodwinprocter.com, srosesmith@goodwinprocter.com,

20  thefferon@goodwinprocter.com

21  Sabrina M. Rose-Smith    srosesmith@goodwinprocter.com

22  Sam N. Dawood    samdawood@dwt.com, allanpatterson@dwt.com, pammaiwandi@dwt.com

23

24  Stephen E. Taylor    staylor@tcolaw.com, abradley@tcolaw.com, achung@tcolaw.com, cdunbar@tcolaw.com, hcaughron@tcolaw.com, jgrant@tcolaw.com, jhinesshah@tcolaw.com, jpatchen@tcolaw.com, sbundy@tcolaw.com

25

26  Stephen Michael Rummage    steverummage@dwt.com, jeannecadley@dwt.com

27  Theodore Walter Maya    tmaya@kayescholer.com

28  Thomas M. Hefferon    thefferon@goodwinprocter.com

2

Case No. C 07-4108 JF (HRL)
JUDGMENT
(JFLC1)

1
2  James J. Coster
   Satterlee Stephen Burke & Burke LLP
3  230 Park Avenue
   New York, NY 10169
4
   Joshua M. Rubins
5  Satterlee Stephens Burke & Burke
   230 Park Ave
6  New York, NY 10169-0079
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 07-4108 JF (HRL)
JUDGMENT
(JFLC1)