| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742) |
|   | REGINA J. McCLENDON (State Bar No. 184669) |
| 2 | rjm@severson.com |
|   | ERIK KEMP (State Bar No. 246196) |
| 3 | ek@severson.com |
|   | SEVERSON & WERSON |
| 4 | A Professional Corporation |
|   | One Embarcadero Center, Suite 2600 |
| 5 | San Francisco, CA  94111 |
|   | Telephone:  (415) 398-3344 |
| 6 | Facsimile:  (415) 956-0439 |
| 7 | Attorneys for Defendants |
|   | THE BEAR STEARNS COMPANIES, INC., |
| 8 | JAMES CAYNE, WELLS FARGO & |
|   | COMPANY, and PATRICIA R. |
| 9 | CALLAHAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOMQUIST & MICHAEL SCOTT PROPERTIES, INC., | Case No.:  C07-04108-JF/HRL |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE APPLICATION OF DEFENDANTS THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, WELLS FARGO & COMPANY, AND PATRICIA R. CALLAHAN TO APPEAR TELEPHONICALLY AT MARCH 27, 2009 MOTION HEARING |
| vs. | |
| WASHINGTON MUTUAL, a Washington corporation; KERRY K. KILLINGER; JOSEPH W. SAUNDERS; COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; ANGELO MOZILLO; WACHOVIA CORPORATION, a North Carolina corporation; KEN THOMPSON CITIGROUP, a Delaware corporation; SANFORD WEILL; CHARLES PRINCE; GOLDMAN SACHS GROUP, INC., a Delaware corporation; HENRY PAULSON; BEAR STERNS COMPANIES, INC., a Delaware corporation; JAMES CAYNE; THE MCGRAW HILL COMPANY, INC., a Delaware corporation; HAROLD MCGRAW III; WELLS FARGO & COMPANY, a Delaware corporation; PATRICIA R. CALLAHAN; HERBERT M. SANDLER; ROCK HOLDINGS, INC., a Delaware corporation; EXPERIAN CORPORATION,  a Delaware corporation; JAMES E. GILLERAN; JOHN M. REICH; JOHN D. HAWKE JR.; JOHN C. DUGAN; SUSAN SCHMIDT BIES; DONALD E. POWELL; SHEILA C. BAIR, | Date:           March 27, 2009<br>Time:           9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:          Hon. Jeremy Fogel<br><br>Case Filed: September 10, 2007 |
| Defendants. | |

1  The Court, having read and considered the request of counsel for defendants The Bear
2  Stearns Companies, Inc., James Cayne, Wells Fargo & Company, and Patricia R. Callahan to
3  appear telephonically at the hearing scheduled for March 27, 2009, at 9:00 a.m., in Courtroom 3 of
4  the above-entitled Court, hereby __X___grants/ _____ denies permission to appear telephonically.
5
6  DATED:  3/26/09
7
8                                                              Jeremy Fogel
                                                                Judge, United States District Court
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
11474/0075/720444.1                    [PROPOSED] ORDER RE APPLICATION TO APPEAR TELEPHONICALLY
                                                       Case No.: C07-04108-JF/HRL